| Fill in this information to identify the case: | |
|---|---|
| Debtor Name:   Aluminum Shapes, LLC | |
| United States Bankruptcy Court for the:     District of New Jersey | |
| Case Number (If known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A consolidated list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. SMALL BUSINESS ADMINISTRATION REGION II 26 FEDERAL PLAZA, SUITE 3108 NEW YORK, NY  10278 | CONTACT: MATT COLEMAN, REGIONAL ADMIN. PHONE: 212-264-1450 DISASTERCUSTOMERSERVICE @SBA.GOV | PPP LOAN | | | | $6,870,015.00 |
| 2 | P.S.E. & G. 150 HOW LN NEW BRUNSWICK, NJ  08901 | CONTACT: RALPH IZZO, PRESIDENT/CEO PHONE: 609-273-3023 | TRADE PAYABLE | | | | $1,805,850.14 |
| 3 | INDIGO GLOBAL ONE SOUTH BROAD STREET SUITE 1610 PHILADELPHIA, PA  19107 | CONTACT: CRAIG SNYDER, PRESIDENT/CEO PHONE: 215 575-7309 INFO@INDIGOGLOBALCORP. COM | TRADE PAYABLE | | | | $790,000.00 |
| 4 | NJR RETAIL SERVICES ATTN:  PAMELA FLICK PO BOX 9001075 LOUISVILLE, KY  40290-1075 | CONTACT: PAMELA FLICK PHONE: 732-938-1273 FAX: 732-919-8118 NJRENERGYSERVICES@NJRES OURCES.COM | TRADE PAYABLE | | | | $763,420.26 |
| 5 | NATHAN H KELMAN, INC 41 EUCLID STREET COHOES, NY  12047 | CONTACT: NATHAN H KELMAN PHONE: 518-237-5133 FAX: 518-233-8555 NATE.KELMAN@NHKELMAN. COM | TRADE PAYABLE | | | | $759,336.08 |
| 6 | SENTRY INSURANCE 1800 NORTH POINT DRIVE STEVENS POINT, WI  54481 | CONTACT: PETER G. MCPARTLAND, CEO PHONE: 800-473-6879 NATACCTSPREMIUMSERVICE S@SENTRY.COM | TRADE PAYABLE | | | | $432,295.31 |

Debtor: Aluminum Shapes, LLC _____ Case Number (if known): _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7   HARRIS, BAIO & MCCULLOUGH 520 S. FRONT STREET PHILADELPHIA, PA 19147 | CONTACT: GEORGE HARRIS, PRESIDENT PHONE: 215-440-9800 FAX: 215-440-9812 GEORGE@HBMADV.COM | TRADE PAYABLE | | | | $421,685.45 |
| 8   ENERGY POWER INVESTMENT CO, LLC 1605 N. CEDAR CREST BLVD ALLENTOWN, PA 18104 | CONTACT: STEVEN GABRIELLE PHONE: (610) 557-1870 SGABRIELLE@EPPSERVICE.COM | TRADE PAYABLE | | | | $390,720.42 |
| 9   PENNSAUKEN TOWNSHIP MUNICIPAL BUILDING 5605 N CRESCENT BLVD PENNSAUKEN, NJ 08110 | CONTACT: DANA SURGNER PHONE: 856.665.1000 FAX: 856.665.8127 DSURGNER@TWP.PENNSAUKEN.NJ.US | TRADE PAYABLE | | | | $361,148.36 |
| 10   MERCHANTVILLE-PENNSAUKEN WATER 6751 WESTFIELD AVE PENNSAUKEN, NJ 08110 | CONTACT: JACK KILLION PHONE: 856-663-0043 FAX: 856-486-7417 JKILLION@MPWC.COM | TRADE PAYABLE | | | | $328,420.13 |
| 11   SOUTHEASTERN EXTRUSION TOOL 510 STAPLES DR. FLORENCE, AL 35630 | CONTACT: JOE HANDBACK PHONE: 256-766-6421 FAX: 256-766-1039 JHANBACK@SET-TOOL.COM | TRADE PAYABLE | | | | $233,391.70 |
| 12   INDIALAW LLP APEEJAY CHAMBERS, GROUND FLOOR WALLACE STREET, FORT MUMBAI MAHARASHTRA 400001 INDIA | CONTACT: K.P. SREEJITH, MANAGING PARTNER PHONE: 022-2219 7400 CONTACT@INDIALAW.IN | TRADE PAYABLE | | | | $200,000.00 |
| 13   NORTHEAST METAL TRADERS 7345 MILNOR STREET PHILADELPHIA, PA 19136 | CONTACT: MITCHELL GOLDBERG PHONE: 215-624-7260 FAX: 215-624-7495 NEMT@METALTRADER.COM | TRADE PAYABLE | | | | $172,876.74 |
| 14   LABRADOR RECYCLING 115 STEVENS STREET SPRINGFIELD, MA 01104 | CONTACT: FABIO FOLINO PHONE: 413-241-5855 FAX: 413-241-5856 OZ@LABRECY.COM | TRADE PAYABLE | | | | $157,736.13 |
| 15   ATTAR METALS INC. 6290 NETHERHARD ROAD MISSISSAUGA, ON L5T 1B7 CANADA | CONTACT: DONNA MUSSEL PHONE: 905-670-4150 FAX: 905-670-8685 INFO@ATTARMETALS.COM | TRADE PAYABLE | | | | $131,169.50 |
| 16   AMERICAN EXPRESS THREE WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK, NY 10285-4803 | CONTACT: STEPHEN J. SQUERI, CEO PHONE: 800-528-2122 | TRADE PAYABLE | | | | $113,708.84 |
| 17   COVENTYA, INC 4639 VAN EPPS RD BROOKLYN HEIGHTS, OH 44131 | CONTACT: JASON POTTS PHONE: 216 351 1500 FAX: 216 351 5677 J.POTTS@COVENTYA.COM | TRADE PAYABLE | | | | $109,627.24 |

Debtor: Aluminum Shapes, LLC    Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18   GREANEY CONSULTING LLC 800 VILLAGE WALK GUILFORD, CT  06437 | CONTACT: CHRIS GREANE PHONE: 203-533-5338 FAX: 480-452-1154 CHRIS.GREANEY@GREANEYCONSULTING.COM | TRADE PAYABLE | | | | $100,925.00 |
| 19   INTERNAL REVENUE SERVICE 600 ARCH STREET PHILADELPHIA, PA  19106 | PHONE: 267-941-6800 | TRADE PAYABLE | | | | $98,693.94 |
| 20   LOCAL 837 401K PLAN 12275 TOWNSEND ROAD PHILADELPHIA, PA  19154 | CONTACT: PAMELA PALMER PHONE: 215-673-7337 | TRADE PAYABLE | | | | $98,258.67 |

DocuSign Envelope ID: 4333A5F8-2936-4145-831E-DC6502E4D84B

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Aluminum Shapes, L.L.C.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___8/15/2021___   X _____
                                Signature of individual signing on behalf of debtor

**Solomon Rosenthal**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy