| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire<br>(pro hac vice pending)<br>Turner Falk, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:   edmond.george@obermayer.com<br>            michael.vagnoni@obermayer.com<br>            turner.falk@obermayer.com<br><br>Proposed Counsel to the Debtor<br>and Debtor in Possession |

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>                                   Debtor. | Chapter 11<br><br>Case No. 21- _____ - (   ) |

# ORDER AUTHORIZING RETENTION OF
# WINTER HARBOR LLC AS INTERIM COMPANY MANAGEMENT, DESIGNATE DALTON EDGECOMB AS CHIEF RESTRUCTURING OFFICER AND DESIGNATE JORDAN MEYERS AS INTERIM CHIEF FINANCIAL OFFICER

The relief set forth on the following pages is hereby **ORDERED.**

Upon the applicant, Aluminum Shapes, L.L.C.'s (the "Debtor" or "Applicant"), request for authorization to retain <u>Winter Harbor LLC, part of Riveron Consulting ("Winter Harbor") as Interim Company Management, Designate Dalton Edgecomb as Chief Restructuring Officer, and Designate Jordan Meyers as Interim Chief Financial Officer</u>, it is hereby ORDERED:

1. The Applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:   Winter Harbor LLC
    265 Franklin Street, Suite 1004
    Boston, MA 02110

2. Compensation will be paid based on an hourly rate of $325.00 to $595.00 for professionals, depending upon the level of seniority of the individual performing the service and reimbursement for all actual out-of-pocket expenses incurred in connection with this engagement, as approved by the Court upon application.

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of the retention is the date the Application was filed with the Court.