| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire<br>(pro hac vice pending)<br>Turner Falk, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:   edmond.george@obermayer.com<br>          michael.vagnoni@obermayer.com<br>          turner.falk@obermayer.com<br><br>Proposed Counsel to the Debtor<br>and Debtor in Possession |

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21- _____ - ( ) |

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF**
**APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Lorie Beers, being of full age, certify as follows:

   1.   I am seeking authorization for <u>Cowen and Company, LLC ("Cowen")</u> to be retained as <u>Investment Banker.</u>

   2.   My professional credentials include: <u>I have 28 years of professional experience that encompasses the full spectrum of restructuring. Previously, I held positions including Managing Director and Head of Restructuring, and served in a senior level capacity at several investment firms. Most recently, I was the recipient of the 2019 M&A Advisor Leadership Award. I began my career as a bankruptcy attorney and have also served as Chief Restructuring Officer and Chief Operating Officer for a middle market marketing and branding organization. I have a BA from Dickinson College and a J.D .from the University of Pittsburgh School of Law.</u>

3. I am the <u>Managing Director and Head, Special Situations & Restructuring</u> of the firm of <u>Cowen and Company, LLC.</u>

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:

<u>Compensation will be paid based on a monthly flat fee of $75,000.00, and reimbursement for all actual out-of-pocket expenses incurred in connection with this engagement, as approved by the Court upon application. Additional fees will be payable upon the closing of a Financing, the consummation of a Restructuring, and/or the consummation of any Sale, as approved by the Court upon application.</u>

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor, <u>Aluminum Shapes, L.L.C.'s (the "Applicant" or "Debtor")</u>, creditors, any other party in interest, their respective attorneys, and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None
☐ Describe connection:

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None
☐ Describe connection:

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers, and/or employees and I (check all that apply):

    ☒ do not hold an adverse interest to the estate.

    ☒ do not represent an adverse interest to the estate.

    ☒ are disinterested under 11 U.S.C. § 101(14).

    ☒ do not represent or hold any interest adverse to the Debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).

    ☐ Other. Explain:

8. If the professional is an auctioneer,

The following are my qualification and experience with the liquidation or sale of similar property:

_____

b. The proposed method of calculation of my compensation, including rates and formulas, is:

_____

Pursuant to D.N.J. 2014-2, I ☐ do or ☐ do not request a waiver of the requirements of D.N.J. LBR 2016-1.

c. The following is an estimate of all costs and expenses, including labor, security advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds:

_____

d. Have you or a principal of your firm, been convicted of a criminal offense?

    ☐ No      ☐ Yes (explain below)

_____

e. I certify that a surety bond as described in D.N.J. LBR 2014-2(a)(6) is in effect and will remain so through the turnover of the auction proceeds.

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

I certify under penalty of perjury that the above information is true.

Date: 8/12/2021

Lorie Beers
Managing Director and Head
Special Situations & Restructuring