| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** Edmond M. George, Esquire Michael D. Vagnoni, Esquire (pro hac vice pending) Turner Falk, Esquire 1120 Route 73, Suite 420 Mount Laurel, NJ 08054-5108 Telephone: (856) 795-3300 Facsimile: (856) 482-0504 E-mail:   edmond.george@obermayer.com           michael.vagnoni@obermayer.com           turner.falk@obermayer.com  Proposed Counsel to the Debtor and Debtor in Possession |

| | |
|---|---|
| In re: ALUMINUM SHAPES, L.L.C.,              Debtor. | Chapter 11 Case No. 21- _____ - (  ) |

# ORDER AUTHORIZING RETENTION OF COWEN AND COMPANY, LLC AS INVESTMENT BANKER

The relief set forth on the following pages is hereby **ORDERED.**

Upon the applicant, <u>Aluminum Shapes, L.L.C.'s (the "Applicant" or "Debtor")</u>, request for authorization to retain <u>Cowen and Company, LLC ("Cowen") as Investment Banker</u>, it is hereby ORDERED:

1. The Applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:    Cowen and Company, LLC
    599 Lexington Avenue, 20th Floor
    New York, NY 10022
    Attn: General Counsel

2. Compensation will be paid based on a monthly flat fee of $75,000.00, and reimbursement for all actual out-of-pocket expenses incurred in connection with this engagement, as approved by the Court upon application. Additional fees will be payable upon the closing of a Financing, the consummation of a Restructuring, and/or the consummation of any Sale, as approved by the Court upon application.

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of the retention is the date the Application was filed with the Court.