| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire<br>(pro hac vice pending)<br>Turner Falk, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:   edmond.george@obermayer.com<br>            michael.vagnoni@obermayer.com<br>            turner.falk@obermayer.com<br><br>Proposed Counsel to the Debtor<br>and Debtor in Possession |

| In re: | Chapter 11 |
|---|---|
| ALUMINUM SHAPES, L.L.C., | Case No. 21- _____ - ( ) |
| Debtor. | |

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, <u>Aluminum Shapes, L.L.C. (the "Applicant" or "Debtor")</u>, is the (check all that apply):

    ☐   Trustee:    ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

    ☒   Debtor:     ☒ Chap. 11   ☐ Chap. 13

    ☐   Official Committee of _____

2. The Applicants seek to retain the following professional, <u>Berwyn Capital Interests (a d/b/a of Shelbourne Analytic LLC) ("Berwyn")</u>, to serve as (check all that apply):

    ☐   Attorney for:    ☐ Trustee    ☐ Debtor-in-Possession

    ☐   Official Committee of _____

    ☐   Accountant for:   ☐ Trustee    ☐ Debtor-in-possession

☐ Official Committee of _____

☒ Other Professional:

    ☐ Realtor ☐ Appraiser ☐ Special Counsel

    ☐ Auctioneer ☒ Other (specify): <u>Restructuring Agent</u>

3. The employment of the professional is necessary because:

   <u>Applicant's desire to retain Berwyn as Restructuring Agent is necessary for its bankruptcy reorganization and to assist Applicant in its financial and operational restructuring.</u>

4. The professional has been selected because:

   <u>Berwyn's professionals have extensive experience and knowledge of restructuring, divestiture, crisis management, and finance. The Debtor believes that Berwyn is well qualified to provide the restructuring agent services in its Chapter 11 case as required.</u>

5. The professional services to be rendered are as follows:

   a) <u>Assist Debtor in developing the plan of resolution for the sale and intended pre-packaged bankruptcy and all steps which are deemed necessary for the plan.</u>

   b) <u>Engage with the Debtor's management, lenders, and other advisors and lawyers in the process of the plan.</u>

   c) <u>Analyze all trade and vendor support obligations and negotiate with such creditors to secure their cooperation with the plan.</u>

   d) <u>Assist management in presenting a plan to the senior lender(s) and others as may be required as well as participating in discussions with senior lender(s) during the engagement to communicate results of all work efforts as may be requested.</u>

   e) <u>Perform such other professional services as Debtor may request, and Berwyn</u>

<u>agrees to provide.</u>

6. The proposed arrangement for compensation is as follows:

    <u>Berwyn will be compensated for its services based on a monthly flat fee of $35,000.00, a retainer of $35,000.00, and reimbursement for all actual out-of-pocket expenses incurred in connection with this engagement, as approved by the Court upon application.</u>

7. To the best of the Applicant's knowledge, the professional's connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☒ None.

    ☐ Describe connection:

8. To the best of the Applicant's knowledge, the professional (check all that apply):

    ☒ does not hold an adverse interest to the estate.

    ☒ does not represent an adverse interest to the estate.

    ☒ is a disinterested person under 11 U.S.C. § 101(14).

    ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

    ☐ Other; explain:

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

The Applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 8/15/2021

DocuSigned by:
Solomon Rosenthal
Chief Executive Officer

OMC\4852-3153-4836.v2-8/13/21        3