| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** <br> Edmond M. George, Esquire <br> Michael D. Vagnoni, Esquire <br> (pro hac vice pending) <br> Turner Falk, Esquire <br> 1120 Route 73, Suite 420 <br> Mount Laurel, NJ 08054-5108 <br> Telephone: (856) 795-3300 <br> Facsimile: (856) 482-0504 <br> E-mail:  edmond.george@obermayer.com <br>           michael.vagnoni@obermayer.com <br>           turner.falk@obermayer.com <br><br> Proposed Counsel to the Debtor <br> and Debtor in Possession |

| | |
|---|---|
| In re: <br><br> ALUMINUM SHAPES, L.L.C., <br><br> Debtor. | Chapter 11 <br><br> Case No. 21- _____ - (  ) |

**CERTIFICATION OF PROFESSIONAL IN SUPPORT OF**
**APPLICATION FOR RETENTION OF PROFESSIONAL**

I, Gerard J. Leimkuhler, being of full age, certify as follows:

1. I am seeking authorization for <u>Berwyn Capital Interests (a d/b/a of Shelbourne Analytic LLC) ("Berwyn")</u> to be retained as <u>Restructuring Agent</u> of <u>Aluminum Shapes, L.L.C.'s</u> (the "Applicant" or "Debtor").

2. My professional credentials include:  <u>I have over 25 years of experience in managing and revitalizing troubled and under-performing companies and reducing or resourcing creditor exposure, including twenty years dedicated substantially to crisis management and restructuring work.  I have substantial experience working with secured and unsecured creditors and investors in private and publicly held businesses, including those operating under bankruptcy protection.  I have also served as the crisis/turnaround</u>

CEO, chairman, or vice-chairman of more than a dozen troubled companies. I have been a financial advisor to the United States Treasury Department and have consulted for the State of Florida Department of Land Development Regulation. I have conducted the management process through, and sale of, manufacturing, real estate development, healthcare, retail and aeronautical businesses. I was previously a member of the Philadelphia Stock Exchange; a founding director and treasurer of the Turnaround Management Association (Philadelphia); a member of the American Bankruptcy Institute, and the Association for Corporate Growth.

3. I am the Managing Partner and Chairman of the firm of Berwyn Capital Interests.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is as follows:

Berwyn will be compensated for its services based on a monthly flat fee of $35,000.00, a retainer of $35,000.00, and reimbursement for all actual out-of-pocket expenses incurred in connection with this engagement, as approved by the Court upon application.

☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

    ☒ None
    ☐ Describe connection:

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the Debtors, creditors, any other party in interest, their respective

attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

- ☒ None
- ☐ Describe connection:

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

- ☒ do not hold an adverse interest to the estate.
- ☒ do not represent an adverse interest to the estate.
- ☒ are disinterested under 11 U.S.C. § 101(14).
- ☒ do not represent or hold any interest adverse to the Debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. § 327(e).
- ☐ Other. Explain:

8. If the professional is an auctioneer,

The following are my qualification and experience with the liquidation or sale of similar property:

_____

b. The proposed method of calculation of my compensation, including rates and formulas, is:

_____

Pursuant to D.N.J. 2014-2, I ☐ do or ☐ do not request a waiver of the requirements of D.N.J. LBR 2016-1.

c. The following is an estimate of all costs and expenses, including labor, security advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds:

_____

d. Have you or a principal of your firm, been convicted of a criminal offense?

☐   ☐ Yes (explain below)

    e.    I certify that a surety bond as described in D.N.J. LBR 2014-2(a)(6) is in effect and will remain so through the turnover of the auction proceeds.

9.    If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

I certify under penalty of perjury that the above information is true.

Date:  August 12, 2021

*Gerard Leimkuhler*
— DocuSigned by: 4EEB6EUEB4684AA...

Gerard J. Leimkuhler
Managing Partner and Chairman