| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** Edmond M. George, Esquire Michael D. Vagnoni, Esquire (pro hac vice pending) Turner Falk, Esquire 1120 Route 73, Suite 420 Mount Laurel, NJ 08054-5108 Telephone: (856) 795-3300 Facsimile: (856) 482-0504 E-mail:  edmond.george@obermayer.com  michael.vagnoni@obermayer.com  turner.falk@obermayer.com  Proposed Counsel to the Debtor and Debtor in Possession |

| | |
|---|---|
| In re: | Chapter 11 |
| ALUMINUM SHAPES, L.L.C., | Case No. 21- _____ - (  ) |
| Debtor. | |

# ORDER AUTHORIZING RETENTION OF
# EPIQ CORPORATE RESTRUCTURING, LLC AS CLAIMS AND NOTICING AGENT

The relief set forth on the following pages is hereby **ORDERED.**

OMC\4815-6525-3620.v3-8/15/21

Upon the applicant, Aluminum Shapes, L.L.C.'s (the "Debtor" or "Applicant"), request for authorization to retain <u>Epiq Corporate Restructuring, LLC as Claims and Noticing Agent ("Epiq")</u>, it is hereby ORDERED:

1. The Applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:    Epiq Corporate Restructuring, LLC
   777 Third Avenue, 12th Floor
   New York, New York 10017

2. Pursuant to section 503(b)(1)(A) of the Bankruptcy Code, Epiq's fees and expenses incurred in connection with the Claims and Noticing Services shall be an administrative expense of the Debtor's chapter 11 estate and be paid in the ordinary course of business without further application to or order of the Court. Epiq may apply its retainer to all prepetition invoices, which retainer shall be replenished to the original retainer amount of $25,000.00 and thereafter Epiq may hold the retainer during this chapter 11 case as security of payment of Epiq's final invoice for services rendered and expenses incurred under the Engagement Agreement.

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of the retention is the Petition Date.