| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name:   Aluminum Shapes, LLC | |
| United States Bankruptcy Court for the:   District of New Jersey | ☐ Check if this is an amended filing |
| Case Number (If known): | |

Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A consolidated list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. SMALL BUSINESS ADMINISTRATION REGION II 26 FEDERAL PLAZA, SUITE 3108 NEW YORK, NY  10278 | CONTACT: MATT COLEMAN, REGIONAL ADMIN. PHONE: 212-264-1450 DISASTERCUSTOMERSERVICE@SBA.GOV | PPP LOAN | | | | $6,870,015.00 |
| 2 | P.S.E. & G. 150 HOW LN NEW BRUNSWICK, NJ  08901 | CONTACT: RALPH IZZO, PRESIDENT/CEO PHONE: 609-273-3023 | TRADE PAYABLE | | | | $1,805,850.14 |
| 3 | INDIGO GLOBAL 1500 MARKET STREET SUITE 3500E PHILADELPHIA, PA  19102 | CONTACT: MELISSA ANAGNOSTAKOS PHONE: 215 575-7309 INFO@INDIGOGLOBALCORP.COM | TRADE PAYABLE | | | | $790,000.00 |
| 4 | NATHAN H KELMAN, INC 41 EUCLID STREET COHOES, NY  12047 | CONTACT: NATHAN H KELMAN PHONE: 518-237-5133 FAX: 518-233-8555 NATE.KELMAN@NHKELMAN.COM | TRADE PAYABLE | | | | $759,336.08 |
| 5 | SENTRY INSURANCE 1800 NORTH POINT DRIVE STEVENS POINT, WI  54481 | CONTACT: PETER G. MCPARTLAND, CEO PHONE: 800-473-6879 NATACCTSPREMIUMSERVICES@SENTRY.COM | TRADE PAYABLE | | | | $432,295.31 |
| 6 | HARRIS, BAIO & MCCULLOUGH 520 S. FRONT STREET PHILADELPHIA, PA  19147 | CONTACT: GEORGE HARRIS, PRESIDENT PHONE: 215-440-9800 FAX: 215-440-9812 GEORGE@HBMADV.COM | TRADE PAYABLE | | | | $421,685.45 |

Debtor: Aluminum Shapes, LLC                                                                      Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7  ENERGY POWER INVESTMENT CO, LLC  1605 N. CEDAR CREST BLVD  ALLENTOWN, PA  18104 | CONTACT: STEVEN GABRIELLE  PHONE: 610-557-1870  SGABRIELLE@EPPSERVICE.COM | TRADE PAYABLE | | | | $390,720.42 |
| 8  WABASH NATIONAL  P.O. BOX 6129  LAFAYETTE, IN  47903 | PHONE: 765-771-5300 | TRADE PAYABLE | | | | $300,781.34 |
| 9  SOUTHEASTERN EXTRUSION TOOL  510 STAPLES DR.  FLORENCE, AL  35630 | CONTACT: JOE HANDBACK  PHONE: 256-766-6421  FAX: 256-766-1039  JHANBACK@SET-TOOL.COM | TRADE PAYABLE | | | | $233,391.70 |
| 10  INDILAW LLP  TWO LIBERTY PLACE  50 S. 16TH STREET, SUITE 2710  PHILADELPHIA, PA  19102 | CONTACT: BHANU B. ILINDRA, ESQ.  PHONE: 267-925-0452  FAX: 267-925-0451  BHANU@BBILAWGROUP.COM; ARAJU@RAJULLP.COM | TRADE PAYABLE | | | | $200,000.00 |
| 11  NORTHEAST METAL TRADERS  7345 MILNOR STREET  PHILADELPHIA, PA  19136 | CONTACT: MITCHELL GOLDBERG  PHONE: 215-624-7260  FAX: 215-624-7495  NEMT@METALTRADER.COM | TRADE PAYABLE | | | | $172,876.74 |
| 12  LABRADOR RECYCLING  115 STEVENS STREET  SPRINGFIELD, MA  01104 | CONTACT: FABIO FOLINO  PHONE: 413-241-5855  FAX: 413-241-5856  OZ@LABRECY.COM | TRADE PAYABLE | | | | $157,736.13 |
| 13  ATTAR METALS INC.  6290 NETHERHARD ROAD  MISSISSAUGA, ON  L5T 1B7  CANADA | CONTACT: DONNA MUSSEL  PHONE: 905-670-4150  FAX: 905-670-8685  INFO@ATTARMETALS.COM | TRADE PAYABLE | | | | $131,169.50 |
| 14  AMERICAN EXPRESS  THREE WORLD FINANCIAL CENTER  200 VESEY STREET  NEW YORK, NY  10285-4803 | CONTACT: STEPHEN J. SQUERI, CEO  PHONE: 800-528-2122 | TRADE PAYABLE | | | | $113,708.84 |
| 15  INTERNAL REVENUE SERVICE  600 ARCH STREET  PHILADELPHIA, PA  19106 | PHONE: 267-941-6800 | TRADE PAYABLE | | | | $112,820.01 |
| 16  COVENTYA, INC  4639 VAN EPPS RD  BROOKLYN HEIGHTS, OH  44131 | CONTACT: JASON POTTS  PHONE: 216 351 1500  FAX: 216 351 5677  J.POTTS@COVENTYA.COM | TRADE PAYABLE | | | | $109,627.24 |
| 17  GREANEY CONSULTING LLC  800 VILLAGE WALK  GUILFORD, CT  06437 | CONTACT: CHRIS GREANE  PHONE: 203-533-5338  FAX: 480-452-1154  CHRIS.GREANEY@GREANEYCONSULTING.COM | TRADE PAYABLE | | | | $100,925.00 |
| 18  HOUSE OF METALS  45 COMMERCIAL ROAD  TORONTO, ON  M4G 1Z3  CANADA | CONTACT: TOM LOBEL  PHONE: 416-421-1572  INFO@HOUSEOFMETALS.CA | TRADE PAYABLE | | | | $95,420.84 |

Debtor: Aluminum Shapes, LLC    Case Number (if known): _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19  AIRGAS SAFETY  128 WHARTON ROAD  BRISTOL, PA  19007 | PHONE: 215-826-9000 | TRADE PAYABLE | | | | $83,819.80 |
| 20  ALLIED MINERAL PRODUCTS, INC.  2700 SCIOTO PARKWAY  COLUMBUS, OH  43221-4660 | CONTACT: MIKE GAVIN  PHONE: 800-525-0244  INFO@ALLIEDMINERAL.COM | TRADE PAYABLE | | | | $81,876.07 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 3

**Fill in this information to identify the case:**

Debtor name     **Aluminum Shapes, L.L.C.**

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/15/2021        X  /s/ Solomon Rosenthal
                                  Signature of individual signing on behalf of debtor

                                  **Solomon Rosenthal**
                                  Printed name

                                  **Chief Executive Officer**
                                  Position or relationship to debtor