| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* |
| **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** |
| Edmond M. George, Esquire |
| Michael D. Vagnoni, Esquire |
| (pro hac vice pending) |
| Turner Falk, Esquire |
| 1120 Route 73, Suite 420 |
| Mount Laurel, NJ 08054-5108 |
| Telephone: (856) 795-3300 |
| Facsimile: (856) 482-0504 |
| E-mail:   edmond.george@obermayer.com |
|          michael.vagnoni@obermayer.com |
|          turner.falk@obermayer.com |
| |
| Proposed Counsel to the Debtor and Debtor in Possession |

| | |
|---|---|
| In re: | Chapter 11 |
| ALUMINUM SHAPES, L.L.C., | Case No. 21- _____ - (   ) |
| Debtor. | |

**ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 521(a) AND FED. R. BANKR. P. 1007(c) EXTENDING DEBTOR'S TIME TO FILE ITS SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

OMC\4817-6396-7220.v2-8/15/21

(Page 2)
Debtor:             ALUMINUM SHAPES, L.L.C.
Case No.            21-_____ (_____)
Caption of Order:   ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 521(a)(1)(B) AND
                    FED. R. BANKR. P. 1007(c) EXTENDING DEBTOR'S TIME TO FILE
                    SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS
                    OF FINANCIAL AFFAIRS

---

Upon the motion (the "Motion")[1] of Aluminum Shapes, L.L.C., as debtor and debtor in possession in the above-captioned chapter 11 cases ("Debtor"), pursuant to sections 105(a) and 521(a)(1)(B) of the Bankruptcy Code, and Bankruptcy Rule 1007(c), for an order extending the fourteen (14) day period to file its schedules of assets and liabilities and statements of financial affairs (collectively, the "Schedules") by an additional fourteen (14) days, through and including September 12, 2021, without prejudice to the Debtor's right to request additional time should it become necessary, as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein in accordance with 28. U.S.C. §§ 157(a)-(b) and 1334(b) and the Standing Order of Reference to the Bankruptcy Court Under Title 11of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been given as provided in the Motion, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Motion need be provided; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon the Declaration of Jordan Meyers in Support of Debtor's Chapter 11 Petitions and First Day Pleadings, filed contemporaneously with the Motion, the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in Motion.

2

OMC\4817-6396-7220.v2-8/15/21

(Page 3)
Debtor:             ALUMINUM SHAPES, L.L.C.
Case No.            21-_____ (_____)
Caption of Order:   ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 521(a)(1)(B) AND FED. R. BANKR. P. 1007(c) EXTENDING DEBTOR'S TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

---

is in the best interests of the Debtor, its estate and creditors, and all parties-in-interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Pursuant to sections 105(a) and 521(a)(1)(B) of the Bankruptcy Code and Bankruptcy Rule 1007(c), the time by which the Debtor shall file its Schedules is hereby extended by an additional fourteen (14) days, through and including September 12, 2021 without prejudice to the Debtor's right to seek further extensions upon a showing of cause therefor.

3. Any party may move for modification of this Order in accordance with D.N.J. LBR 9013-5(e).

4. A true copy of this Order shall be served on all required parties pursuant to D.N.J. LBR 9013-5(f).

5. This Order shall be effective immediately upon entry.

6. The Debtor is authorized to take all action necessary to carry out this order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

OMC\4817-6396-7220.v2-8/15/21