# Exhibit A



# Township of Pennsauken
## CAMDEN COUNTY, NEW JERSEY

(856) 665-1000
FAX (856) 665-2749
www.twp.pennsauken.nj.us

INCORPORATED 1892

July 1, 2021

Dear Resident/Business Owner:

Please find an "estimated" Third (3rd) Quarter 2021 tax bill (enclosed) for your property. The Mayor and Township Committee have decided to issue estimated tax billings for this year given the impact of the COVID-19 pandemic. It is based on the 2021 budget process and in the interest of getting our tax billing out to Township property owners on a timely basis.

This estimated billing has been calculated with a new tax rate of $3.921 per $100 of assessed valuation. Third (3rd) quarter billing has a due date of August 1, 2021, with an interest free grace period that extends through August 10, 2021. After August 10, 2021, interest will become payable per state statute based on the original due date of August 1, 2021.

The Fourth (4th) quarter tax billing will be mailed out when our 2021 tax rate is certified by the State of NJ and Camden County. The final billing will be calculated utilizing the certified rate and the assessed value of your property. The fourth quarter amount is the remaining **unbilled** amount from the first (1st), second (2nd) and third (3rd) quarter billings. The 2021 final billing will also include preliminary tax billings for the first half of 2022. They will be based on half the total amount billed to your property for the 2021 tax year split evenly between the two quarters.

For your convenience, all tax bills can now be paid online by accessing the Township of Pennsauken's website at www.twp.pennsauken.nj.us/cocntant/pennsauken-tax-collector, and following the link to pay property taxes online. Additionally, tax payments can be dropped off in person at the Municipal Building or by submitting your payment in the secure 24-hour tan drop box located at the street level, to the left of the handicap ramp/steps to the entrance at the Municipal Building.

Should you have any question concerning your estimated tax bill please contact the Office of the Tax Collector at (856) 665-1000, Extension 118 or by email Tax@Twp.Pennsauken.NJ.US.

Respectfully,

*Danielle Lippincott*
Danielle Lippincott, CTC
Tax Collector