# Exhibit B

| | |
|---|---|
| Block: 1903    Lot:   4    Qual: | Tax Account Id: 6752 |
| Tax Account Id: 6752    Tax Bill #: 001459    Bank Code: | Block: 1903 |
| Property Location: 9000 RIVER RD | Lot:   4 |
| | Qual: |

This Estimated Bill has the same status as a regular tax bill and may be paid without interest until 08/12/21. After 08/12/21, interest is 8% on 1st $1500.00 and 18% after $1500.00

Owner Name: DELAIR ALUMINUM LLC
Property Loc: 9000 RIVER RD

Due Date: 08/01/21

Make check payable to:
TOWNSHIP OF PENNSAUKEN
TAX COLLECTOR
5605 N CRESCENT BLVD
PENNSAUKEN, NJ  08110

Estimated Taxes:         66186.36
Adjustments:                 0.00
Total Due:              66186.36
                        * LIEN *
Due Date: 08/01/21

Estimated Taxes:         66186.36
Adjustments:                 0.00
Total Due:              66186.36
                        * LIEN *

DELAIR ALUMINUM LLC
9000 RIVER RD
PENNSAUKEN NJ 08110

**ESTIMATED TAX BILL**            **RETURN THIS PORTION WITH PAYMENT**