## **EXHIBIT A**

Gas/Electric:
PSE&G
P.O. BOX 14444
New Brunswick NJ 08906

Electric:
Energy Power Investment Co., LLC
1605 N. Cedar Crest Bldv. Suite 509
Allentown PA 18104

Water:
Merchantville-Pennsauken Water
6751 Westfield Ave
Pennsuaken NJ 08110

Telephone/Internet:
XTEL Communications
PO BOX 71402
Philadelphia  PA 19176-1402