## EXHIBIT "A": BANK ACCOUNTS

Operating Account
M&T Bank
1 Light St, 16th floor, Baltimore MD 21202
Account No. XXXXXX4151

Checking Account
M&T Bank
1 Light St, 16th floor, Baltimore MD 21202
Account No. XXXXXX4169

Environmental Escrow Account
Provident Bank
PO Box 1001, Iselin, NJ 08830
Account No. XXXXXX9989