| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>Edmond M. George, Esquire<br>Turner Falk, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:   edmond.george@obermayer.com<br>             turner.falk@obermayer.com<br><br>Proposed Counsel to the Debtor<br>and Debtor in Possession |

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>            Debtor. | Chapter 11<br><br>Case No. 21- _____ - (   ) |

## CERTIFICATION IN SUPPORT OF APPLICATION FOR
## <u>ADMISSION PRO HAC VICE</u>

I, Michael D. Vagnoni, hereby state as follows in support of the Application for Admission Pro Hac Vice:

1. I am a partner with the law firm of Obermayer Rebmann Maxwell & Hippel LLP. My office is located at Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102.

2. I was admitted to practice law in the Commonwealth of Pennsylvania on December 2, 1996.  My Pennsylvania bar number is 78374.  In addition, I am admitted to practice before the U.S. District Court for the Eastern District of Pennsylvania.

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. There are no disciplinary proceedings pending against me.

5. Discipline has never been imposed against me.

6. I have familiarized myself with the applicable Rules of Professional Conduct and agree to be bound by these Rules upon my admission.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATE:  August 15, 2021             */s/ Michael D. Vagnoni*
                                   Michael D. Vagnoni, Esquire

OMC\4818-7151-1284.v1-8/15/21