# Exhibit C

**Aluminum Shapes LLC**
**DIP Budget**

| | Week Ending 8/20/21 | Week Ending 8/27/21 | Week Ending 9/3/21 | Week Ending 9/10/21 | Week Ending 9/17/21 | Week Ending 9/24/21 | Week Ending 10/1/21 | Week Ending 10/8/21 | Week Ending 10/15/21 | Week Ending 10/22/21 | Week Ending 10/29/21 | Week Ending 11/5/21 | Week Ending 11/12/21 | 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales - Lbs | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sales - Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Receipts** | | | | | | | | | | | | | | |
| Existing AR | 14 | 57 | 110 | 108 | 48 | 11 | 8 | 10 | 327 | - | - | - | - | 692 |
| Forecasted AR | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Scrap Sales | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Funding | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 650 |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 64 | 107 | 160 | 158 | 98 | 61 | 58 | 60 | 377 | 50 | 50 | 50 | 50 | 1,342 |
| Metal Purchases - Lbs | 40 | - | - | - | - | - | - | - | - | - | - | - | - | 40 |
| Metal Purchases - $ | 65 | - | - | - | - | - | - | - | - | - | - | - | - | 65 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Payroll & Benefits | 124 | 232 | 216 | 232 | 66 | 231 | 144 | 300 | 65 | 230 | 71 | 373 | 65 | 2,350 |
| Insurance | 39 | - | - | 45 | - | 27 | - | - | - | 27 | - | - | - | 138 |
| Utilities | - | - | 125 | - | - | - | 175 | - | - | - | - | 175 | - | 475 |
| Repairs and Maintenance | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 130 |
| Taxes | - | 66 | - | - | - | - | - | - | - | - | - | - | - | 66 |
| Legacy Payables | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 650 |
| **Total Operating Disbursements** | 223 | 483 | 276 | 337 | 126 | 318 | 379 | 360 | 125 | 317 | 131 | 608 | 125 | 3,809 |
| **Net Cash Flow from Operations** | (224) | (376) | (116) | (180) | (27) | (258) | (321) | (301) | 251 | (267) | (81) | (558) | (75) | (2,532) |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| CAPEX | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest and Fees | 620 | - | 123 | - | - | - | 150 | - | - | - | - | 170 | - | 1,064 |
| Utility Deposits | - | 200 | - | - | - | - | - | - | - | - | - | - | - | 200 |
| D&O Tail Policy | - | 500 | - | - | - | - | - | - | - | - | - | - | - | 500 |
| Professional Fees | - | 118 | 153 | 43 | 143 | 193 | 178 | 43 | 93 | 418 | 43 | 143 | 83 | 1,651 |
| **Total Non-Operating Disbursements** | 620 | 818 | 276 | 43 | 143 | 193 | 328 | 43 | 93 | 418 | 43 | 313 | 83 | 3,415 |
| **Total Net Cash Flow** | (844) | (1,194) | (392) | (223) | (170) | (451) | (649) | (344) | 158 | (685) | (124) | (871) | (158) | (5,946) |
| Beginning Cash | 49 | (795) | (1,989) | (2,381) | (2,604) | (2,774) | (3,225) | (3,874) | (4,218) | (4,059) | (4,745) | (4,868) | (5,739) | 49 |
| Ending Cash | (795) | (1,989) | (2,381) | (2,604) | (2,774) | (3,225) | (3,874) | (4,218) | (4,059) | (4,745) | (4,868) | (5,739) | (5,898) | (5,898) |
| AR Balance | 699 | 642 | 531 | 424 | 376 | 365 | 357 | 347 | 21 | 21 | 21 | 21 | 21 | 21 |