| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> Joseph Lubertazzi, Jr., Esq. <br> Franklin Barbosa, Jr., Esq. <br> **McCARTER & ENGLISH, LLP** <br> 100 Mulberry Street <br> Newark, New Jersey 07102 <br> (973) 622-4444 <br> jlubertazzi@mccarter.com <br> fbarbosa@mccarter.com <br><br> *Counsel for Tiger Finance, LLC* |

| | |
|---|---|
| In re: <br><br> ALUMINUM SHAPES, L.L.C., <br><br> Debtor. | Chapter 11 <br><br> Case No. 21-16520 (JNP) |

## APPLICATION FOR ADMISSION OF STEVEN E. FOX *PRO HAC VICE*

The undersigned hereby seeks an Order granting the admission *pro hac vice* of Steven E. Fox of Riemer & Braunstein LLP to practice before this Court in connection with the above-captioned matter. This application (the "Application") is submitted pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey. Unless requested by other parties, no oral argument is requested. A proposed form of Order is attached. In support of the Application, Joseph Lubertazzi, Jr., Esq. hereby represents as follows:

1. I am an attorney with McCarter & English, LLP, which law firm maintains offices at Four Gateway Center, 100 Mulberry Street, Newark, New Jersey 07102. McCarter & English, LLP has been retained to serve as local counsel for Tiger Finance, LLC ("Tiger") in connection with the above-captioned matter.

ME1 37232157v.1

2. I am an attorney-at-law of the State of New Jersey, and I am admitted to practice before the United States District Court for the District of New Jersey.

3. I submit this Application, pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Practice for the United States Bankruptcy Court for the District of New Jersey, in support of an *Order Approving Admission, Pro Hac Vice, of Steven E. Fox.*

4. Mr. Fox is an attorney with Riemer & Braunstein LLP which maintains an address of Times Square Tower, Suite 2506, Seven Times Square, New York, New York 10036.

5. Attached is a certification of Mr. Fox in which he certifies that he has been admitted to the bar of the State of New York since 1987. Further, Mr. Fox is a member in good standing in, and is admitted to practice before, the following courts:

| Court | Year of Admission |
|---|---|
| U.S. District Court, Southern District of New York | 1/14/1987 |
| U.S. District Court, Eastern District of New York | 10/25/1993 |
| U.S. District Court, Northern District of New York | 7/2/2012 |
| U.S. District Court, Northern District of Illinois | 10/23/2002 |
| U.S. District Court, Southern District of Ohio | 2/5/2004 |

6. Mr. Fox further certifies that he is, and has remained, a member in good standing of said bar at all times, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

7. Mr. Fox is familiar with the circumstances surrounding the above-captioned matter and applicable facts and law, and his presence will serve the best interests of Tiger.

WHEREFORE, the undersigned respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Steven E. Fox to represent Tiger as primary counsel in connection with the above-captioned matter.

ME1 37232157v.1

| | |
|---|---|
| Dated: August 16, 2021<br>Newark, New Jersey | Respectfully Submitted,<br><br>*/s/ Joseph Lubertazzi, Jr.*<br>Joseph Lubertazzi, Jr.<br>**McCARTER & ENGLISH, LLP**<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Telephone: (973) 622-4444<br>E-mail:  jlubertazzi@mccarter.com<br><br>-and-<br><br>Steven E. Fox<br>Riemer & Braunstein LLP<br>Times Square Tower, Suite 2506<br>Seven Times Square<br>New York, New York 10036<br>Phone: (212) 789-3150<br>Email: sfox@riemerlaw.com<br><br>*Counsel for Tiger Finance, LLC* |

ME1 37232157v.1