| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Joseph Lubertazzi, Jr., Esq.<br>Franklin Barbosa, Jr., Esq.<br>**McCARTER & ENGLISH, LLP**<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br>jlubertazzi@mccarter.com<br>fbarbosa@mccarter.com<br><br>*Counsel for Tiger Finance, LLC* |

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-16520 (JNP) |

### CERTIFICATION OF STEVEN E. FOX IN
### SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Steven E. Fox certifies, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney with Riemer & Braunstein LLP which maintains an address of Times Square Tower, Suite 2506, Seven Times Square, New York, New York 10036.

2. I make this certification in support of my application (the "Application") pursuant to the rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), for admission to the Bankruptcy Court *pro hac vice*. I request to be admitted *pro hac vice* to serve as co-counsel to Tiger Finance, LLC in connection with the above-captioned matter.

3. I am and have been a member in good standing of the bar of the State of New York since 1987. I am also admitted to practice before the following courts:

ME1 37232170v.1

| Court | Year of Admission |
| --- | --- |
| U.S. District Court, Southern District of New York | 1/14/1987 |
| U.S. District Court, Eastern District of New York | 10/25/1993 |
| U.S. District Court, Northern District of New York | 7/2/2012 |
| U.S. District Court, Northern District of Illinois | 10/23/2002 |
| U.S. District Court, Southern District of Ohio | 2/5/2004 |

4. I am, and have remained, a member in good standing of said bars at all times. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I am familiar with the circumstances surrounding the above-captioned bankruptcy case and applicable law.

6. I am not admitted to practice law in the State of New Jersey and therefore believe it is necessary for me to seek *pro hac vice* admission in the above-captioned matter.

7. If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules, and to make the payments to William T. Walsh, the Clerk of the United States District Court for the District of New Jersey, and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

8. I agree to (i) abide by the Court Rules for the United States District Court for the District of New Jersey and the United States Bankruptcy Court for the District of New Jersey, (ii) immediately notify this Court of any matter affecting my standing in any court to which I am admitted; and (iii) have all pleadings, briefs, and other papers filed with this Court signed by an attorney of record authorized to practice in the State of New Jersey.

ME1 37232170v.1

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: August 16, 2021

                                                                                                     _____
                                                                                                     Steven E. Fox