| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Joseph Lubertazzi, Jr., Esq.<br>Franklin Barbosa, Jr., Esq.<br>**McCARTER & ENGLISH, LLP**<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-4444<br>jlubertazzi@mccarter.com<br>fbarbosa@mccarter.com<br><br>*Counsel for Tiger Finance, LLC* |

| | |
|---|---|
| In re: | Chapter 11 |
| ALUMINUM SHAPES, L.L.C., | Case No. 21-16520 (JNP) |
| Debtor. | |

## ORDER FOR ADMISSION *PRO HAC VICE* OF STEVEN E. FOX

The relief set forth on the following page is **ORDERED**.

This matter having been brought before the Court on application of Steven E. Fox for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, Steven E. Fox, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that Steven E. Fox be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify Steven E. Fox of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED** that Steven E. Fox shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which Steven E. Fox continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the United States District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to William T. Walsh, the Clerk of the United States District Court for the District of New Jersey (the "<u>Clerk</u>"), at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further **ORDERED** that Steven E. Fox shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

ME1 37226808v.1