| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire<br>(pro hac vice pending)<br>Turner Falk, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:  edmond.george@obermayer.com<br>           michael.vagnoni@obermayer.com<br>           turner.falk@obermayer.com<br><br>Proposed Counsel to the Debtor<br>and Debtor in Possession | Order Filed on August 16, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 21-__16520__ - (  ) |

## ORDER REGARDING DEBTOR'S APPLICATION FOR
## EXPEDITED CONSIDERATION OF FIRST DAY MOTIONS

The relief set forth on the following pages, numbered two (2) through four (4) is hereby

**ORDERED**.

**DATED: August 16, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

OMC\4846-6668-9268.v3-8/15/21

(Page 2)
Debtor:           ALUMINUM SHAPES, L.L.C.
Case No.          21- 16520    (_____)
Caption of Order: ORDER REGARDING DEBTOR'S APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MOTIONS

Upon the application (the "Application") of Aluminum Shapes, L.L.C., as debtor and debtor in possession in the above-captioned chapter 11 case, pursuant to Rule 9013-5 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey, for expedited consideration of first day matters, and for good cause shown; and the Court having jurisdiction to decide the Application and the relief requested therein in accordance with 28. U.S.C. §§ 157(a)-(b) and 1334(b); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the Declaration of Jordan Meyers in Support of Debtor's Chapter 11 Petition and First Day Pleadings, filed contemporaneously with the Application; and the Court having found and determined that the relief sought in the Application and granted herein is necessary to avoid immediate and irreparable harm to the Debtor and its estate as contemplated by Bankruptcy Rule 6003, and is in the best interests of the Debtor, its estate and creditors, and all parties-in-interest; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. The following applications and motions (collectively, the "Motions") are scheduled for a telephonic hearing via Court Solutions before the assigned Bankruptcy Court Judge on the date(s) and time(s) set forth below:

(Page 3)

Debtor: ALUMINUM SHAPES, L.L.C.
Case No. 21-16520 (____)
Caption of Order: ORDER REGARDING DEBTOR'S APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MOTIONS

| | MOTION | HEARING DATE and TIME |
|---|---|---|
| 1. | Application for Retention of Obermayer Rebmann Maxwell & Hippel LLP as Counsel to the Debtor [Docket No. 11] | August 18 2021, at 10:00 a.m. (ET) |
| 2. | Application for Admission Pro Hac Vice of Michael D. Vagnoni, Esq. [Docket No. 14] | August 18 2021, at 10:00 a.m. (ET) |
| 3. | Application for Retention of Winter Harbor LLC as Interim Company Management, Designate Dalton Edgecomb as Chief Restructuring Officer, and Designate Jordan Meyers as Interim Chief Financial Officer [Docket No. 2] | August 18, 2021, at 10:00 a.m. (ET) |
| 4. | Application for Retention of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent [Docket No. 5] | August 18, 2021, at 10:00 a.m. (ET) |
| 5. | Application for Retention of Cowen and Company, LLC as Investment Banker [Docket No. 3] | August 18, 2021, at 10:00 a.m. (ET) |
| 6. | Application for Retention of Berwyn Capital Interests as Restructuring Agent [Docket No. 4] | August 18, 2021, at 10:00 a.m. (ET) |
| 7. | Motion Pursuant to 11 U.S.C. §§ 105(a) and 521(a) and Fed. R. Bankr. P. 1007(c) for Entry of an Order Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 7] | August 18 2021, at 10:00 a.m. (ET) |
| 8. | Motion Pursuant to 11 U.S.C. §§ 105(a), 363(b), 506(b), 507(a), and 541 for Entry of an Order Authorizing, But Not Directing, the Debtor to Make Post-Petition Payments and Disbursements with Respect to Certain Prepetition Taxes [Docket No. 8] | August 18, 2021, at 10:00 a.m. (ET) |
| 9. | Motion for Authority to (I) Maintain, Renew, and Continue Insurance Policies and Programs and (II) Honor All Insurance Obligations [Docket No. 12] | August 18, 2021, at 10:00 a.m. (ET) |
| 10. | Motion Pursuant to 11 U.S.C. §§ 105 and 363 Authorizing the Debtor to Continue Using Existing Bank Accounts and Business Forms and for Related Relief [Docket No. 10] | August 18, 2021, at 10:00 a.m. (ET) |
| 11. | Motion Pursuant to 11 U.S.C. §§ 105 and 366 Prohibiting Utilities from Altering, Refusing, or Discontinuing Services of Account of Prepetition Claims, Establishing Procedures for Determining Requests for Additional Adequate Assurance and for Related Relief [Docket No. 9] | August 18 2021, at 10:00 a.m. (ET) |
| 12. | Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 507(a) for Authority to (I) Pay Certain Pre-Petition Wages, Salaries and Reimbursable Employee Expenses; (II) Pay and Honor Employee Medical and Other Benefits; (III) Continue Employee Benefits Programs; and (IV) for Related Relief [Docket No. 13] | August 18, 2021, at 10:00 a.m. (ET) |

(Page 4)
Debtor: ALUMINUM SHAPES, L.L.C.
Case No. 21- 16520        (        )
Caption of Order: ORDER REGARDING DEBTOR'S APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MOTIONS

| | | |
|---|---|---|
| 13. | Combined Motion for Entry of: an Order Granting (A) Authority to Obtain Postpetition Financing, (B) Liens and Super Priority Administrative Expense Status Pursuant to 11 U.S.C. §§ 364(c)(1), (2) and (3) and 364(d)(1), (C) Relief from the Automatic Stay and (D) Authority to Enter into Agreements with Tiger Finance, LLC, (E) Authorization to Use Cash Collateral Pursuant to 11 U.S.C. §§ 361 and 363, Bankruptcy Rule 4001 and D.N.J. LBR 4001-4 and to Provide Adequate Protection to Parties with an Interest in Cash Collateral and (F) Related Relief [Docket No. 15] | August 18 2021, at 10:00 a.m. (ET) |

3. A true copy of this Order shall be served on all required parties pursuant to D.N.J. LBR 9013-5(f).

4. Objections and/or responses to the Motions, if any, may be made at the hearing pursuant to D.N.J. LBR 9013-5(d).

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

This will be a telephonic hearing and all appearances should be set up through Court Solutions. The information is below. If you have any questions, please feel free to contact the Court at 856-361-2358.

COURTSOLUTIONS LLC
P: 917 746 7476
www.court-solutions.com

OMC\4846-6668-9268.v3-8/15/21