| |
|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire<br>(pro hac vice pending)<br>Turner Falk, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:  edmond.george@obermayer.com<br>         michael.vagnoni@obermayer.com<br>         turner.falk@obermayer.com<br><br>Proposed Counsel to the Debtor<br>and Debtor in Possession |

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-16520 (JNP) |

**NOTICE OF DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §§ 105(a), 327, AND 330 FOR AUTHORITY TO EMPLOY PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS _NUNC PRO TUNC_ TO THE PETITION DATE**

**PLEASE TAKE NOTICE** that on September 7, 2021, at 11:00 a.m. (EST), or as soon thereafter as counsel may be heard, the above-captioned debtor and debtor in possession (the "Debtor"), by and through its undersigned proposed counsel, shall move (the "Motion") before the Honorable Jerold N Poslusny, Jr., United States Bankruptcy Judge, in Courtroom 4C of the United States Bankruptcy Court for the District of New Jersey, Michell H. Cohen U.S. Courthouse, 400 Cooper Street, Fourth Floor, Camden, New Jersey 08110, for entry of an order, seeking authority to establish certain procedures to retain and compensate those professionals that the Debtor

employs in the ordinary course of business (collectively, the "Ordinary Course Professionals"), effective as of the Petition Date, all as more fully set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Motion sets forth the relevant factual bases upon which the relief requested should be granted. A proposed Order granting the relief requested in the Motion is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing, (ii) state with particularity the basis of the objection, and (iii) be filed with the Clerk of the United States Bankruptcy Court electronically by attorneys who regularly practice before the Bankruptcy Court in accordance with the General Order Regarding Electronic Means for Filing, Signing, and Verification of Documents dated March 27, 2002 (the "General Order") and the Commentary Supplementing Administrative Procedures dated as of March 2004 (the "Supplemental Commentary") (the General Order, the Supplemental Commentary and the User's Manual for the Electronic Case Filing System can be found at www.njb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties-in-interest, on CD-ROM in Portable Document Format (PDF), and shall be served in accordance with the General Order and the Supplemental Commentary, so as to be received no later than seven (7) days before the hearing date set forth above.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and

(A PORTION OF THIS PAGE INTENTIONALLY LEFT BLANK)

the relief requested may be granted without further notice or hearing.

Dated: August 16, 2021            Respectfully submitted,

                                        By: */s/ Edmond M. George*
                                            Edmond M. George, Esquire
                                            Michael D. Vagnoni, Esquire (*pro hac vice* pending)
                                            Turner Falk, Esquire
                                            OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                            1120 Route 73, Suite 420
                                            Mt. Laurel, NJ 08054
                                            Telephone: 856-795-3300
                                            Facsimile: (856) 482-0504
                                            Email: edmond.george@obermayer.com
                                                         michael.vagnoni@obermayer.com
                                                         turner.falk@obermayer.com

                                            *Proposed Counsel to the Debtor and*
                                            *Debtor in Possession*