| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with **D.N.J. LBR 9004-1(b)**<br><br>Michael Kwiatkowski, Esq.<br>CULLEN AND DYKMAN LLP<br>100 Quentin Roosevelt Boulevard<br>Garden City, New York 11530<br>T: (516) 357-3700<br>F: (516) 357-3792<br>mkwiatkowski@cullenllp.com<br><br>*Counsel for Public Service Electric and Gas Company* | |
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 21-16520 (JNP)<br><br>Honorable Jerrold N. Poslusny Jr. |

**APPLICATION FOR ADMISSION OF RUSSELL R. JOHNSON III *PRO HAC VICE***

      The undersigned hereby seeks an Order granting the admission *pro hac vice* of Russell R. Johnson III of the Law Firm of Russell R. Johnson III, PLC to practice before this Court in connection with the above-captioned matter. This application (the "Application") is submitted pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey. Unless requested by other parties, no oral argument is requested. A proposed form of Order is attached. In support of the Application, Michael Kwiatkowski hereby represents as follows:

      1.    I am an attorney with Cullen and Dykman LLP, which law firm maintains offices at 100 Quentin Roosevelt Boulevard, Garden City, New York 11530. Cullen and Dykman LLP has been retained to serve as local counsel for Public Service Electric and Gas Company ("PSE&G") in connection with the above-captioned matter.

2. I am an attorney-at-law of the State of New Jersey, and I am admitted to practice before the U.S. District Court for the District of New Jersey.

3. I submit this Application, pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of Bankruptcy Practice for the United States Bankruptcy Court for the District of New Jersey, in support of an *Order Approving Admission, Pro Hac Vice, of Russell R. Johnson III.*

4. Mr. Johnson is an attorney with the Law Firm of Russell R. Johnson III, PLC which maintains an address of 2258 Wheatlands Drive, Manakin-Sabot, VA 23103.

5. Attached is a certification of Mr. Johnson in which he certifies that he has been admitted to the bar of the State of Virginia since 1990. He also certifies that he has been admitted to practice in the following courts: U.S. District Court Eastern District of Virginia (1990), U.S. Court of Appeals 4th Circuit (1990), U.S. Court of Appeals 6th Circuit (2008), U.S. Court of Appeals 8th Circuit (2012), U.S. District Court Western District of Virginia (1991), U.S. District Court Eastern District of Michigan (2008), U.S. District Court Western District of Pennsylvania (2015), U.S. Bankruptcy Court Eastern District of Virginia, (1990), and the U.S. Bankruptcy Court Western District of Virginia (1991)

6. Mr. Johnson further certifies that he is, and has remained, a member in good standing of said bar at all times, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

7. Mr. Johnson is familiar with the circumstances surrounding the above-captioned matter and applicable facts and law, and his presence will serve the best interests of PSE&G.

WHEREFORE, Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Russell R. Johnson III to represent PSE&G as primary counsel in connection with the above-captioned matter.

Dated: Garden City, New York
August 17, 2021

Respectfully Submitted,

CULLEN AND DYKMAN LLP

By:  */s/ Michael Kwiatkowski*
Michael Kwiatkowski
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
T: (516) 357-3700
F: (516) 357-3792
mkwiatkowski@cullenllp.com

-and-

Russell R. Johnson III, Esq.
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, VA 23103
T: (804) 749-8861
F: (804) 749-8862
russell@russelljohnsonlawfirm.com

*Counsel for Public Service Electric and Gas Company*