| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with **D.N.J. LBR 9004-1(b)**<br><br>Michael Kwiatkowski<br>Cullen and Dykman LLP<br>100 Quentin Roosevelt Boulevard<br>Garden City, New York 11530<br>Telephone: (516) 296-9165<br>Facsimile: (516) 357-3792<br>mkwiatkowski@CullenandDykman.com<br><br>*Counsel for Public Service Electric and Gas Company* | |
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>          Debtor. | Chapter 11<br><br>Case No. 21-16520 (JNP)<br><br>Honorable Jerrold N. Poslusny Jr. |

### CERTIFICATION OF RUSSELL R. JOHNSON III IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Russell R. Johnson III certifies, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney with the Law Firm of Russell R. Johnson III, PLC, which maintains a business address of 2258 Wheatlands Drive, Manakin-Sabot, VA 23103.

2. I make this certification in support of my application (the "Application") pursuant to the rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), for admission to the Bankruptcy Court *pro hac vice*. I request to be admitted *pro hac vice* to serve as co-counsel to Public Service Electric and Gas Company ("PSE&G") in connection with the above-captioned matter.

3. I am and have been a member in good standing of the bar of the State of Virginia since 1990. I am also admitted to practice before the U.S. District Court Eastern District of Virginia (1990), U.S. Court of Appeals 4th Circuit (1990), U.S. Court of Appeals 6th Circuit (2008), U.S. Court of Appeals 8th Circuit (2012), U.S. District Court Western District of Virginia

1

(1991), U.S. District Court Eastern District of Michigan (2008), U.S. District Court Western District of Pennsylvania (2015), U.S. Bankruptcy Court Eastern District of Virginia, (1990), and the U.S. Bankruptcy Court Western District of Virginia (1991).

4. I am, and have remained, a member in good standing of said bars at all times. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

5. I am familiar with the circumstances surrounding the above-captioned bankruptcy case and applicable law.

6. I am not admitted to practice law in the State of New Jersey and therefore believe it is necessary for me to seek *pro hac vice* admission in the above-captioned matter.

7. If admitted *pro hac vice*, I agree to abide by the Local Bankruptcy Rules, and to make the payments to Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

8. I agree to (i) abide by the Court Rules for the United States District Court and United States Bankruptcy Court for the District of New Jersey, (ii) immediately notify this Court of any matter affecting my standing in any court to which I am admitted; and (iii) have all pleadings, briefs, and other papers filed with this Court signed by an attorney of record authorized to practice in the State of New Jersey.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and information.

Dated: August 17, 2021

/s/ Russell R. Johnson III
Russell R. Johnson III

2