IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 11 |
| | : | |
| ALUMINUM SHAPES, L.L.C. | : | CASE NO. 21-16520 |
| Debtor | : | |

## ENTRY OF APPEARANCE WITH REQUEST FOR SERVICE OF PAPERS AND RECEIPT OF NOTICES

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the Entry of Appearance of Douglas J. Smillie of Fitzpatrick Lentz & Bubba, P.C., as counsel of record for Talen Energy Marketing, LLC, in the above-captioned matter.

PLEASE TAKE NOTICE THAT Douglas J. Smillie of Fitzpatrick Lentz & Bubba, P.C. is counsel for Talen Energy Marketing, LLC, a party in interest in the above Chapter 11 case, and pursuant to Bankruptcy Rules 2002, 9007 9010, respectfully requests that all notices given or required to be given in this case by the Court and/or by any other party to this case, be given to the undersigned at the address and telephone number set forth below.

THIS REQUEST FOR NOTICE includes all Orders, Notices, copies of Applications, Motions, Petitions, Pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise.

Dated:  August 17, 2021	DOUGLAS J. SMILLIE

FITZPATRICK LENTZ & BUBBA, P.C.
645 W. Hamilton Street, Suite 800
Allentown, PA  18101
(610) 797-9000

By     */s/ Douglas J. Smillie*
　　Attorney for Talen Energy Marketing, LLC