| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> David L. Deratzian, Esq. <br> Hahalis & Kounoupis, P.C. <br> 20 E Broad Street <br> Bethlehem, PA  18018 <br> (610) 865-2608 <br> David@employmentlaw-lv.com <br> *Counsel for Nathan H. Kelman, Inc.* | |
| In re: <br><br> ALUMINUM SHAPES, L.L.C., <br><br> Debtor. | Chapter 11 <br><br> Case No. 21-16520 (JNP) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that David L. Deratzian of Hahalis & Kounoupis, PC, hereby enters his appearance in the above-captioned case in accordance with Fed. R. Bankr. P. 9010(b) for Nathan H. Kelman, Inc. ("Kelman"). Request is made that the documents filed in this case and identified below be given and served upon the following person at the address, telephone, facsimile number and e-mail address indicated below:

> HAHALIS & KOUNOUPIS, P.C.
> David L. Deratzian, Esq.
> 20 E Broad Street
> Bethlehem, PA  18018
> (610) 865-2608
> Direct Dial:  (610) 890-7836
> Fax: (610) 691-8418
> Direct Fax: (215) 790-6214
> David@employmentlaw-lv.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive Kelman's (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to a jury trial in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal, including proceedings over which the Bankruptcy Court lacks constitutional authority to enter final judgments; or (iv) other rights, claims, defenses, setoffs or recoupments to which Kelman is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date: August 17, 2021                HAHALIS & KOUNOUPIS, P.C.

By: /s/ *David L. Deratzian*
    David L. Deratzian, Esq.
    20 E Broad Street
    Bethlehem, PA  18018
    (610) 865-2608
    Direct Dial:  (610) 890-7836
    Fax: (610) 691-8418
    Direct Fax: (215) 790-6214
    David@employmentlaw-lv.com