| |
|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire (pro hac vice)<br>Turner Falk, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:   edmond.george@obermayer.com<br>            michael.vagnoni@obermayer.com<br>            turner.falk@obermayer.com<br><br>Proposed Counsel to the Debtor<br>and Debtor in Possession |

| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 21-16520 (JNP)<br><br>HEARING DATE AND TIME:<br>October 5, 2021 at 11:00 a.m. (ET) |
|---|---|

**NOTICE OF DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER EXTENDING THE DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE AND FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that on **October 5, 2021**, at **11:00 a.m.** (Eastern Time), or as soon thereafter as counsel may be heard, Aluminum Shapes, L.L.C., the above-captioned debtor and debtor in possession (collectively, the "**Debtor**"), by and through its undersigned proposed counsel, will move before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101, for entry of an order, substantially in the form submitted herewith, (a) extending the deadline to assume or reject unexpired leases of

1

nonresidential real property (collectively, the "**Unexpired Leases**") pursuant to section 365(d)(4) of the Bankruptcy Code for an additional 90 days, from March 13, 2022 through and including June 11, 2022, without prejudice to the Debtor's right to seek additional extensions of the period within which the Debtor may assume or reject the Unexpired Leases as contemplated under section 365(d)(4)(B) of the Bankruptcy Code; and (b) granting related relief (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, the Debtor shall rely upon the Motion submitted concurrently herewith and the *Declaration of Jordan Meyers in Support of Chapter 11 Petitions and First-Day Relief* [Docket No. 17] (the "**First Day Declaration**"). The Debtor submits that no separate memorandum of law is necessary because the applicable law is adequately set forth in the supporting Motion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Motion shall: (i) be in writing; (ii) state with particularity the basis of the objection; and (iii) be filed with the Clerk of the United States Bankruptcy Court in accordance with D.N.J. LBR 9013-2.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d), and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby waived unless timely objection is received.

**PLEASE TAKE FURTHER NOTICE** that an order granting the relief requested herein is

(A portion of this page intentionally left blank)

4838-5473-9962.v1

submitted herewith and made part of the Motion herein.

                              Respectfully Submitted,

Dated: September 14, 2021    By: */s/ Edmond M. George*
                                      Edmond M. George, Esquire
                                      Michael D. Vagnoni, Esquire (*pro hac vice*)
                                      Turner N. Falk, Esquire
                                      OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
                                      1120 Route 73, Suite 420
                                      Mount Laurel, NJ 08054-5108
                                      Telephone: (856) 795-3300
                                      Facsimile: (856) 482-0504
                                      E-mail:  edmond.george@obermayer.com
                                                      michael.vagnoni@obermayer.com
                                                      turner.falk@obermayer.com

                                      *Proposed Counsel to Chapter 11 Debtor, Aluminum Shapes, L.L.C.*