UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ANDREW J. BRUCK
ACTING ATTORNEY GENERAL OF NEW JERSEY
25 Market Street, P.O. Box 093
Trenton, NJ 08625-0093
Attorney for New Jersey Department of Environmental Protection
By: Buffy L. Wilson, Deputy Attorney General
    (609) 376-2740
    buffy.wilson@law.njoag.gov

| | |
|---|---|
| In Re:<br><br>**Aluminum Shapes LLC**,<br><br>Debtor. | Case No.: 21-16520-JNP<br>Chapter: 11<br>Judge: Hon. Jerrold N. Poslusny Jr. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the Acting Attorney General of New Jersey, by Buffy L. Wilson, Deputy Attorney General appearing, asks this Court to enter his appearance in this matter for the New Jersey Department of Environmental Protection ("NJDEP" or the "Department"), a principal department within the Executive Branch of the State government, a party in interest in this case.

The Acting Attorney General of New Jersey is authorized to enter his appearance for the Department in these proceedings. The Acting Attorney General, by the undersigned, does so without authority to waive the State of New Jersey's or its officers' sovereign immunity under the United States Constitution, or to consent to this Court's exercise of jurisdiction over the State of New Jersey or its officers. Accordingly, nothing in this notice is intended to waive the State of New Jersey's or its officials' immunity from suit in federal court under its sovereign immunity in the United States Constitution.

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Buffy L. Wilson, DAG
Division of Law, Environmental Enforcement & Environmental Justice Section
25 Market Street, P.O. Box 093
Trenton, NJ 08625-0093
buffy.wilson@law.njoag.gov

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

ANDREW J. BRUCK
ACTING ATTORNEY GENERAL OF NEW JERSEY

Date: September 30, 2021        By: /s/ Buffy L. Wilson
                                    Buffy L. Wilson, Deputy Attorney General