| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br> OBERMAYER REBMANN MAXWELL & HIPPEL LLP <br> Edmond M. George, Esquire <br> Michael D. Vagnoni, Esquire (pro hac vice) <br> Turner Falk, Esquire <br> 1120 Route 73, Suite 420 <br> Mount Laurel, NJ 08054-5108 <br> Telephone: (856) 795-3300 <br> Facsimile: (856) 482-0504 <br> E-mail:  edmond.george@obermayer.com <br>         michael.vagnoni@obermayer.com <br>         turner.falk@obermayer.com <br><br> Proposed Counsel to the Debtor <br> and Debtor in Possession |

| | |
|---|---|
| In re: <br><br> ALUMINUM SHAPES, L.L.C., <br><br> Debtor. | Chapter 11 <br><br> Case No. 21-16520 (JNP) |

**NOTICE OF DEBTOR'S SELECTION OF STALKING HORSE BIDDER
FOR THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS
PURSUANT TO 11 U.S.C. § 363 OF THE BANKRUPTCY CODE**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Aluminum Shapes, L.L.C., the above-captioned debtor and debtor in possession (the "**Debtor**"), by and through its undersigned counsel, hereby provides Notice, pursuant to the September 30, 2021 Order: (A) Approving Bidding Procedures and Form of Asset Purchase Agreement in Connection with the Sale of Substantially all of the Debtor's Assets, (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (C) Approving Procedures for Selection of a Stalking Horse Bidder and Bid Protections, and (D) Granting Related Relief **(the "Bid Procedures Order")**

[Docket No. 122] of its Selection of a Stalking Horse Bidder, for the sale of substantially all of its Assets, as those terms are defined by the Bid Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has entered into an Asset Purchase Agreement ("APA") dated September 30, 2021, subject to Bankruptcy Court approval, for the sale of substantially all of its Assets, with CGPN, LLC, a Delaware Limited Liability Company.

**PLEASE TAKE FURTHER NOTICE** that the Debtor has selected CGPN, LLC, as the Stalking Horse Bidder, as that term is defined by the Debtor's Sale Motion [Docket No.94].

**PLEASE TAKE FURTHER NOTICE**, that copies of the APA can be obtained by requesting a copy from the following: Edmond M. George, Esquire, Obermayer Rebmann Maxwell & Hippel, LLP, (215) 665-3140, edmond.george@obermayer.com., or Justin Magner, Cowen and Company, LLC, T: (646) 562-1285  M: (516) 458-5864, justin.magner@cowen.com.

OBERMAYER REBMANN MAXWELL & HIPPEL LLP

Dated: October 1, 2021

*s/ Edmond M. George*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire (pro hac vice)
Turner Falk, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
E-mail:edmond.george@obermayer.com
michael.vagnoni@obermayer.com
turner.falk@obermayer.com
Counsel to the Debtor in possession.