UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on October 4, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Aluminum Shapes, L.L.C.

Case No.: _____ 21-16520 _____

Chapter: _____ 11 _____

Judge: _____ JNP _____

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE
### (For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: October 4, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _Edmond M. George , Debtor's Attorney_ for a reduction of time for a hearing on _Motion re: Approve Bid Protections and Related Relief_ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _10/7/2021_ at _11am_ in the United States Bankruptcy Court, _400 Cooper Street Camden, NJ 08101_, Courtroom No. _4C_ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _Email or Overnight to secured creditor, committee counsel, UST, and others that have entered an appearance. E-mail must be by Consent._

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail

_____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing in the manner prescribed below.

8.   For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

☐ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☒ Other:

> Hearing may be conducted in person in accordance with the requirements set forth in District Court Chief Judge Wolfson's Standing Order 2021-08 regarding COVID-19 vaccination and testing requirements of visitors to Court facilities. Parties are directed to contact Chambers for additional details, including specific requirements for live appearances before Judge Poslusny.

*rev.3/23/20*

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 21-16520-JNP

Aluminum Shapes, L.L.C.                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 04, 2021 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aluminum Shapes, L.L.C., 9000 River Road, Delair, NJ 08110-3204 |
| aty | + | Michael D Vagnoni, Obermayer Rebmann Maxwell & Hippel, LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Katz | on behalf of Defendant Martin J. Walsh katz.andrew@dol.gov |
| Anthony B. Stumbo | on behalf of Creditor Tiger Finance  LLC astumbo@riemerlaw.com |
| Buffy L. Wilson | on behalf of Interested Party New Jersey Department of Environmental Protection buffy.wilson@law.njoag.gov |
| David L. Deratzian | on behalf of Unknown Role Type Nathan H. Kelman  Inc. david@employmentlaw-lv.com |
| Douglas J. Smillie | on behalf of Creditor Talen Energy Marketing  LLC dsmillie@flblaw.com, ccharlton@flblaw.com |
| Edmond M. George | |

District/off: 0312-1
Date Rcvd: Oct 04, 2021

User: admin
Form ID: pdf903

Page 2 of 3
Total Noticed: 2

| | |
|---|---|
| Edmond M. George | on behalf of Debtor Aluminum Shapes  L.L.C. edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com |
| | on behalf of Plaintiff Aluminum Shapes  L.L.C. edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com |
| Franklin Barbosa, Jr | on behalf of Creditor Tiger Finance  LLC fbarbosa@mccarter.com |
| Gregory Peterson | on behalf of Creditor UGI Energy Services  Inc. gpeterson@dyerpeterson.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Jordan Seth Blask | on behalf of Creditor Cygnus Manufacturing Company jblask@fbtlaw.com  agilbert@fbtlaw.com;agilbert@ecf.courtdrive.com |
| Joseph Lubertazzi, Jr. | on behalf of Creditor Tiger Finance  LLC jlubertazzi@mccarter.com |
| Joseph J. DiPasquale | on behalf of Attorney Official Committee of Unsecured Creditors Jdipasquale@foxrothschild.com  cbrown@foxrothschild.com |
| Joseph S. D'amico, Jr. | on behalf of Creditor Public Service Electric and Gas Company jsdamico@flblaw.com |
| Joseph S. D'amico, Jr. | on behalf of Creditor Talen Energy Marketing  LLC jsdamico@flblaw.com |
| Karl N. McConnell | on behalf of Creditor Merchantville-Pennsauken Water Commission kmcconnell@mpwc.com  jhershey@mpwc.com |
| Martha Baskett Chovanes | on behalf of Attorney Official Committee of Unsecured Creditors mchovanes@foxrothschild.com  rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Matthew David Areman | on behalf of Creditor Teamsters Local 107  as Bargaining Agent for Unionized Laid Off Employees of Debtor mareman@markowitzandrichman.com |
| Matthew David Areman | on behalf of Creditor Teamsters Local 837 Health & Welfare Fund mareman@markowitzandrichman.com |
| Matthew David Areman | on behalf of Creditor Teamsters Local 837 401(k) Plan mareman@markowitzandrichman.com |
| Melissa A. Pena | on behalf of Creditor New Life Transport Parts Center mapena@norris-law.com  pfreda@nmmlaw.com |
| Michael Kwiatkowski | on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael J. Viscount, Jr. | on behalf of Attorney Official Committee of Unsecured Creditors mviscount@foxrothschild.com  rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael R. Herz | on behalf of Attorney Official Committee of Unsecured Creditors mherz@foxrothschild.com  cbrown@foxrothschild.com |
| Peter C. Hughes | on behalf of Creditor Dilworth Paxson LLP phughes@dilworthlaw.com  cct@dilworthlaw.com |
| Rebecca K. McDowell | on behalf of Creditor Eastern Lift Truck Co.  Inc. rmcdowell@slgcollect.com |
| Robert W. Keyser | on behalf of Creditor BB 316 Investments LLC rkeyser@taylorandkeyser.com |
| Steven E. Fox | on behalf of Creditor Tiger Finance  LLC sfox@riemerlaw.com, dromanik@riemerlaw.com |
| Suzanne Demitrio Campbell | on behalf of Defendant Martin J. Walsh campbell.suzanne@dol.gov |
| Suzanne Demitrio Campbell | |

|   |   |
|---|---|
|   | on behalf of Creditor Martin J. Walsh campbell.suzanne@dol.gov |
| Turner Falk |   |
|   | on behalf of Plaintiff Aluminum Shapes  L.L.C. turner.falk@obermayer.com, coleen.schmidt@obermayer.com |
| U.S. Trustee |   |
|   | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 33