# Exhibit A

Declaration of Solomon Rosenthal

Subject to Motion to Seal