# Exhibit B

Declaration of Justin Magner

Subject to Motion to Seal