| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**Obermayer Rebmann Maxwell & Hippel LLP**<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire (pro hac vice)<br>Turner N. Falk, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:edmond.george@obermayer.com<br>     michael.vagnoni@obermayer.com<br>     turner.falk@obermayer.com<br><br>Counsel to the Debtor<br>and Debtor in Possession |

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 21-16520-JNP |

TO: ALL INTERESTED PARTIES

### NOTICE OF STATUS AND ADJOURNMENT

The Debtor, Aluminum Shapes, L.L.C., hereby provides notice that; the below-listed hearings, currently scheduled to be heard by the Court on October 28, 2021, at 1:00 P.M., are either adjourned, withdrawn, or settled as follows:

1. The Debtor's Motion to Seal as to Exhibits "A" and "B" of the Debtor's Motion to Approve the KERP and the KEIP is **CONTINUED** to November 4, 2021, at 11:00 A.M.

2. The Debtor's Motion to Approve the KERP and the KEIP is **CONTINUED** to November 4, 2021, at 11:00 A.M.

3. The Debtor's Motion to Sell/For Bidding Procedures and Related Relief is **CONTINUED** to November 12, 2021, at 10:00 A.M.

4. The Hearing to Show Cause as to the injunctive relief sought by the Debtor against Ultimate Software Group, Inc. is **CONTINUED** to November 12, 2021, at 10:00 A.M.

5. The Debtor's Motion to Approve Use of Cash Collateral is **WITHDRAWN**.

6. Ford Motor Company's Motion for Relief from the Automatic Stay is **SETTLED** by way of an Order to be submitted.

All other hearing dates in this matter remain unchanged.

Respectfully submitted,

Dated: October 27, 2021        By:    */s/ Edmond M. George*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire (*pro hac vice*)
Turner N. Falk, Esquire
OBERMAYER REBMANN MAXWELL &
HIPPEL, LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
*Counsel to Chapter 11 Debtor,
Aluminum Shapes, L.L.C.*