| |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire (pro hac vice)<br>Turner N. Falk, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:  edmond.george@obermayer.com<br>         michael.vagnoni@obermayer.com<br>         turner.falk@obermayer.com<br><br>Counsel to the Debtor and Debtor in Possession | |
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 21-16520 (JNP) |

### NOTICE OF SUCCESSFUL BIDDER FOR SALE OF THE ASSETS OF ALUMINUM SHAPES, L.L.C.

**To: ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.  On September 14, 2021, the above-captioned debtor Aluminum Shapes, L.L.C., as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), filed a motion (the "Bid Procedures Motion") (DI #94) for the entry of an order (a) approving Bid Procedures for the sale (the "Sale") of any or substantially all of the Debtor's assets (collectively, the "Assets"), (b) approving procedures for the assumption and assignment of designated executory contracts and unexpired leases (collectively, the "Transferred Contracts") and the sale and transfer of other designated contracts, (c) scheduling the Auction and Sale Hearing, and (d)

granting related relief, and (ii) an order (the "Sale Order") (a) authorizing the Sale of the Assets free and clear of all liens, claims, interests, and other encumbrances, other than assumed liabilities, to the Successful Bidder(s) submitting the highest or otherwise best bid, (b) authorizing the assumption and assignment of the Transferred Contracts to the Successful Bidder(s) and authorizing the sale and transfer of other designated contracts, and (c) granting certain related relief.

2. On September 30, 2021, the Court entered an order granting the Bid Procedures Motion. (DI #122). The Debtor served all interested parties with the Bid Procedures prior to the Qualified Bid Deadline.

3. The Debtor received several Qualified Bids prior to the Bid Deadline of October 22, 2021.

4. In consultation with the relevant parties in interest, the Debtor adjourned the Auction originally scheduled for October 25, 2021 to November 10, 2021. On November 1, 2021, the Debtor filed a motion to modify certain Bid Procedures (DI 219) which was granted on November 5, 2021 (DI #229). The Auction took place on November 10, 2021, as required by the Bid Procedures, as modified.

5. All Qualified Bidders were permitted to participate in the Auction. At the conclusion of the Auction, the Debtor declared VV9000 LLC as the Successful Bidder for the Assets, with the highest and best bid of $32,000,000.00.

6. The Debtor will seek approval of a Sale to VV9000 LLC as the Successful Bidder at the Sale Hearing scheduled to commence on November 12, 2021 at 10:00am before Judge Andrew Altenberg, by telephonic means. The deadline to object to the Debtor's request for approval of the Sale of the Assets to VV9000 LLC is November 11, 2021 at 4:00pm.

                                  Respectfully Submitted,

Dated: November 11, 2021    By: */s/ Edmond M. George*
                                     Edmond M. George, Esquire
                                     Michael D. Vagnoni, Esquire (*pro hac vice*)
                                     Turner N. Falk, Esquire
                                     OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
                                     1120 Route 73, Suite 420
                                     Mount Laurel, NJ 08054-5108
                                     Telephone: (856) 795-3300
                                     Facsimile: (856) 482-0504
                                     E-mail:  edmond.george@obermayer.com
                                                    michael.vagnoni@obermayer.com
                                                    turner.falk@obermayer.com
                                     *Counsel to Chapter 11 Debtor, Aluminum Shapes, L.L.C.*