UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on November 12, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Aluminum Shapes, L.L.C.

| | |
|---|---|
| Case No.: | 21-16520 |
| Chapter: | 11 |
| Judge: | JNP |

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**
(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 12, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of  Official Committee of Unsecured Creditors  for a reduction of time for a hearing on  Motion to Seal  under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on  11/23/2021  at  2:00PM  in the United States Bankruptcy Court,  400 Cooper Street Camden, NJ 08101 , Courtroom No.  4C  .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:  Committee, Secured Creditors, Those Entering Appearances And UST 
 E-Mail must be by Consent 

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

    ☒ Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

    ☐ Other:

*rev.3/23/20*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-16520-JNP
Aluminum Shapes, L.L.C.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Nov 12, 2021     Form ID: pdf903     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Aluminum Shapes, L.L.C., 9000 River Road, Delair, NJ 08110-3204 |
| aty | + Michael D Vagnoni, Obermayer Rebmann Maxwell & Hippel, LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |
| aty | + Obermayer Rebmann Maxwell & Hippel LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:

**Name**     **Email Address**

Ana Parikh
    on behalf of Interested Party Residential Fences Corp. ana.parikh@rivkin.com
    matthew.spero@rivkin.com;stuart.gordon@rivkin.com

Andrew Katz
    on behalf of Defendant Martin J. Walsh katz.andrew@dol.gov

Anthony B. Stumbo
    on behalf of Creditor Tiger Finance  LLC astumbo@riemerlaw.com

Buffy L. Wilson
    on behalf of Interested Party New Jersey Department of Environmental Protection buffy.wilson@law.njoag.gov

Catherine B. Heitzenrater
    on behalf of Creditor CHUBB COMPANIES cebeideman@duanemorris.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 12, 2021 | Form ID: pdf903 | Total Noticed: 3 |

David L. Deratzian
    on behalf of Unknown Role Type Nathan H. Kelman Inc. david@employmentlaw-lv.com

Deirdre E. Burke
    on behalf of Creditor Tiger Finance LLC dburke@mccarter.com

Donald K. Ludman
    on behalf of Creditor Pollution Control Financing Authority of Camden County dludman@brownconnery.com kray@brownconnery.com

Douglas J. Smillie
    on behalf of Creditor Talen Energy Marketing LLC dsmillie@flblaw.com, ccharlton@flblaw.com

Edmond M. George
    on behalf of Debtor Aluminum Shapes L.L.C. edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com

Edmond M. George
    on behalf of Plaintiff Aluminum Shapes L.L.C. edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com

Franklin Barbosa, Jr
    on behalf of Creditor Tiger Finance LLC fb@spsk.com

Gregory Peterson
    on behalf of Creditor UGI Energy Services Inc. gpeterson@dyerpeterson.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jerrold S. Kulback
    on behalf of Interested Party Energy Power Investment Company LLC jkulback@archerlaw.com chansen@archerlaw.com

John R. Morton, Jr.
    on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Jordan Seth Blask
    on behalf of Creditor Cygnus Manufacturing Company jblask@fbtlaw.com agilbert@fbtlaw.com;agilbert@ecf.courtdrive.com

Joseph Lubertazzi, Jr.
    on behalf of Creditor Tiger Finance LLC jlubertazzi@mccarter.com

Joseph J. DiPasquale
    on behalf of Attorney Official Committee of Unsecured Creditors Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes L.L.C. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com

Joseph M. Garemore
    on behalf of Creditor Pollution Control Financing Authority of Camden County jgaremore@brownconnery.com

Joseph S. D'amico, Jr.
    on behalf of Creditor Public Service Electric and Gas Company jsdamico@flblaw.com hrivera@flblaw.com

Joseph S. D'amico, Jr.
    on behalf of Creditor Talen Energy Marketing LLC jsdamico@flblaw.com, hrivera@flblaw.com

Karl N. McConnell
    on behalf of Creditor Merchantville-Pennsauken Water Commission kmcconnell@mpwc.com jhershey@mpwc.com

Martha Baskett Chovanes
    on behalf of Attorney Official Committee of Unsecured Creditors mchovanes@foxrothschild.com rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Matthew David Areman
    on behalf of Creditor Teamsters Local 837 401(k) Plan mareman@markowitzandrichman.com

Matthew David Areman
    on behalf of Creditor Teamsters Local 107 as Bargaining Agent for Unionized Laid Off Employees of Debtor mareman@markowitzandrichman.com

Matthew David Areman
    on behalf of Creditor Teamsters Local 837 Health & Welfare Fund mareman@markowitzandrichman.com

Maureen P. Steady
    on behalf of Plaintiff Aluminum Shapes L.L.C. msteady@mac.com

Melissa A. Pena
    on behalf of Creditor New Life Transport Parts Center mapena@norris-law.com pfreda@nmmlaw.com

Case 21-16520-JNP    Doc 275    Filed 11/14/21    Entered 11/15/21 00:16:10    Desc
Imaged Certificate of Notice    Page 6 of 6

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 12, 2021 | Form ID: pdf903 | Total Noticed: 3 |

| | |
|---|---|
| Michael Kwiatkowski | on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael J. Viscount, Jr. | on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes  L.L.C. mviscount@foxrothschild.com, rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael J. Viscount, Jr. | on behalf of Attorney Fox Rothschild LLP mviscount@foxrothschild.com rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael J. Viscount, Jr. | on behalf of Attorney Official Committee of Unsecured Creditors mviscount@foxrothschild.com rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael R. Herz | on behalf of Attorney Official Committee of Unsecured Creditors mherz@foxrothschild.com  cbrown@foxrothschild.com |
| Peter C. Hughes | on behalf of Creditor Dilworth Paxson LLP phughes@dilworthlaw.com  cct@dilworthlaw.com |
| Rebecca K. McDowell | on behalf of Creditor Eastern Lift Truck Co.  Inc. rmcdowell@slgcollect.com |
| Robert Farouk Elgidely | on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes  L.L.C. relgidely@foxrothschild.com |
| Robert Farouk Elgidely | on behalf of Attorney Official Committee of Unsecured Creditors relgidely@foxrothschild.com |
| Robert W. Keyser | on behalf of Creditor BB 316 Investments LLC rkeyser@taylorandkeyser.com |
| S. Jason Teele | on behalf of Interested Party Aspen 9000 LLC steele@sillscummis.com  steele@sillscummis.com |
| Sara Chenetz | on behalf of Interested Party Hydro Extrusion USA  LLC schenetz@perkinscoie.com, cmallahi@perkinscoie.com;docketLA@perkinscoie.com;rleibowitz@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com |
| Steven E. Fox | on behalf of Creditor Tiger Finance  LLC sfox@riemerlaw.com, dromanik@riemerlaw.com |
| Steven J. Reisman | on behalf of Interested Party AZZ  Inc. sreisman@katten.com, nyc.bknotices@katten.com |
| Suzanne Demitrio Campbell | on behalf of Defendant Martin J. Walsh campbell.suzanne@dol.gov |
| Suzanne Demitrio Campbell | on behalf of Creditor Martin J. Walsh campbell.suzanne@dol.gov |
| Tina Moss | on behalf of Interested Party Hydro Extrusion USA  LLC tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com |
| Turner Falk | on behalf of Plaintiff Aluminum Shapes  L.L.C. turner.falk@obermayer.com, coleen.schmidt@obermayer.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 49