# EXHIBIT A

{00464328.DOCX; 4}

# CGPN, LLC

730 Coquina CT
Boca Raton, FL 33432

November 17, 2021

To Whom it May Concern:

The following sets forth the out-of-pocket travel expenses of CGPN, LLC representatives related to the Aluminum Shapes, LLC transaction:

| Date | Description | Amount |
|---|---|---|
| 9/20/2021 | D. Muslin: Commercial Flight - FLL-PHL | $ 406.40 |
| 9/20/2021 | D. Muslin: hotel | $ 248.74 |
| 9/20/2021 | D. Muslin: Meal | $ 11.27 |
| 9/21/2021 | D. Muslin: Uber | $ 58.18 |
| 9/21/2021 | A. Mazer: Commercial Flight - Htfd-Phil* | $ 416.00 |
| 9/21/2021 | A. Mazer: Meal | $ 108.65 |
| 9/21/2021 | A. Mazer: rental car | $ 66.96 |
| 9/21/2021 | A. Mazer: Commercial Flight - PHL-ORD | $ 194.40 |
| 9/21/2021 | W. Firestone: Commercial Flight - Htfd-Phil-Htfd* | $ 832.00 |
| 9/28/2021 | B. Poitras: Commercial Flight - BOS-PHL-BOS | $ 596.81 |
| 10/7/2021 | W. Firestone: Commercial Flight - Htfd-Phil-Htfd* | $ 832.00 |
| 10/7/2021 | D. Muslin: Commercial Flight - ORD-PHL-ORD* | $ 816.00 |
| 10/7/2021 | A. Mazer: Amtrack - Bltm-Phil | $ 38.00 |
| 10/7/2021 | A. Mazer: Lyft | $ 25.89 |
| 10/7/2021 | A. Mazer: Commercial Flight - PHL-ORD* | $ 408.00 |
| 10/20/2021 | B. Poitras: hotel | $ 278.31 |
| 10/14/2021 | D. Muslin: Court Solutions hearing fee | $ 50.00 |
| 11/10-11/11/21 | W. Firestone: Commercial Flight - Miami-Phil-Miami* | $ 527.00 |
| 11/10-11/11/21 | D. Muslin: Commercial Flight - Miami-Phil-Miami* | $ 527.00 |
| 11/10/2021 | W. Firestone: hotel | $ 155.89 |
| 11/10/2021 | D. Muslin: hotel | $ 158.39 |
| 11/10-11/11/21 | W. Firestone: rental car | $ 48.84 |
| 11/10/2021 | B. Poitras: hotel | $ 327.65 |
| 11/10/2021 | D. Muslin: meal | $ 25.17 |
| | **TOTAL** | **$ 7,157.55** |

\* <u>Note</u>: Commercial Flight costs are for refundable commercial airline tickets. Representatives flew privately but are only charging commercial pricing.

The foregoing is an accurate representation of the costs described.

_[signature]_
David A. Muslin
Manager