# EXHIBIT B

{00464328.DOCX; 4}

## COHEN TAUBER SPIEVACK & WAGNER PC

420 Lexington Avenue
Suite 2400
New York, NY 10170

November 15, 2021

CGPN, LLC
c/o Big Shoulders Capital Growth LLC
105 Revere Drive – Suite D
Northbrook, IL  60062

Attention:  David Muslin

Invoice #: 151837
File #:     1945.032

RE:   *Aluminum Shapes, L.L.C. Asset Purchase*

For services rendered and expenses incurred for CGPN, LLC as the stalking horse bidder in connection with the above-caption matter, including, without limitation:  review, revise and negotiate the Asset Purchase Agreement and the schedules thereto, draft the First Amendment to the Asset Purchase Agreement and the Second Amendment to the Asset Purchase Agreement; review title policies and amendment, order title commitment and attend to title commitment objection matters; review and revise pleadings; prepare for and attend court hearings on 10/7/21, 11/4/21 and 11/12/21; prepare for and attend auction in Pennsauken, NJ; and, telephone calls and correspondence with client, debtor's counsel and other interested parties in the case.

### Timekeeper Summary

| Timekeeper | Hours | Total |
|---|---|---|
| Robert A. Boghosian | 104.6 | $73,743.00 |

### Expense Summary

| | |
|---|---|
| Transportation (Subway, Taxi, Train, etc.) | $262.95 |
| CourtSolutions Telephonic Court Hearings | $150.00 |
| Total Expenses | $412.95 |
| | |
| Total Fees and Expenses | $74,155.95 |

# C | T | S | W

### COHEN TAUBER SPIEVACK & WAGNER P.C.

November 15, 2021

CGPN, LLC
c/o Big Shoulders Capital Growth LLC
105 Revere Drive - Suite D
Northbrook, IL   60062

Attn:   David Muslin

File #:   1945-032
Inv #:   151837

*Re:*   ***Aluminum Shapes, L.L.C. Asset Purchase***

---

Interim Statement

**For Professional Services Rendered**

| Date | Atty | | Hours | Amount |
|---|---|---|---|---|
| 09/29/2021 | RAB | | 2.30 | 1,621.50 |
| 09/30/2021 | RAB | | 14.00 | 9,870.00 |
| 10/01/2021 | RAB | | 3.30 | 2,326.50 |
| 10/02/2021 | RAB | | 1.10 | 775.50 |
| 10/04/2021 | RAB | | 4.30 | 3,031.50 |
| 10/05/2021 | RAB | | 3.20 | 2,256.00 |
| 10/06/2021 | RAB | | 9.30 | 6,556.50 |
| 10/07/2021 | RAB | | 4.70 | 3,313.50 |
| 10/08/2021 | RAB | | 1.30 | 916.50 |
| 10/11/2021 | RAB | | 2.60 | 1,833.00 |
| 10/12/2021 | RAB | | 0.90 | 634.50 |
| 10/13/2021 | RAB | | 0.70 | 493.50 |
| 10/14/2021 | RAB | | 0.90 | 634.50 |
| 10/18/2021 | RAB | | 1.30 | 916.50 |
| 10/19/2021 | RAB | | 0.70 | 493.50 |

|  |  | Statement Date: | 11/15/2021 |
|---|---|---|---|
|  |  | Inv #: | 151837 |
|  |  | File #: | 1945.032 |
| CGPN, LLC |  | Page #: | 2 |

|  |  | **Hours** |  |
|---|---|---|---|
| 10/20/2021 | RAB | 0.60 | 423.00 |
| 10/21/2021 | RAB | 1.60 | 1,128.00 |
| 10/22/2021 | RAB | 1.10 | 775.50 |
| 10/23/2021 | RAB | 2.30 | 1,621.50 |
| 10/24/2021 | RAB | 0.80 | 564.00 |
| 10/25/2021 | RAB | 2.30 | 1,621.50 |
| 10/26/2021 | RAB | 1.40 | 987.00 |
| 10/27/2021 | RAB | 2.60 | 1,833.00 |
| 10/28/2021 | RAB | 1.40 | 987.00 |
| 10/29/2021 | RAB | 2.20 | 1,551.00 |
| 11/01/2021 | RAB | 2.50 | 1,762.50 |
| 11/02/2021 | RAB | 1.60 | 1,128.00 |
| 11/03/2021 | RAB | 1.40 | 987.00 |
| 11/04/2021 | RAB | 3.70 | 2,608.50 |
| 11/05/2021 | RAB | 2.60 | 1,833.00 |
| 11/06/2021 | RAB | 0.90 | 634.50 |
| 11/08/2021 | RAB | 1.80 | 1,269.00 |
| 11/09/2021 | RAB | 4.60 | 3,243.00 |
| 11/10/2021 | RAB | 14.50 | 10,222.50 |
| 11/11/2021 | RAB | 1.50 | 1,057.50 |
| 11/12/2021 | RAB | 2.60 | 1,833.00 |
|  | **Total Time Charges** | 104.60 | 73,743.00 |

**Disbursements**

| | |
|---|---|
| Transportation (Subway, Taxi, Train, etc.) | 262.95 |
| Court Solutions Telephonic Court Hearings | 150.00 |
| **Total Disbursements** | 412.95 |

|  |  |
|---|---|
| Statement Date: | 11/15/2021 |
| Inv #: | 151837 |
| File #: | 1945.032 |
| Page #: | 3 |

CGPN, LLC

**Total Amount of this Bill**                                                                                           74,155.95

**Balance Now Due**                                                                                                    $74,155.95

Please Remit                                                                                                           $74,155.95

**Wiring Instructions:**
Account of: Cohen Tauber Spievack & Wagner P.C.
420 Lexington Avenue, Suite 2400
New York, NY  10170

Signature Bank
Account No.: 151015209
ABA No.: 026013576
SWIFT CODE (needed for international wires): SIGNUS33