# EXHIBIT C

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
COHEN TAUBER SPIEVACK & WAGNER P.C.
Joseph M. Vann, Esquire
Robert A. Boghosian, Esquire
420 Lexington Avenue, Suite 2400
New York, NY 10170
Telephone: (212) 586-5800
Facsimile:  (212) 586-5095
E-mail:   jvann@ctswlaw.com
              rboghosian@ctswlaw.com

Counsel to the CGPN, LLC

| | |
|---|---|
| In re: | Chapter 11 |
| ALUMINUM SHAPES, L.L.C., | Case No. 21-16520 (JNP) |
| Debtor. | |

## ORDER APPROVING STALKING HORSE EXPENSE REIMBURSEMENT

The relief set forth on the following page numbered two (2)  is hereby

**ORDERED.**

**Page -2-**
**Debtor:**          **Aluminum Shapes, L.L.C.**
**Case No:**         **21-16520-JNP**
**Caption of Order:**   **Order Approving Stalking Horse Expense Reimbursement**

---

      **AND NOW**, upon consideration of the Application for Entry of an Order Approving Statement of Expenses by Stalking Horse Bidder (the "**Statement of Expenses**")[1] of CGPN, LLC ("**CGPN**"); and there being no objections to the payment of the $75,000 Expense Reimbursement; and after due deliberation, and good cause shown:

      **IT IS** on this ___ day of _____, 2021, **ORDERED** and **DECREED** as follows:

      1.     The Debtor is authorized and directed to reimburse CGPN in the amount of $75,000 on account of the CGPN Expenses which shall constitute payment in full of the Expense Reimbursement.

      2.     Notice of the Motion as provided herein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Procedure and the Local Rules are satisfied by notice.

      3.     The terms and conditions of this Order are immediately effective and enforceable upon its entry, and any stay applicable under the Bankruptcy Rules or Local Rules is hereby expressly waived and shall not apply.

      4.     The Debtor is authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order.

      5.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application for Entry of an Order Approving Statement of Expenses by Stalking Horse Bidder.

{00464328.DOCX; 4}