Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:   21−16520−JNP
                Chapter:   11
                Judge:   Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aluminum Shapes, L.L.C.
   aka Shapes LLC, fka Delair Aluminum, LLC
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   46−1406288

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              December 14, 2021
Time:             11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*278* – Motion to Compel Payment of Administrative Expenses Filed by Joseph M. Vann on behalf of CGPN, LLC. (Attachments: # 1 Exhibit A – CGPN expense letter # 2 Exhibit B – CTSW invoice # 3 Exhibit C – proposed order) (Vann, Joseph)

and transact such other business as may properly come before the meeting.

Dated: November 19, 2021
JAN: jpl

                                                                                        Jeanne Naughton
                                                                                       Clerk