| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>COHEN TAUBER SPIEVACK & WAGNER P.C.<br>Joseph M. Vann, Esquire<br>Robert A. Boghosian, Esquire<br>420 Lexington Avenue, Suite 2400<br>New York, NY 10170<br>Telephone: (212) 586-5800<br>Facsimile:  (212) 586-5095<br>E-mail:   jvann@ctswlaw.com<br>             rboghosian@ctswlaw.com<br><br>Counsel to CGPN, LLC |

| In re: | Chapter 11 |
|---|---|
| ALUMINUM SHAPES, L.L.C., | Case No. 21-16520 (JNP) |
| Debtor. | |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR ENTRY
OF AN ORDER APPROVING STATEMENT OF EXPENSES
BY STALKING HORSE BIDDER
<u>DOCKET NO. 278</u>**

1.  The undersigned hereby certifies that, as of December 7, 2021, CGPN, LLC, the Court approved stalking horse bidder ("**CGPN**") pursuant to this Court's *Order Granting the Debtor's Motion for Approval of Bid Protections* (Docket No. 158] (the "**Bid Protections Order**"), has received no response, answer, objection or other responsive pleading to CGPN's *Application for Entry of an Order Approving Statement of Expenses by Stalking Horse Bidder*, filed with this Court on November 18, 2021 (Docket No. 278) (the "**Application**").

2.  In accordance with the Bid Protections Order, the Application was filed on November 18, 2021 and served on (i) the Office of the United States Trustee for Region 3, (ii) counsel for the Debtor, (iii) counsel to the Committee of Unsecured Creditors of the Debtor, and (iv) counsel for Tiger Finance, LLC.

3. Pursuant to the Clerk's Notice of Hearing, dated November 19, 2021 (Docket No. 281), a hearing on the Application has been scheduled for December 14, 2021.

4. Pursuant to D.N.J. LBR 9013-2 (a)(2)(i), any opposition to a motion must be filed and served not later than 7 days before the hearing date. Accordingly, objections or responsive pleadings to the Application were due on or prior to December 7, 2021.

5. The undersigned further certifies that I have reviewed the Court's docket in this Chapter 11 case and no answer, objection other responsive pleading to the Application appears thereon as of December 7, 2021, nor has any party-in-interest in this case at any time informed the undersigned of any intent to file a response or objection.

6. Accordingly, CGPN respectfully requests that the Order attached to the Application as Exhibit C be entered at the earliest convenience of the Court.

Respectfully Submitted,

Dated: December 8, 2021  By: /s/ Joseph M. Vann
Joseph M Vann, Esquire
Robert A. Boghosian, Esquire
COHEN TAUBER SPIEVACK & WAGNER P.C.
420 Lexington Avenue, Suite 2400
New York, NY 10170
Telephone: (212) 586-5800
Facsimile: (212) 586-5095
E-mail: jvann@ctswlaw.com
       rboghosian@ctswlaw.com
*Counsel to CGPN, LLC*