

**Order Filed on December 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire (*pro hac vice*)
Turner N. Falk, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
edmond.george@obermayer.com
michael.vagnoni@obermayer.com turner.falk@obermayer.com

*Counsel to the Debtor and Debtor in Possession*

**FOX ROTHSCHILD LLP**
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401-7212
Michael J. Viscount, Esq.
Martha B. Chovanes, Esq.
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
mviscount@foxrothschild.com mchovanes@foxrothschild.com
jdipasquale@foxrothschild.com mherz@foxrothschild.com
Telephone:  (609) 348-4515
Facsimile:   (609) 348-6834

*Counsel to the Official Committee of Unsecured Creditors*

---

In Re:

ALUMINUM SHAPES, L.L.C.,

          Debtor.

Chapter 11

Case No. 21-16520-JNP

Hon. Jerrold N. Poslusny, Jr.

---

## AGREED STIPULATION AND CONSENT ORDER AMONG THE DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The relief set forth on the following pages numbered two (2) through four (4) is hereby

**ORDERED**.

**DATED: December 7, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

128518450.1

Aluminum Shapes, LLC (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee" together with the Debtor, the "Parties") through their undersigned counsel stipulate (this "Stipulation") and agree to the following:

WHEREAS, on August 15, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court").

WHEREAS, effective as of August 30, 2021, the Office of the United States Trustee for Region 3 (the "U.S. Trustee") appointed five members to the Committee pursuant to section 1102(a) of the Bankruptcy Code.  The members of the Committee are: (i) Public Service Electric and Gas Company, (ii) Energy Power Investment Company, LLC (EPIC), (iii) Indigo Global, LLP, (iv) Nathan H. Kelman, Inc., and (v) Southeastern Extrusion & Tool, Inc.

WHEREAS, pursuant to section 1121 of the Bankruptcy Code, absent extension, the Debtor's 120-day exclusive period to file a plan of reorganization expires on December 13, 2021 and its exclusive period to solicit acceptances of a plan would expire on February 11, 2022 (together with the 120-day period, the "Exclusive Periods").

WHEREAS, on November 23, 2021, the Debtor filed the *Debtor's Motion for Entry of an Order to Extend Debtor's Exclusive Time to File A Plan of Reorganization and Solicit Acceptances* (the "Exclusivity Motion") [D.I. 290] and respectfully submits as follows seeking to extend the Debtor's exclusive period for an additional sixty (60) days to February 11, 2022, and seeking to extend the exclusive right to solicit acceptances for another sixty (60) days thereafter until April 12, 2022.

2

WHEREAS, on November 23, 2021, the Debtor also filed an *Application for Order Shortening Time* (the "Application") [D.I. 291] seeking to have the Exclusivity Motion heard on an expedited basis so that the motion is decided before the Debtor's exclusivity period expires on December 13, 2021.

WHEREAS, the Court granted the Application and set an objection deadline for the Exclusivity Motion as December 6, 2021 at 3:00 PM (EST) and set a hearing on the Exclusivity Motion for December 7, 2021 (the "Hearing") [D.I. 292].

WHEREAS, after negotiations and discussions between the Parties, the Exclusivity Periods shall be extended as set forth herein.

**IT IS ON THIS 6TH DAY OF DECEMBER, 2021, ORDERED, ADJUDGED, AND DECREED that:**

1.    Pursuant to section 1121 of the Bankruptcy Code, (i) the Debtor's 120-day exclusive period to file a plan of reorganization shall be extended through and including January 14, 2022; and (ii) the Debtor's exclusive period to solicit acceptances of a plan shall be extended through and including March 15, 2022 (the "Extended Exclusivity Periods").

2.    This Stipulation is of no force and effect unless and until this Stipulation is approved by the Bankruptcy Court.

3.    Nothing in this Stipulation shall in any way affect, alter, modify, waive, amend, release, or terminate any rights of the Parties, except as expressly set forth herein.

4.    The Bankruptcy Court shall retain jurisdiction with respect to all matters arising out of, related to, or in connection with the implementation of this Stipulation and any order thereon.

128518450.1

5.      The Debtor reserves the right to seek a further extension of the Exclusivity Periods

and the Committee reserves the right to object thereto.


Agreed and Approved this 6th day of
December, 2021.


/s/ Joseph J. DiPasquale

**FOX ROTHSCHILD LLP**
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401-7212
Michael J. Viscount, Esq.
Martha B. Chovanes, Esq.
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
mviscount@foxrothschild.com
mchovanes@foxrothschild.com
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
Telephone:  (609) 348-4515
Facsimile:  (609) 348-6834

/s/ Edmond M. George

**OBERMAYER REBMANN
MAXWELL & HIPPEL LLP**
Edmond M. George, Esq.
Michael D. Vagnoni, Esq. (*pro hac vice*)
Turner N. Falk, Esq.
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
edmond.george@obermayer.com
michael.vagnoni@obermayer.com
turner.falk@obermayer.com
Telephone:  (856) 795-3300
Facsimile:  (856) 482-0504

128518450.1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-16520-JNP

Aluminum Shapes, L.L.C.                                                                          Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 09, 2021 | Form ID: pdf903 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aluminum Shapes, L.L.C., 9000 River Road, Delair, NJ 08110-3204 |
| aty | + | Michael D Vagnoni, Obermayer Rebmann Maxwell & Hippel, LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |
| aty | + | Obermayer Rebmann Maxwell & Hippel LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2021                        Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ana Parikh | |
| | on behalf of Interested Party Residential Fences Corp. ana.parikh@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com |
| Andrew Katz | |
| | on behalf of Defendant Martin J. Walsh katz.andrew@dol.gov |
| Anthony B. Stumbo | |
| | on behalf of Creditor Tiger Finance  LLC astumbo@riemerlaw.com |
| Buffy L. Wilson | |
| | on behalf of Interested Party New Jersey Department of Environmental Protection buffy.wilson@law.njoag.gov |
| Catherine B. Heitzenrater | |
| | on behalf of Creditor CHUBB COMPANIES cebeideman@duanemorris.com |

District/off: 0312-1                                    User: admin                                         Page 2 of 3
Date Rcvd: Dec 09, 2021                             Form ID: pdf903                                    Total Noticed: 3

David L. Deratzian
                    on behalf of Unknown Role Type Nathan H. Kelman  Inc. david@employmentlaw-lv.com

Deirdre E. Burke
                    on behalf of Creditor Tiger Finance  LLC dburke@mccarter.com

Donald K. Ludman
                    on behalf of Creditor Pollution Control Financing Authority of Camden County dludman@brownconnery.com
                    kray@brownconnery.com

Douglas J. Smillie
                    on behalf of Creditor Talen Energy Marketing  LLC dsmillie@flblaw.com, ccharlton@flblaw.com

Edmond M. George
                    on behalf of Debtor Aluminum Shapes  L.L.C. edmond.george@obermayer.com,
                    michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;col
                    een.schmidt@obermayer.com

Edmond M. George
                    on behalf of Plaintiff Aluminum Shapes  L.L.C. edmond.george@obermayer.com,
                    michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;col
                    een.schmidt@obermayer.com

Edmond M. George
                    on behalf of Attorney Obermayer Rebmann Maxwell & Hippel LLP edmond.george@obermayer.com
                    michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;col
                    een.schmidt@obermayer.com

Franklin Barbosa, Jr
                    on behalf of Creditor Tiger Finance  LLC fb@spsk.com

Gregory Peterson
                    on behalf of Creditor UGI Energy Services  Inc. gpeterson@dyerpeterson.com

Jeffrey M. Sponder
                    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jerrold S. Kulback
                    on behalf of Interested Party Energy Power Investment Company LLC jkulback@archerlaw.com  chansen@archerlaw.com

John R. Morton, Jr.
                    on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Jordan Seth Blask
                    on behalf of Creditor Cygnus Manufacturing Company jblask@fbtlaw.com  agilbert@fbtlaw.com;agilbert@ecf.courtdrive.com

Joseph Lubertazzi, Jr.
                    on behalf of Creditor Tiger Finance  LLC jlubertazzi@mccarter.com

Joseph J. DiPasquale
                    on behalf of Attorney Official Committee of Unsecured Creditors Jdipasquale@foxrothschild.com
                    cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com

Joseph J. DiPasquale
                    on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes  L.L.C. Jdipasquale@foxrothschild.com,
                    cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com

Joseph M. Garemore
                    on behalf of Creditor Pollution Control Financing Authority of Camden County jgaremore@brownconnery.com

Joseph M. Vann
                    on behalf of Interested Party CGPN  LLC jvann@ctswlaw.com

Joseph M. Vann
                    on behalf of Debtor Aluminum Shapes  L.L.C. jvann@ctswlaw.com

Joseph S. D'amico, Jr.
                    on behalf of Creditor Public Service Electric and Gas Company jsdamico@flblaw.com  hrivera@flblaw.com

Joseph S. D'amico, Jr.
                    on behalf of Creditor Talen Energy Marketing  LLC jsdamico@flblaw.com, hrivera@flblaw.com

Karl N. McConnell
                    on behalf of Creditor Merchantville-Pennsauken Water Commission kmcconnell@mpwc.com  jhershey@mpwc.com

Martha Baskett Chovanes
                    on behalf of Attorney Official Committee of Unsecured Creditors mchovanes@foxrothschild.com
                    rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Matthew David Areman
                    on behalf of Creditor Teamsters Local 837 401(k) Plan mareman@markowitzandrichman.com

Matthew David Areman

District/off: 0312-1                                                           User: admin                                                        Page 3 of 3
Date Rcvd: Dec 09, 2021                                                     Form ID: pdf903                                                  Total Noticed: 3

on behalf of Creditor Teamsters Local 107 as Bargaining Agent for Unionized Laid Off Employees of Debtor
mareman@markowitzandrichman.com

Matthew David Areman

on behalf of Creditor Teamsters Local 837 Health & Welfare Fund mareman@markowitzandrichman.com

Maureen P. Steady

on behalf of Plaintiff Aluminum Shapes L.L.C. msteady@mac.com

Melissa A. Pena

on behalf of Creditor New Life Transport Parts Center mapena@norris-law.com pfreda@nmmlaw.com

Michael Kwiatkowski

on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenanddykman.com
mkwiatkowski@msek.com

Michael J. Viscount, Jr.

on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes L.L.C. mviscount@foxrothschild.com,
rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael J. Viscount, Jr.

on behalf of Attorney Fox Rothschild LLP mviscount@foxrothschild.com
rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael J. Viscount, Jr.

on behalf of Attorney Official Committee of Unsecured Creditors mviscount@foxrothschild.com
rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael R. Herz

on behalf of Attorney Official Committee of Unsecured Creditors mherz@foxrothschild.com cbrown@foxrothschild.com

Peter C. Hughes

on behalf of Creditor Dilworth Paxson LLP phughes@dilworthlaw.com cct@dilworthlaw.com

Raymond M. Patella

on behalf of Interested Party UGI Energy Services LLC rpatella@lawjw.com

Rebecca K. McDowell

on behalf of Creditor Eastern Lift Truck Co. Inc. rmcdowell@slgcollect.com

Rebecca K. McDowell

on behalf of Defendant Eastern Lift Truck Co. Inc. rmcdowell@slgcollect.com

Robert Farouk Elgidely

on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes L.L.C. relgidely@foxrothschild.com

Robert Farouk Elgidely

on behalf of Attorney Official Committee of Unsecured Creditors relgidely@foxrothschild.com

Robert W. Keyser

on behalf of Creditor BB 316 Investments LLC rkeyser@taylorandkeyser.com

S. Jason Teele

on behalf of Interested Party Aspen 9000 LLC steele@sillscummis.com steele@sillscummis.com

Sara Chenetz

on behalf of Interested Party Hydro Extrusion USA LLC schenetz@perkinscoie.com,
cmallahi@perkinscoie.com;docketLA@perkinscoie.com;rleibowitz@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacer
pro.com

Steven E. Fox

on behalf of Creditor Tiger Finance LLC sfox@riemerlaw.com, dromanik@riemerlaw.com

Steven J. Reisman

on behalf of Interested Party AZZ Inc. sreisman@katten.com, nyc.bknotices@katten.com

Suzanne Demitrio Campbell

on behalf of Defendant Martin J. Walsh campbell.suzanne@dol.gov

Suzanne Demitrio Campbell

on behalf of Creditor Martin J. Walsh campbell.suzanne@dol.gov

Tina Moss

on behalf of Interested Party Hydro Extrusion USA LLC tmoss@perkinscoie.com,
tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com

Turner Falk

on behalf of Plaintiff Aluminum Shapes L.L.C. turner.falk@obermayer.com, coleen.schmidt@obermayer.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 54