# Exhibit C

**Aluminum Shapes LLC**
Cowen, Inc.
Lorie Beers
Managing Director, Head of Special Situations

| Case Expense Summary | | |
|---|---:|---:|
| Employee Meals | $ - | 1 |
| Transportation | 388.06 | 2 |
| Court Expenses | 50.00 | 3 |
| Miscellaneous | 66.00 | 4 |
| Data Service Expenses | - | 5 |
| Grand Total | $ 504.06 | |

| Case Expenses Detail | | | | | |
|---|---|---|---|---:|---:|
| Date | Transaction Description | Means of Payment | Item Description | Amount | Item # |
| 8/18/21 | Court Access Fee | Credit Card | Court Expenses | $ 50.00 | 3 |
| 8/27/21 | Hotel Expense | Credit Card | Transportation | 388.06 | 2 |
| 9/9/21 | Airplane Wifi Expense | Credit Card | Miscellaneous | 16.00 | 4 |
| 9/9/21 | Airplane Wifi Expense | Credit Card | Miscellaneous | 19.00 | 4 |
| 9/24/21 | Airplane Wifi Expense | Credit Card | Miscellaneous | 19.00 | 4 |
| 9/28/21 | Airplane Wifi Expense | Credit Card | Miscellaneous | 12.00 | 4 |
| | Grand Total | | | $ 504.06 | |

**Aluminum Shapes LLC**
Cowen, Inc.
Justin Magner
Director

| Case Expense Summary | | |
|---|---:|---:|
| Employee Meals | $ - | 1 |
| Transportation | 1,190.59 | 2 |
| Court Expenses | 250.00 | 3 |
| Miscellaneous | 65.38 | 4 |
| Data Service Expenses | - | 5 |
| Grand Total | $ 1,505.97 | |

| Case Expenses Detail | | | | | |
|---|---|---|---|---:|---:|
| Date | Transaction Description | Means of Payment | Item Description | Amount | Item # |
| 8/18/21 | Court Access Fee | Credit Card | Court Expenses | $ 50.00 | 3 |
| 8/23/21 | Airplane Wifi Expense | Credit Card | Miscellaneous | 59.95 | 4 |
| 8/25/21 | Car Service | Credit Card | Transportation | 17.67 | 2 |
| 9/22/21 | Court Access Fee | Credit Card | Court Expenses | 50.00 | 3 |
| 10/7/21 | Court Access Fee | Credit Card | Court Expenses | 50.00 | 3 |
| 10/7/21 | International Telephone Expense | Credit Card | Miscellaneous | 5.43 | 4 |
| 11/4/21 | Court Access Fee | Credit Card | Court Expenses | 50.00 | 3 |
| 11/9/21 | Car Service | Credit Card | Transportation | 10.10 | 2 |
| 11/9/21 | Car Service | Credit Card | Transportation | 19.63 | 2 |
| 11/10/21 | Car Service | Credit Card | Transportation | 616.74 | 2 |
| 11/10/21 | Train Travel | Credit Card | Transportation | 202.00 | 2 |
| 11/11/21 | Hotel | Credit Card | Transportation | 324.45 | 2 |
| 11/12/21 | Court Access Fee | Credit Card | Court Expenses | 50.00 | 3 |
| | Grand Total | | | $ 1,505.97 | |

**Aluminum Shapes LLC**
Cowen, Inc.
Carl Comstock
Vice President

| Case Expense Summary | | |
|---|---:|---:|
| Employee Meals | $ 250.45 | 1 |
| Transportation | 2,845.08 | 2 |
| Court Expenses | 150.00 | 3 |
| Miscellaneous | 179.90 | 4 |
| Data Service Expenses | - | 5 |
| Grand Total | $ 3,425.43 | |

| Case Expenses Detail | | | | | |
|---|---|---|---|---:|---:|
| Date | Transaction Description | Means of Payment | Item Description | Amount | Item # |
| 8/18/21 | Court Access Fee | Credit Card | Court Expenses | $ 50.00 | 3 |
| 8/18/21 | International Telephone Expense | Credit Card | Miscellaneous | 70.00 | 4 |
| 8/23/21 | Airplane Wifi Expense | Credit Card | Miscellaneous | 34.00 | 4 |
| 8/24/21 | Airplane Wifi Expense | Credit Card | Miscellaneous | 15.95 | 4 |
| 8/25/21 | Airplane Wifi Expense | Credit Card | Miscellaneous | 29.95 | 4 |
| 8/25/21 | Train Travel | Credit Card | Transportation | 226.00 | 2 |
| 8/26/21 | Travel Meal | Credit Card | Employee Meals | 9.85 | 1 |
| 8/26/21 | Car Service | Credit Card | Transportation | 52.83 | 2 |
| 8/26/21 | Car Service | Credit Card | Transportation | 31.36 | 2 |
| 8/27/21 | Car Service | Credit Card | Transportation | 54.09 | 2 |
| 9/6/21 | Car Rental | Credit Card | Transportation | 25.00 | 2 |
| 9/7/21 | Car Rental | Credit Card | Transportation | 151.89 | 2 |
| 9/8/21 | Train Travel | Credit Card | Transportation | 224.00 | 2 |
| 9/9/21 | Train Travel | Credit Card | Transportation | 26.00 | 2 |
| 9/9/21 | Travel Meal | Credit Card | Employee Meals | 13.89 | 1 |
| 9/9/21 | Car Service | Credit Card | Transportation | 37.31 | 2 |
| 9/9/21 | Car Service | Credit Card | Transportation | 18.14 | 2 |
| 9/9/21 | Car Service | Credit Card | Transportation | 119.09 | 2 |
| 9/15/21 | International Wifi Expense | Credit Card | Miscellaneous | 30.00 | 4 |
| 9/16/21 | Gas / Tolls / Parking | Credit Card | Transportation | 21.95 | 2 |
| 9/21/21 | Car Service | Credit Card | Transportation | 128.77 | 2 |
| 9/21/21 | Car Rental | Credit Card | Transportation | 150.47 | 2 |
| 9/21/21 | Gas / Tolls / Parking | Credit Card | Transportation | 53.10 | 2 |
| 9/21/21 | Travel Meal | Credit Card | Employee Meals | 62.54 | 1 |
| 9/22/21 | Court Access Fee | Credit Card | Court Expenses | 50.00 | 3 |
| 9/23/21 | Train Travel | Credit Card | Transportation | 291.00 | 2 |
| 9/24/21 | Car Service | Credit Card | Transportation | 12.36 | 2 |
| 9/24/21 | Car Service | Credit Card | Transportation | 30.00 | 2 |
| 9/24/21 | Car Service | Credit Card | Transportation | 25.00 | 2 |
| 9/24/21 | Travel Meal | Credit Card | Employee Meals | 23.08 | 1 |
| 9/25/21 | Gas / Tolls / Parking | Credit Card | Transportation | 7.70 | 2 |
| 9/27/21 | Train Travel | Credit Card | Transportation | 202.00 | 2 |
| 9/28/21 | Train Travel | Credit Card | Transportation | 40.00 | 2 |
| 9/28/21 | Travel Meal | Credit Card | Employee Meals | 6.80 | 1 |
| 9/28/21 | Travel Meal | Credit Card | Employee Meals | 31.18 | 1 |
| 9/28/21 | Travel Meal | Credit Card | Employee Meals | 37.44 | 1 |
| 9/28/21 | Car Service | Credit Card | Transportation | 10.80 | 2 |
| 9/28/21 | Car Service | Credit Card | Transportation | 31.37 | 2 |
| 10/12/21 | Train Travel | Credit Card | Transportation | 242.00 | 2 |
| 10/13/21 | Travel Meal | Credit Card | Employee Meals | 4.09 | 1 |
| 10/13/21 | Travel Meal | Credit Card | Employee Meals | 8.37 | 1 |
| 10/13/21 | Travel Meal | Credit Card | Employee Meals | 10.79 | 1 |
| 10/13/21 | Car Service | Credit Card | Transportation | 43.20 | 2 |
| 11/8/21 | Train Ticket | Credit Card | Transportation | 241.00 | 2 |
| 11/9/21 | Travel Meal | Credit Card | Employee Meals | 29.58 | 1 |
| 11/11/21 | Hotel | Credit Card | Transportation | 340.97 | 2 |
| 11/11/21 | Travel Meal | Credit Card | Employee Meals | 12.84 | 1 |
| 11/12/21 | Court Access Fee | Credit Card | Court Expenses | 50.00 | 3 |
| 11/16/21 | Car Service | Credit Card | Transportation | 7.68 | 2 |
| | Grand Total | | | $ 3,425.43 | |

**Aluminum Shapes LLC**
Cowen, Inc.
Vance Tuminelli
Associate

| Case Expense Summary | | |
|---|---:|---:|
| Employee Meals | $ 720.61 | 1 |
| Transportation | 1,049.27 | 2 |
| Court Expenses | - | 3 |
| Miscellaneous | - | 4 |
| Data Service Expenses | 7,392.47 | 5 |
| Grand Total | $ 9,162.35 | |

| Case Expenses Detail | | | | | |
|---|---|---|---|---:|---:|
| Date | Transaction Description | Means of Payment | Item Description | Amount | Item # |
| 8/31/21 | Data Service Expenses - August (nunc pro tunc to 8/15/2021) | Wire/ACH | Data Service Expenses | $ 1,142.47 | 5 |
| 8/31/21 | Car Rental | Credit Card | Transportation | 141.89 | 2 |
| 8/31/21 | Travel Meal | Credit Card | Employee Meals | 8.69 | 1 |
| 9/1/21 | Overtime Meals - August | Credit Card | Employee Meals | 100.07 | 1 |
| 9/11/21 | Gas / Tolls / Parking | Credit Card | Transportation | 51.52 | 2 |
| 9/13/21 | Car Rental | Credit Card | Transportation | 167.25 | 2 |
| 9/13/21 | Travel Meal | Credit Card | Employee Meals | 14.61 | 1 |
| 10/1/21 | Overtime Meals - September | Credit Card | Employee Meals | 164.83 | 1 |
| 10/1/21 | Data Service Expenses - September | Wire/ACH | Data Service Expenses | 2,083.33 | 5 |
| 10/26/21 | Car Rental | Credit Card | Transportation | 215.28 | 2 |
| 10/26/21 | Travel Meal | Credit Card | Employee Meals | 16.05 | 1 |
| 10/26/21 | Car Service | Credit Card | Transportation | 24.13 | 2 |
| 11/1/21 | Data Service Expenses - October | Wire/ACH | Data Service Expenses | 2,083.33 | 5 |
| 11/2/21 | Overtime Meals - October | Credit Card | Employee Meals | 257.86 | 1 |
| 11/4/21 | Gas / Tolls / Parking | Credit Card | Transportation | 60.19 | 2 |
| 11/11/21 | Car Rental | Credit Card | Transportation | 389.01 | 2 |
| 11/24/21 | Data Service Expenses - November | Wire/ACH | Data Service Expenses | 2,083.33 | 5 |
| 12/1/21 | Overtime Meals - November | Credit Card | Employee Meals | 158.50 | 1 |
| | Grand Total | | | $ 9,162.35 | |

**Aluminum Shapes LLC**
Cowen, Inc.
An Pham
Analyst

| Case Expense Summary | | |
|---|---:|---:|
| Employee Meals | $ 653.91 | 1 |
| Transportation | 15.36 | 2 |
| Court Expenses | - | 3 |
| Miscellaneous | - | 4 |
| Data Service Expenses | 7,392.47 | 5 |
| Grand Total | $ 8,061.74 | |

| Case Expenses Detail | | | | | |
|---|---|---|---|---:|---:|
| Date | Transaction Description | Means of Payment | Item Description | Amount | Item # |
| 8/31/21 | Data Service Expenses - August (nunc pro tunc to 8/15/2021) | Wire/ACH | Data Service Expenses | $ 1,142.47 | 5 |
| 9/1/21 | Overtime Meals - August | Credit Card | Employee Meals | 83.19 | 1 |
| 10/1/21 | Overtime Meals - September | Credit Card | Employee Meals | 151.69 | 1 |
| 10/1/21 | Data Service Expenses - September | Wire/ACH | Data Service Expenses | 2,083.33 | 5 |
| 11/1/21 | Data Service Expenses - October | Wire/ACH | Data Service Expenses | 2,083.33 | 5 |
| 11/2/21 | Overtime Meals - October | Credit Card | Employee Meals | 260.39 | 1 |
| 11/10/21 | Car Service | Credit Card | Transportation | 15.36 | 2 |
| 11/24/21 | Data Service Expenses - November | Wire/ACH | Data Service Expenses | 2,083.33 | 5 |
| 12/1/21 | Overtime Meals - November | Credit Card | Employee Meals | 158.64 | 1 |
| | Grand Total | | | $ 8,061.74 | |

**Aluminum Shapes LLC**
Cowen, Inc.
Haley Click
Analyst

| Case Expense Summary | | | |
|---|---:|---:|---:|
| Employee Meals | $ | 637.70 | 1 |
| Transportation | | 669.12 | 2 |
| Court Expenses | | - | 3 |
| Miscellaneous | | - | 4 |
| Data Service Expenses | | 7,392.47 | 5 |
| Grand Total | $ | 8,699.29 | |

| Case Expenses Detail | | | | | |
|---|---|---|---|---:|---:|
| Date | Transaction Description | Means of Payment | Item Description | Amount | Item # |
| 8/31/21 | Data Service Expenses - August (nunc pro tunc to 8/15/2021) | Wire/ACH | Data Service Expenses | $ 1,142.47 | 5 |
| 9/1/2021 | Overtime Meals - August | Credit Card | Employee Meals | 28.74 | 1 |
| 10/1/21 | Overtime Meals - September | Credit Card | Employee Meals | 133.59 | 1 |
| 10/1/21 | Data Service Expenses - September | Wire/ACH | Data Service Expenses | 2,083.33 | 5 |
| 11/1/21 | Data Service Expenses - October | Wire/ACH | Data Service Expenses | 2,083.33 | 5 |
| 11/2/21 | Overtime Meals - October | Credit Card | Employee Meals | 310.21 | 1 |
| 11/8/21 | Train to Auction | Credit Card | Transportation | 202.00 | 2 |
| 11/9/21 | Train from Auction | Credit Card | Transportation | 404.00 | 2 |
| 11/10/21 | Car Service | Credit Card | Transportation | 32.19 | 2 |
| 11/10/21 | Car Service | Credit Card | Transportation | 30.93 | 2 |
| 11/24/21 | Data Service Expenses - November | Wire/ACH | Data Service Expenses | 2,083.33 | 5 |
| 12/1/2021 | Overtime Meals - November | Credit Card | Employee Meals | 165.16 | 1 |
| | Grand Total | | | $ 8,699.29 | |