# Exhibit D

# COWEN

| INVOICE |
|---|

| | | |
|---|---|---|
| **DATE:** | **December 1, 2021** | **INVOICE NO: 5689** |
| **COMPANY:** | **Aluminum Shapes, LLC**<br>**9000 River Rd.**<br>**Delair, NJ 08110** | |

**RE:** **Transaction Fee and expenses pursuant to the Engagement Letter dated June 18, 2021**

In accordance with the terms of our Engagement Letter, kindly send payment for Cowen and Company, LLC's Transaction Fee and out-of-pocket expenses detailed below.

| | |
|---|---:|
| Transaction Fee | $950,000.00 |
| Out-of-Pocket Expenses | 31,358.85 |
| TOTAL: | $981,358.85 |

Wire/ACH Transfer Instructions:  Bank of America NA
100 West 33rd street, New York, NY 10001
Acct #         4451338000
ABA #         026009593 (for wire payment)
ABA #         111000012 (for ACH payment)
SWIFT Code   BOFAUS3N
Cowen and Company LLC
Attention : Rene Kraenzlin