| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* |
| OBERMAYER REBMANN MAXWELL & HIPPEL LLP |
| Edmond M. George, Esquire |
| Michael D. Vagnoni, Esquire (pro hac vice) |
| Turner N. Falk, Esquire |
| 1120 Route 73, Suite 420 |
| Mount Laurel, NJ 08054-5108 |
| Telephone: (856) 795-3300 |
| Facsimile: (856) 482-0504 |
| E-mail:  edmond.george@obermayer.com |
|      michael.vagnoni@obermayer.com |
|      turner.falk@obermayer.com |
| |
| Counsel to the Debtor and Debtor in Possession |

| | |
|---|---|
| In re: | Chapter 11 |
| ALUMINUM SHAPES, L.L.C., | Case No. 21-16520 (JNP) |
| Debtor. | |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF COWEN AND COMPANY, LLC FOR COMPENSATION OF PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES AS INVESTMENT BANKER TO THE DEBTOR FOR THE PERIOD OF AUGUST 15, 2021 THROUGH AND INCLUDING DECEMBER 1, 2021**

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**Debtor:**     Aluminum Shapes, L.L.C.
**Case No:**    21-16520-JNP
**Caption of Order:**    Order Approving First and Final Application of Cowen and Company, LLP for Compensation of Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtor, for the Period of August 15, 2021 through and including December 1, 2021

___

**THIS MATTER**, having been opened to the Court upon the First and Final Application of Cowen and Company, LLP for Compensation of Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Debtor for the Period of August 15, 2021 through and including December 1, 2021 (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest, and no objections to the Application having been filed, and good cause having been demonstrated, it is hereby

**ORDERED AND DECREED** that said Application is granted as follows:

1.  The Application is **APPROVED,** as provided herein;

2.  Compensation for professional services for the period of August 15, 2021 through and including December 1, 2021 is allowed to Cowen and Company, LLC in the sum of $1,175,000.00 (of which, $225,000.00 has already been remitted to Cowen and Company, LLC, leaving a remaining unpaid balance of $950,000.00);

3.  Cowen and Company, LLC is allowed in the sum of $31,358.85, as reimbursement of costs expended for the period of August 15, 2021 through and including December 1, 2021.