

Order Filed on December 28, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>OBERMAYER REBMANN MAXWELL & HIPPEL LLP<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire (pro hac vice)<br>Turner N. Falk, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:  edmond.george@obermayer.com<br>　　　　　michael.vagnoni@obermayer.com<br>　　　　　turner.falk@obermayer.com<br><br>Counsel to the Debtor and Debtor in Possession | |
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 21-16520 (JNP) |

### ORDER GRANTING DEBTOR'S FIRST OMNIBUS MOTION TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 28, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor:          Aluminum Shapes, L.L.C.
Case No:         21-16520-JNP
Caption of Order: Order Granting Debtor's First Omnibus Motion to Reject Executory Contracts and Unexpired Leases

Upon consideration of the motion of Debtor Aluminum Shapes L.L.C. to reject executory contracts and unexpired leases and for related relief (the "Motion"), and in consideration of any responses thereto, and after notice and an opportunity for a hearing it is hereby ORDERED:

1. The Motion is GRANTED to the extent set forth herein.

2. The Contracts identified in Exhibit A to the Motion are REJECTED.

3. Any proof of claim asserting damages arising from the rejection of the Contracts must be filed no later than thirty (30) days after the date of this Order.

4889-5630-4901 v2-12/6/21