| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br>**FOX ROTHSCHILD LLP**<br>(Formed in the Commonwealth of Pennsylvania)<br>Michael J. Viscount, Jr., Esq.<br>Martha B. Chovanes, Esq.<br>Joseph J. DiPasquale, Esq.<br>1301 Atlantic Avenue, Suite 400<br>Atlantic City, NJ 08401<br>(609) 348-4515/fax (609) 348-6834<br>mviscount@foxrothschild.com<br>mchovanes@foxrothschild.com<br>jdipasquale@foxrothschild.com<br><br>*Counsel for the Official Committee*<br>*of Unsecured Creditors* |

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>                 Debtor. | Case No.:  21-16520 (JNP)<br><br>Chapter 11<br><br>Judge:  Jerrold N. Poslusny, Jr. |

**ORDER GRANTING APPLICATION OF FOX ROTHSCHILD LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE INTERIM PERIOD OF
SEPTEMBER 2, 2021 THROUGH AND INCLUDING NOVEMBER 30, 2021**

The relief set forth on the following page numbered 2 is hereby **ordered**.

129044571.1

Page 2 of 2
In re: Aluminum Shapes, L.L.C.
Case No: 21-16520 (JNP)
TITLE: ORDER GRANTING APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE INTERIM PERIOD OF SEPTEMBER 2, 2021 THROUGH AND INCLUDING NOVEMBER 30, 2021

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED, that the compensation and expenses are allowed as follows:

| APPLICANT | FEES | EXPENSES |
| --- | --- | --- |
| Fox Rothschild LLP<br>Counsel to the Official<br>Committee of Unsecured Creditors | $777,695.40 | $6,817.28 |

IT IS FURTHER ORDERED, that the Debtor shall pay the above amount, less any amounts already paid, to Applicant forthwith.

129044571.1                2