UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

FOX ROTHSCHILD LLP
1301 Atlantic Avenue, Suite 400
Midtown Building
Atlantic City, NJ 08401
Michael J. Viscount, Jr., Esquire
Martha B. Chovanes, Esquire
Joseph J. DiPasquale, Esquire
Telephone: (609) 348-4515
Facsimile: (609) 348-6834

In Re:

ALUMINUM SHAPES, L.L.C.

Case No.: 21-16520
Chapter: 11
Adv. No.: 
Hearing Date: 
Judge: JNP

## CERTIFICATION OF SERVICE

1. I, Kathleen A. Senese :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Fox Rothschild LLP, who represents the Unsecured Creditors Committee in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On January 7, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   (Service as required per Amended Administrative Fee Order (D.I. 182))

   D.I. 343   Fox Rothschild's First Interim Fee Application (9/2/2021 - 11/30/2021)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: January 7, 2022

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Aluminum Shapes, L.L.C.<br>Attn: Solomon Rosenthal<br>9000 River Road<br>Delair, NJ 08110<br>solomon@shapesllc.com | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Obermayer Rebmann Maxwell & Hippel LLP<br>Attn: Edmond M. George, Esq.;<br>Michael D. Vagnoni, Esq.;<br>Turner Falk, Esq.<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054 | Counsel to the Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| edmond.george@obermayer.com<br>michael.vagnoni@obermayer.com<br>turner.falk@obermayer.com | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>District of New Jersey<br>Attn: Jeffrey M. Sponder, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>jeffrey.m.sponder@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Riemer & Braunstein LLP<br>Attn: Stephen E. Fox, Esq.<br>Anthony B. Stumbo, Esq.<br>Donald E. Rothman, Esq.<br>Times Square Tower, Suite 2506<br>Seven Times Square<br>New York, NY 10036 | Counsel to the Post-Petition Lender, Tiger Finance, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| sfox@riemerlaw.com<br>astumbo@riemerlaw.com<br>drothman@riemerlaw.com | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| McCarter & English, LLP<br>Attn: Joseph Lubertazzi, Esq.<br>Franklin Barbosa, Jr., Esq.<br>Deirdre E. Burker, Esq.<br>100 Mulberry Street<br>Newark, NJ 07102 | Counsel to the Post-Petition Lender, Tiger Finance, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF and Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| jlubertazzi@mccarter.com<br>fbarbosa@mccarter.com<br>dburke@mccarter.com | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

SECURED PARTIES – SERVICE LIST
VIA REGULAR MAIL, POSTAGE PREPAID

A.C. Shultes, Inc.
Attn: Ed Schultes
664 S. Evergreen Avenue
Woodbury Heights, NJ  08097

Combined Metal Industries Inc.
454 Dobbie Drive
Cambridge, ON
N1T 1S7
Canada

Delage Landen Financial Services Inc.
1111 Old Eagle School Road
Wayne, PA  19087

Direct Energy Business Marketing LLC
1001 Liberty Avenue, Suite 1200
Pittsburgh, PA  15222

Direct Energy Business Marketing LLC
194 Wood Avenue South, Suite 200
Iselin, NJ  08830

Eastern Lift Truck Co Inc.
549 E Linwood Avenue
Maple Shade, NJ  08052

Equipment Depot Pennsylvania, Inc.
741 Independence Avenue
Mechanicsburg, PA  17055

Euler Hermes North America Insurance Co.
800 Red Brook Blvd.
Owings Mill. MD  21117

General Chemical & Supply
Attn: David Mcdonough
858 N. Lenola Rd, Unit 1a
Moorestown, NJ  08057

IFM Efector, Inc.
1100 Atwater Drive
Malvern, PA  19355

Mardinly Industrial Power, LLC
Attn:  Ed Brady
701 Parkway Drive
Broomall, PA  19008

Melton Truck Lines, Inc.
808 N. 161st East Avenue
Tulsa, OK  74116

Pyrotek Inc.
100 Clearbrook Road
Elmsford, NY  10523-1116

Pyrotek Inc.
1285 Claremont Road
Carslile, PA  17015

Talen Energy Marketing, LLC
600 Hamilton Street, Suite 600
Allentown, PA  18101

Teamsters Local 837 401(K) Plan
12275 Townsend Road
Philadelphia, PA  19154

UGI Energy Services, LLC
Attn:  Roger Perreault
835 Knitting Mills Way
Wyomissing, PA  19610

2002 SERVICE LIST, CONTINUED
VIA EMAIL (IF EMAIL ADDRESS AVAILABLE)
OR REGULAR MAIL, POSTAGE PREPAID

| | |
|---|---|
| Acting Attorney General Of New Jersey<br>Attn: Buffy L. Wilson, Dag<br>25 Market Street, P.O. Box 093<br>Trenton, NJ 08625-0093<br>Email: buffy.wilson@law.njoag.gov | Brown & Connery, LLP<br>Attn: Joseph M. Garemore, Donald K. Ludman<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096<br>*Counsel To Pollution Control Financing, et al*<br>Email: jgaremore@brownconnery.com<br>Email: dludman@brownconnery.com<br>Facsimile: 856-812-2201 |
| Cullen And Dykman LLP<br>Attn: Michael Kwiatkowski<br>100 Quentin Roosevelt Boulevard<br>Garden City, NY 11530<br>*Counsel To Public Service Electric And Gas Company*<br>Email: mkwiatkowski@cullenllp.com<br>Facsimile: 516-357-3792 | Dilworth Paxson LLP<br>Attn: Peter C. Hughes<br>1500 Market Street, Suite 3500E<br>Philadelphia, PA 19102<br>Email: phughes@dilworthlaw.com<br>Facsimile: 215-575-7200 |
| Dyer & Peterson PC<br>Attn: Gregory E. Peterson, Esq.<br>322 U.S. Highway 46 Suite 220E<br>Parsippany, NJ 07054<br>*Counsel To UGI Energy Services, Inc.*<br>gpeterson@dyerpeterson.com | Fitzpatrick Lentz & Bubba, P.C.<br>Attn: Douglas J. Smillie, Joseph S. D'amico, Jr<br>645 W. Hamilton Street, Suite 800<br>Allentown, PA 18101<br>*Counsel To Talen Energy Marketing, LLC*<br>dsmillie@flblaw.com |
| Ford Motor Credit Company, LLC<br>National Bankruptcy Service Center<br>P.O. Box 62180<br>Colorado Springs, CO 80962 | Frost Brown Todd LLC<br>Attn: Jordan S. Blask, Esq.<br>501 Grant Street, Suite 800<br>Pittsburgh, PA 15219<br>*Counsel To Cygnus Manufacturing Company* |
| Hahalis & Kounoupis, P.C.<br>Attn: David L. Deratzian, Esq.<br>20 E. Broad Street<br>Bethlehem, PA 18018<br>*Counsel To Nathan H. Kelman, Inc.*<br>Email: david@employmentlaw-lv.com<br>Facsimile: 610-691-8418;<br>Facsimile: 215-790-6214 | Internal Revenue Services<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Internal Revenue Services<br>Department of The Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, DC 20220 | Internal Revenue Services<br>Local Office<br>600 Arch Street<br>Philadelphia, PA 19106 |

127105177.1

| | |
|---|---|
| John R. Morton, Jr., Esquire<br>110 Marter Avenue, Suite 301<br>Moorestown, NJ 08057<br>*Counsel To Ford Motor Credit Company, LLC* | Markowitz & Richman<br>Attn: Matthew D. Areman, Esquire<br>123 S. Broad Street - Suite 2020<br>Philadelphia, PA 19109<br>*Counsel To Teamsters Loc. 837 Health & Welfare Fund, et al*<br>Email: mareman@markowitzandrichman.com |
| Merchantville- Pennsauken Water Commission<br>6751 Westfield Avenue<br>Pennsauken, NJ 08110<br>*Counsel To Merchantville- Pennsauken*<br>Email: kmcconnell@mpwc.com<br>Email: jhershey@mpwc.com | Miller Johnson<br>P.O. Box 306<br>Grand Rapids, MI 49501-0306<br>*Counsel To New Life Transport Parts Center* |
| Office of The United States Attorney General<br>U.S. Department of Justice<br>Attn: Merrick Garland<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001 | Saldutti Law Group<br>Attn: Rebecca K. McDowell, Esq.<br>800 N. Kings Highway, Ste 300<br>Cherry Hill, NJ 08034<br>*Counsel To Eastern Lift Truck Co., Inc.*<br>Email: rmcdowell@slgcollect.com |
| State of New Jersey<br>Dept. of Environmental Protection<br>401 E State St.<br>Trenton, NJ 08625 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith, Sr. Manager<br>PO Box 41021<br>Norfolk, VA 23541<br>Email: claims_rmsc@pragroup.com<br>Facsimile: 757-351-3257 |
| Taylor And Keyser LLC<br>89 Haddon Avenue, Ste. B2<br>Haddonfield, NJ 08033<br>*Counsel To BB 316 Investments LLC* | The United States Attorney General<br>For The State of New Jersey<br>Attn: Andrew J. Bruck<br>25 Market St.<br>Trenton, NJ 08611 |
| The United States Attorney's Office<br>For The District of New Jersey<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102<br>Facsimile: 973-645-2702 | U.S. Department of Labor,<br>Office of Solicitor<br>Attn: Suzanne DeMitrio Campbell<br>201 Varick Street, Room 983<br>New York, NY 10014<br>*Counsel to M. Walsh, Secy of Labor*<br>Email: campbell.suzanne@dol.gov<br>Email: ny-sol-ecf@dol.gov |

127105177.1

| | |
|---|---|
| U.S. Enviromental Protection Agency<br>Region 2<br>290 Broadway, 17th Floor 2<br>New York, NY 10007-1866 | U.S. Enviromental Protection Agency<br>Attn: Scott Pruitt, Administrator<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC 20460<br>Facsimile: 202-566-2549 |
| Jerrold S. Kulback, Esq.<br>Archer & Greiner, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, PA 19103<br>jkulback@archerlaw.com | Perkins Coie LLP<br>Attn:  Tina N. Moss<br>1155 Avenue of the Americas, 22nd Floor<br>New York, NY 10036-2711<br>*Counsel for Hydro Extrusion USA, LLC*<br>TMoss@perkinscoie.com |
| Perkins Coie LLP<br>Sara L. Chenetz<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>*Counsel for Hydro Extrusion USA, LLC*<br>SChenetz@perkinscoie.com | Rivkin Radler LLP<br>Attn:  Ana Parikh, Esq.<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, NJ 07601-7082<br>Ana.parikh@rivkin.com |
| Raymond M. Patella<br>Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C.<br>505 Morris Avenue<br>Springfield, NJ 07081<br>rpatella@lawjw.com | |

3

127105177.1