| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**Obermayer Rebmann Maxwell & Hippel LLP**<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire (pro hac vice)<br>Turner N. Falk, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:edmond.george@obermayer.com<br>          michael.vagnoni@obermayer.com<br>          turner.falk@obermayer.com<br><br>Counsel to the Debtor<br>and Debtor in Possession |

Order Filed on January 6, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>          Debtor. | Chapter 11<br><br>Case No. 21-16520-JNP |

**ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
KURTZMAN STEADY, LLC AS SPECIAL COUNSEL TO THE DEBTOR
<u>AND DEBTOR IN POSSESSION</u>**

The relief set forth on the following pages, two (2) through four (4) is hereby

**ORDERED.**

**DATED: January 6, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the application (the "Application")[1] of the debtor and debtor in possession, Aluminum Shapes, L.L.C. (the "Debtor") for entry of an order pursuant to sections 327(e) and 328(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014, authorizing the employment and retention of Kurtzman Steady, LLC (the "KS Firm"), with offices located at 2 Kings Highway West, Suite 102, Haddonfield, New Jersey 08033 as special counsel to the Debtor; and upon the Declaration of Maureen Steady in support of the Application; and it appearing that the KS Firm neither holds nor represents an interest adverse to the Debtor's estate with respect to the matters upon which they are to be engaged; and it appearing that the KS Firm is a "disinterested person," as the term is defined in section 101(14) of the Bankruptcy Code; and it appearing that the relief requested is in the best interest of the Debtor's estate, its creditors, and other parties in interest; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Application in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of this Application and the opportunity for a hearing on this Application was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore; it is hereby

**ORDERED** as follows:

1.  The Application is **GRANTED** effective as of November 9, 2021 and to the extent set forth herein.

2.  The Debtor is **AUTHORIZED** pursuant to sections 327(e) and 328(a) of the Bankruptcy Code to employ and retain the KS Firm as their special counsel in accordance with the

---

[1] Capitalized terms used in this Order but not defined herein shall have the meanings ascribed to such terms in the Application.

terms and conditions set forth in the Application on the matters for which Obermayer cannot handle because such matters involve their respective client[s] (the "Conflict Client") and could present a conflict of interest, and other discrete duties as generally described in the Application and the Steady Declaration.

3. As soon as a bankruptcy-related matter concerning any Conflict Client is identified in the Debtor's chapter 11 case, Obermayer, in addition to any duty they have under applicable statute or rule concerning conflict matters, shall have the duty to notify the KS Firm of that fact so that the KS Firm may promptly advise the Debtor as it involves such Conflict Client.

4. If the Debtor is adverse to any Conflict Client, the KS Firm, and not Obermayer, shall represent the Debtor in such matter.

5. Subject to approval under sections 330 or 331 of the Bankruptcy Code, the KS Firm will receive compensation for the professional services it renders according to the following: (i) partners $385.00 to $490.00; and (ii) paralegals and law clerks $110.00.

6. The KS Firm will file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code, <u>In re Busy Beaver Building Center, Inc.</u>, 19 F.3d 833 (3rd Cir. 1994), and such Bankruptcy Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

7. The KS Firm shall be compensated in accordance with the standards and procedures set forth in sections 330 and 331 of the Bankruptcy Code and all applicable Bankruptcy Rules, Local Bankruptcy Rules for the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), guidelines promulgated by the Office of the United States Trustee, and further orders of this Court.

8. The Debtor is **AUTHORIZED** to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

9. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

11. The requirement set forth in Rule 9013-1(a)(3) of the Local Rules that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

12. To the extent this Order is inconsistent with any prior order or pleading with respect to the Application, in this case, the terms of this Order shall govern.

13. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-16520-JNP

Aluminum Shapes, L.L.C.  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 4
Date Rcvd: Jan 06, 2022  Form ID: pdf903  Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aluminum Shapes, L.L.C., 9000 River Road, Delair, NJ 08110-3204 |
| aty | + | Kurtzman Steady LLC, 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033-2117 |
| aty | + | Michael D Vagnoni, Obermayer Rebmann Maxwell & Hippel, LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |
| aty | + | Obermayer Rebmann Maxwell & Hippel LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2022  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ana Parikh | on behalf of Interested Party Residential Fences Corp. ana.parikh@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com |
| Andrew Katz | on behalf of Defendant Martin J. Walsh katz.andrew@dol.gov |
| Anthony B. Stumbo | on behalf of Creditor Tiger Finance  LLC astumbo@riemerlaw.com |
| Buffy L. Wilson | on behalf of Interested Party New Jersey Department of Environmental Protection buffy.wilson@law.njoag.gov |

| | |
|---|---|
| Catherine B. Heitzenrater | on behalf of Creditor CHUBB COMPANIES cebeideman@duanemorris.com |
| David L. Deratzian | on behalf of Unknown Role Type Nathan H. Kelman Inc. david@employmentlaw-lv.com |
| Deirdre E. Burke | on behalf of Creditor Tiger Finance LLC dburke@mccarter.com |
| Donald K. Ludman | on behalf of Creditor Pollution Control Financing Authority of Camden County dludman@brownconnery.com kray@brownconnery.com |
| Douglas J. Smillie | on behalf of Creditor Talen Energy Marketing LLC dsmillie@flblaw.com, ccharlton@flblaw.com |
| Edmond M. George | on behalf of Debtor Aluminum Shapes L.L.C. edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com |
| Edmond M. George | on behalf of Plaintiff Aluminum Shapes L.L.C. edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com |
| Edmond M. George | on behalf of Attorney Obermayer Rebmann Maxwell & Hippel LLP edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com |
| Franklin Barbosa, Jr | on behalf of Creditor Tiger Finance LLC fb@spsk.com |
| Gregory Peterson | on behalf of Creditor UGI Energy Services Inc. gpeterson@dyerpeterson.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jerrold S. Kulback | on behalf of Interested Party Energy Power Investment Company LLC jkulback@archerlaw.com chansen@archerlaw.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Jordan Seth Blask | on behalf of Creditor Cygnus Manufacturing Company jblask@fbtlaw.com agilbert@fbtlaw.com;agilbert@ecf.courtdrive.com |
| Joseph Lubertazzi, Jr. | on behalf of Creditor Tiger Finance LLC jlubertazzi@mccarter.com |
| Joseph J. DiPasquale | on behalf of Attorney Official Committee of Unsecured Creditors Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes L.L.C. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com |
| Joseph M. Garemore | on behalf of Creditor Pollution Control Financing Authority of Camden County jgaremore@brownconnery.com |
| Joseph M. Vann | on behalf of Debtor Aluminum Shapes L.L.C. jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Interested Party CGPN LLC jvann@ctswlaw.com |
| Joseph S. D'amico, Jr. | on behalf of Creditor Public Service Electric and Gas Company jsdamico@flblaw.com hrivera@flblaw.com |
| Joseph S. D'amico, Jr. | on behalf of Creditor Talen Energy Marketing LLC jsdamico@flblaw.com, hrivera@flblaw.com |
| Karl N. McConnell | on behalf of Creditor Merchantville-Pennsauken Water Commission kmcconnell@mpwc.com jhershey@mpwc.com |
| Martha Baskett Chovanes | on behalf of Attorney Official Committee of Unsecured Creditors mchovanes@foxrothschild.com rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Matthew David Areman | |

Case 21-16520-JNP    Doc 345    Filed 01/08/22    Entered 01/09/22 00:13:06    Desc
Imaged Certificate of Notice    Page 7 of 8

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Jan 06, 2022 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| | on behalf of Creditor Teamsters Local 837 401(k) Plan mareman@markowitzandrichman.com |
| Matthew David Areman | on behalf of Creditor Teamsters Local 107 as Bargaining Agent for Unionized Laid Off Employees of Debtor mareman@markowitzandrichman.com |
| Matthew David Areman | on behalf of Creditor Teamsters Local 837 Health & Welfare Fund mareman@markowitzandrichman.com |
| Maureen P. Steady | on behalf of Plaintiff Aluminum Shapes L.L.C. msteady@mac.com |
| Melissa A. Pena | on behalf of Creditor New Life Transport Parts Center mapena@norris-law.com pfreda@nmmlaw.com |
| Michael Kwiatkowski | on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael J. Viscount, Jr. | on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes L.L.C. mviscount@foxrothschild.com, rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael J. Viscount, Jr. | on behalf of Attorney Fox Rothschild LLP mviscount@foxrothschild.com rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael J. Viscount, Jr. | on behalf of Attorney Official Committee of Unsecured Creditors mviscount@foxrothschild.com rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael R. Herz | on behalf of Attorney Official Committee of Unsecured Creditors mherz@foxrothschild.com cbrown@foxrothschild.com |
| Peter C. Hughes | on behalf of Creditor Dilworth Paxson LLP phughes@dilworthlaw.com cct@dilworthlaw.com |
| Raymond M. Patella | on behalf of Interested Party UGI Energy Services LLC rpatella@lawjw.com |
| Raymond M. Patella | on behalf of Defendant UGI Energy Services LLC rpatella@lawjw.com |
| Rebecca K. McDowell | on behalf of Creditor Eastern Lift Truck Co. Inc. rmcdowell@slgcollect.com |
| Rebecca K. McDowell | on behalf of Defendant Eastern Lift Truck Co. Inc. rmcdowell@slgcollect.com |
| Robert Farouk Elgidely | on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes L.L.C. relgidely@foxrothschild.com |
| Robert Farouk Elgidely | on behalf of Attorney Official Committee of Unsecured Creditors relgidely@foxrothschild.com |
| Robert W. Keyser | on behalf of Creditor BB 316 Investments LLC rkeyser@taylorandkeyser.com |
| S. Jason Teele | on behalf of Interested Party Aspen 9000 LLC steele@sillscummis.com steele@sillscummis.com |
| Sara Chenetz | on behalf of Interested Party Hydro Extrusion USA LLC schenetz@perkinscoie.com, cmallahi@perkinscoie.com;docketLA@perkinscoie.com;rleibowitz@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com |
| Steven E. Fox | on behalf of Creditor Tiger Finance LLC sfox@riemerlaw.com, dromanik@riemerlaw.com |
| Steven J. Reisman | on behalf of Interested Party AZZ Inc. sreisman@katten.com, nyc.bknotices@katten.com |
| Suzanne Demitrio Campbell | on behalf of Defendant Martin J. Walsh campbell.suzanne@dol.gov |
| Suzanne Demitrio Campbell | on behalf of Creditor Martin J. Walsh campbell.suzanne@dol.gov |
| Tina Moss | on behalf of Interested Party Hydro Extrusion USA LLC tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com |
| Turner Falk | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Jan 06, 2022 | Form ID: pdf903 | Total Noticed: 4 |

on behalf of Plaintiff Aluminum Shapes L.L.C. turner.falk@obermayer.com, coleen.schmidt@obermayer.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 55