**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire (*pro hac vice*)
Turner N. Falk, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
edmond.george@obermayer.com
michael.vagnoni@obermayer.com
turner.falk@obermayer.com

*Counsel to the Debtor and Debtor in Possession*

**FOX ROTHSCHILD LLP**
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401-7212
Michael J. Viscount, Esq.
Martha B. Chovanes, Esq.
Joseph J. DiPasquale, Esq.
Michael R. Herz, Esq.
mviscount@foxrothschild.com
mchovanes@foxrothschild.com
jdipasquale@foxrothschild.com
mherz@foxrothschild.com
Telephone: (609) 348-4515
Facsimile: (609) 348-6834

*Counsel to the Official Committee of Unsecured Creditors*

---

Order Filed on January 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ALUMINUM SHAPES, L.L.C.,

Debtor.

Chapter 11

Case No. 21-16520-JNP

Hon. Jerrold N. Poslusny, Jr.

DATED: January 14, 2022

**CERTIFICATE OF CONSENT REGARDING CONSENT ORDER**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

4872-4062-0297 v1

I certify that with respect to the *Agreed Stipulation and Consent Order Among the Debtor and the Official Committee of Unsecured Creditors* submitted to the Court, the following conditions have been met:

(a) The terms of the consent order are identical to those set forth in the original consent order.

(b) The signatures represented by the /s/ on the consent order reference the signatures of consenting parties obtained in the original consent order.

(c) I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d) I will make the original consent order available for inspection on request of the Court or any party in interest.

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011.

           **OBERMAYER REBMANN
           MAXWELL & HIPPLE LLP**

           *Counsel for the Debtor*

           */s/ Edmond M. George*
           Edmond M. George

Dated: January 14, 2022

4872-4062-0297 v1

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16520-JNP |
| Aluminum Shapes, L.L.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 14, 2022 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aluminum Shapes, L.L.C., 9000 River Road, Delair, NJ 08110-3204 |
| aty | + | Kurtzman Steady LLC, 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033-2117 |
| aty | + | Michael D Vagnoni, Obermayer Rebmann Maxwell & Hippel, LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |
| aty | + | Obermayer Rebmann Maxwell & Hippel LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2022      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ana Parikh | on behalf of Interested Party Residential Fences Corp. ana.parikh@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com |
| Andrew Katz | on behalf of Defendant Martin J. Walsh katz.andrew@dol.gov |
| Anthony B. Stumbo | on behalf of Creditor Tiger Finance  LLC astumbo@riemerlaw.com |
| Buffy L. Wilson | on behalf of Interested Party New Jersey Department of Environmental Protection buffy.wilson@law.njoag.gov |

Case 21-16520-JNP    Doc 358    Filed 01/16/22    Entered 01/17/22 00:15:51    Desc
Imaged Certificate of Notice    Page 4 of 6

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Jan 14, 2022 | Form ID: pdf903 | Total Noticed: 4 |

Catherine B. Heitzenrater
    on behalf of Creditor CHUBB COMPANIES cebeideman@duanemorris.com

David L. Deratzian
    on behalf of Unknown Role Type Nathan H. Kelman  Inc. david@employmentlaw-lv.com

Deirdre E. Burke
    on behalf of Creditor Tiger Finance  LLC dburke@mccarter.com

Donald K. Ludman
    on behalf of Creditor Pollution Control Financing Authority of Camden County dludman@brownconnery.com
    kray@brownconnery.com

Douglas J. Smillie
    on behalf of Creditor Talen Energy Marketing  LLC dsmillie@flblaw.com, ccharlton@flblaw.com

Edmond M. George
    on behalf of Debtor Aluminum Shapes  L.L.C. edmond.george@obermayer.com,
    michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com

Edmond M. George
    on behalf of Plaintiff Aluminum Shapes  L.L.C. edmond.george@obermayer.com,
    michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com

Edmond M. George
    on behalf of Attorney Obermayer Rebmann Maxwell & Hippel LLP edmond.george@obermayer.com
    michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;turner.falk@obermayer.com;coleen.schmidt@obermayer.com

Franklin Barbosa, Jr
    on behalf of Creditor Tiger Finance  LLC fb@spsk.com

Gregory Peterson
    on behalf of Creditor UGI Energy Services  Inc. gpeterson@dyerpeterson.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Jerrold S. Kulback
    on behalf of Interested Party Energy Power Investment Company LLC jkulback@archerlaw.com  chansen@archerlaw.com

John R. Morton, Jr.
    on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Jordan Seth Blask
    on behalf of Creditor Cygnus Manufacturing Company jblask@fbtlaw.com  agilbert@fbtlaw.com;agilbert@ecf.courtdrive.com

Joseph Lubertazzi, Jr.
    on behalf of Creditor Tiger Finance  LLC jlubertazzi@mccarter.com

Joseph J. DiPasquale
    on behalf of Attorney Official Committee of Unsecured Creditors Jdipasquale@foxrothschild.com
    cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes  L.L.C. Jdipasquale@foxrothschild.com,
    cbrown@foxrothschild.com;ShavoneGreen@foxrothschild.com

Joseph M. Garemore
    on behalf of Creditor Pollution Control Financing Authority of Camden County jgaremore@brownconnery.com

Joseph M. Vann
    on behalf of Debtor Aluminum Shapes  L.L.C. jvann@ctswlaw.com

Joseph M. Vann
    on behalf of Interested Party CGPN  LLC jvann@ctswlaw.com

Joseph S. D'amico, Jr.
    on behalf of Creditor Public Service Electric and Gas Company jsdamico@flblaw.com  hrivera@flblaw.com

Joseph S. D'amico, Jr.
    on behalf of Creditor Talen Energy Marketing  LLC jsdamico@flblaw.com, hrivera@flblaw.com

Karl N. McConnell
    on behalf of Creditor Merchantville-Pennsauken Water Commission kmcconnell@mpwc.com  jhershey@mpwc.com

Martha Baskett Chovanes
    on behalf of Attorney Official Committee of Unsecured Creditors mchovanes@foxrothschild.com
    rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Matthew David Areman

| | |
|---|---|
| | on behalf of Creditor Teamsters Local 837 401(k) Plan mareman@markowitzandrichman.com |
| Matthew David Areman | on behalf of Creditor Teamsters Local 107 as Bargaining Agent for Unionized Laid Off Employees of Debtor mareman@markowitzandrichman.com |
| Matthew David Areman | on behalf of Creditor Teamsters Local 837 Health & Welfare Fund mareman@markowitzandrichman.com |
| Maureen P. Steady | on behalf of Plaintiff Aluminum Shapes L.L.C. msteady@mac.com |
| Melissa A. Pena | on behalf of Creditor New Life Transport Parts Center mapena@norris-law.com pfreda@nmmlaw.com |
| Michael Kwiatkowski | on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenanddykman.com mkwiatkowski@msek.com |
| Michael J. Viscount, Jr. | on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes L.L.C. mviscount@foxrothschild.com, rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael J. Viscount, Jr. | on behalf of Attorney Fox Rothschild LLP mviscount@foxrothschild.com rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael J. Viscount, Jr. | on behalf of Attorney Official Committee of Unsecured Creditors mviscount@foxrothschild.com rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael R. Herz | on behalf of Attorney Official Committee of Unsecured Creditors mherz@foxrothschild.com cbrown@foxrothschild.com |
| Peter C. Hughes | on behalf of Creditor Dilworth Paxson LLP phughes@dilworthlaw.com cct@dilworthlaw.com |
| Raymond M. Patella | on behalf of Interested Party UGI Energy Services LLC rpatella@lawjw.com |
| Raymond M. Patella | on behalf of Defendant UGI Energy Services LLC rpatella@lawjw.com |
| Rebecca K. McDowell | on behalf of Creditor Eastern Lift Truck Co. Inc. rmcdowell@slgcollect.com |
| Rebecca K. McDowell | on behalf of Defendant Eastern Lift Truck Co. Inc. rmcdowell@slgcollect.com |
| Robert Farouk Elgidely | on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes L.L.C. relgidely@foxrothschild.com |
| Robert Farouk Elgidely | on behalf of Attorney Official Committee of Unsecured Creditors relgidely@foxrothschild.com |
| Robert W. Keyser | on behalf of Creditor BB 316 Investments LLC rkeyser@taylorandkeyser.com |
| S. Jason Teele | on behalf of Interested Party Aspen 9000 LLC steele@sillscummis.com steele@sillscummis.com |
| Sara Chenetz | on behalf of Interested Party Hydro Extrusion USA LLC schenetz@perkinscoie.com, cmallahi@perkinscoie.com;docketLA@perkinscoie.com;rleibowitz@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com |
| Steven E. Fox | on behalf of Creditor Tiger Finance LLC sfox@riemerlaw.com, dromanik@riemerlaw.com |
| Steven J. Reisman | on behalf of Interested Party AZZ Inc. sreisman@katten.com, nyc.bknotices@katten.com |
| Suzanne Demitrio Campbell | on behalf of Defendant Martin J. Walsh campbell.suzanne@dol.gov |
| Suzanne Demitrio Campbell | on behalf of Creditor Martin J. Walsh campbell.suzanne@dol.gov |
| Tina Moss | on behalf of Interested Party Hydro Extrusion USA LLC tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com |
| Turner Falk | |

District/off: 0312-1  User: admin  Page 4 of 4
Date Rcvd: Jan 14, 2022  Form ID: pdf903  Total Noticed: 4

| | |
|---|---|
| | on behalf of Plaintiff Aluminum Shapes L.L.C. turner.falk@obermayer.com, coleen.schmidt@obermayer.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 55