---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire (pro hac vice)
Turner N. Falk, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
E-mail:   edmond.george@obermayer.com
          michael.vagnoni@obermayer.com
          turner.falk@obermayer.com

Counsel to the Debtor
and Debtor in Possession

---

In re:

ALUMINUM SHAPES, L.L.C.,

   Debtor.

Chapter 11

Case No. 21-16520-JNP

---

## NOTICE OF PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY

Aluminum Shapes, L.L.C. (the "Debtor"), by and through its counsel, Obermayer Rebmann Maxwell & Hippel LLP, has filed a motion with the Court to Approve the Settlement by and between Residential Fences Corp. ("Residential Fences") and the Debtor (the "Motion").

If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below before the hearing date, or appear at the hearing.

ADDRESS OF THE CLERK:
United States Bankruptcy Court
District of New Jersey
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Judge Jerrold Poslusny on or before February ___, 2022, as set by the Court in the Order Shortening Time filed contemporaneously herewith, in Courtroom 4C, United States Bankruptcy Court, District of New Jersey, 401 Market Street Camden, NJ 08101.
Nature of Action:

Dispute over amounts due for the production of certain aluminum dies and pieces by the Debtor for Residential Fences.

Pertinent Terms of Settlement:
a. Residential Fences shall make a lump sum payment to the Debtor in the amount of $14,000.00 (the "Settlement Sum").
b. The Debtor will turn over certain dies to Residential Fences upon the entry of the Final Order and the payment in full of the Settlement Sum, at which time title in such Dies shall be transferred to Residential Fences (to the extent Residential Fences was not already the owner of such Dies).
c. Residential Fences will remove the Dies from the Debtor's facilities at no cost to the Debtor.

Objections must be served on, and requests for additional information directed to:

Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054

Dated: January 20, 2022    By:    /s/ Edmond M. George
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire (*pro hac vice*)
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
E-mail: edmond.george@obermayer.com
michael.vagnoni@obermayer.com
*Counsel to Chapter 11 Debtor*
*Aluminum Shapes, L.L.C.*

4882-2950-7077 v1