| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)*<br>**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**<br>Edmond M. George, Esquire<br>Michael D. Vagnoni, Esquire (pro hac vice)<br>Turner N. Falk, Esquire<br>1120 Route 73, Suite 420<br>Mount Laurel, NJ 08054-5108<br>Telephone: (856) 795-3300<br>Facsimile: (856) 482-0504<br>E-mail:  edmond.george@obermayer.com<br>       michael.vagnoni@obermayer.com<br>       turner.falk@obermayer.com<br><br>Counsel to the Debtor<br>and Debtor in Possession |

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-16520-JNP |

## NOTICE OF PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY

Aluminum Shapes, L.L.C. (the "Debtor"), by and through its counsel, Obermayer Rebmann Maxwell & Hippel LLP, has filed a motion with the Court to Approve the Settlement by and between Fleet Parts & Service, Inc. ("Fleet") and the Debtor (the "Motion").

If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below before the hearing date, or appear at the hearing.

ADDRESS OF THE CLERK:
United States Bankruptcy Court
District of New Jersey
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Judge Jerrold Poslusny on or before February ___, 2022, as set by the Court in the Order Shortening Time filed contemporaneously herewith, in Courtroom 4C, United States Bankruptcy Court, District of New Jersey, 401 Market Street Camden, NJ 08101.

4869-4137-4983 v1

Nature of Action:
Dispute over amounts due for the production of certain aluminum dies and pieces by the Debtor for Fleet.

Pertinent Terms of Settlement:
a. Fleet shall make a lump sum payment to the Debtor in the amount of Nine Thousand Dollars - $9,000.00 (the "Settlement Sum").
b. Upon entry of this Order and the payment of the Settlement Sum the Debtor shall transfer all right, title and interest in and to the Dies, both physical and IP, with corresponding back plates to Fleet.
c. Fleet shall remove the Dies and corresponding back plates from 9000 River Road, Delair, NJ at no cost to the Debtor.

Objections must be served on, and requests for additional information directed to:

Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054

Dated: January 20, 2022      By:     /s/ Edmond M. George
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire (*pro hac vice*)
OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
E-mail: edmond.george@obermayer.com
michael.vagnoni@obermayer.com
*Counsel to Chapter 11 Debtor*
*Aluminum Shapes, L.L.C.*

4869-4137-4983 v1