**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire (pro hac vice)
Turner N. Falk, Esquire
1120 Route 73, Suite 420
Mount Laurel, NJ 08054-5108
Telephone: (856) 795-3300
Facsimile: (856) 482-0504
E-mail:   edmond.george@obermayer.com
          michael.vagnoni@obermayer.com
          turner.falk@obermayer.com

Counsel to the Debtor and Debtor in Possession

| | |
|---|---|
| In re: | Chapter 11 |
| ALUMINUM SHAPES, L.L.C., | Case No. 21-16520-JNP |
| Debtor. | |
| ALUMINUM SHAPES, L.L.C., | ADVERSARY NO. 21-01464-JNP |
| Plaintiff, | |
| v. | |
| PYROTEK INC. | |
| Defendant. | |

**NOTICE OF PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY**

Aluminum Shapes, L.L.C. (the "Debtor"), by and through its counsel, Obermayer Rebmann Maxwell & Hippel LLP, has filed a motion with the Court to Approve the Settlement by and between Pyrotek Inc. ("Pyrotek") and the Debtor (the "Motion").

If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court District of New Jersey, and serve it on the person named below before the hearing date, or appear at the hearing.

4875-3621-1207 v1

ADDRESS OF THE CLERK:
United States Bankruptcy Court
District of New Jersey
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Judge Jerrold Poslusny on or before March 1, 2022, in <u>Courtroom</u> <u>4C</u>, <u>United States Bankruptcy Court, District of New Jersey, 401 Market Street Camden, NJ 08101</u>.

Nature of Action:
Adversary No. 21-01466-JNP: avoidance of any asserted lien pursuant to 11 U.S.C. §§ 506(d) and 544, a determination that the claim filed by Pyrotek against the Debtor's estate is an unsecured claim pursuant to 11 U.S.C. § 506(a)(1), and related relief

Pertinent Terms of Settlement:
a. POC #10014 is allowed and will be treated as a general unsecured claim in the amount of $97,333.34, pursuant to 11 U.S.C. § 506(a)(1);
b. No portion of POC #10014 is allowed or will be treated as a secured claim. The entire claim will be allowed and treated as a general unsecured claim in the amount of $97,333.34;
c. POC (POC #10014) is hereby converted from a secured claim to an allowed general unsecured claim in the amount of $97,333.34 without the necessity of filing an amended proof of claim;
d. Any lien asserted by Pyrotek is hereby avoided pursuant to 11 U.S.C. §§ 502(d), 506(a)(1), 506(d), 544, and 547; and
e. Adversary No. 21-01464-JNP will be dismissed with prejudice.

Objections must be served on, and requests for additional information directed to:

Edmond M. George, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 Route 73, Suite 420
Mount Laurel, NJ 08054

Dated: February 7, 2022        By:    /s/ Edmond M. George
                                      Edmond M. George, Esquire
                                      Michael D. Vagnoni, Esquire (*pro hac vice*)
                                      OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
                                      1120 Route 73, Suite 420
                                      Mount Laurel, NJ 08054-5108
                                      Telephone: (856) 795-3300
                                      Facsimile: (856) 482-0504
                                      E-mail: edmond.george@obermayer.com
                                      michael.vagnoni@obermayer.com
                                      *Counsel to Chapter 11 Debtor*
                                      *Aluminum Shapes, L.L.C.*

4875-3621-1207 v1