**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-16520 (JNP) |

**DECLARATION OF EMILY YOUNG**
**OF EPIQ CORPORATE RESTRUCTURING, LLC**
**REGARDING VOTING AND TABULATION OF BALLOTS**
**CAST ON THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS PLAN OF LIQUIDATION**

I, Emily Young, declare, under penalty of perjury:

1. I am a Senior Consultant at Epiq Corporate Restructuring, LLC ("Epiq") located at 777 Third Avenue, 12th Floor, New York, New York 10017. I am over the age of 18 years. I do not have a direct interest in the chapter 11 cases and should be considered an impartial party.

2. I submit this declaration (the "Declaration") with respect to the solicitation and tabulation of votes cast on *The Official Committee of Unsecured Creditors Plan of Liquidation* (including all exhibits thereto and as amended, supplemented or otherwise modified from time to time, the "Plan").[1] Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3. In accordance with the *Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan or the Disclosure Statement Order (as defined herein), as applicable.

*Plan Confirmation and Deadlines Related Thereto; (III) Approving the Confirmation Hearing Notice; and (IV) Granting Related Relief* [Docket No. 521] (the "Disclosure Statement Order"), Epiq was appointed and authorized to assist the Official Committee of Unsecured Creditors (the "Committee") with, *inter alia*, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Plan by holders of Claims in the Voting Classes (as defined herein).

4. Pursuant to the Plan, only holders of Claims in the following Classes (collectively, the "Voting Classes") were entitled to vote to accept or reject the Plan:

| **Class** | **Description** |
|---|---|
| Class 2 | Other Secured Claims |
| Class 3 | General Unsecured Claims |
| Class 4 | General Unsecured Workers' Compensation Claims |

5. The procedures for the solicitation and tabulation of votes on the Plan are outlined in the Disclosure Statement Order. Epiq was instructed by the Committee to solicit, review, determine the validity of, and tabulate Ballots submitted to vote to accept or reject the Plan by the holders of Claims in the Voting Classes in accordance with the Disclosure Statement Order.

6. In accordance with the Disclosure Statement Order, Epiq solicited the holders of Claims in the Voting Classes.[2] Epiq's *Affidavit of Service of Solicitation Materials* was filed with this Court on May 26, 2022 [Docket No. 534].

7. All Ballots received by Epiq were date-stamped upon receipt and were processed in accordance with the Disclosure Statement Order.

[2] As of the solicitation mailing, there were no filed or scheduled claims in Class 4 (General Unsecured Workers' Compensation Claims).

8. For a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the Disclosure Statement Order and executed by the relevant holder, or such holder's authorized representative, and must have been received by Epiq no later than June 24, 2022 at 5:00 p.m. (Eastern Time) (the "Voting Deadline").

9. All validly executed Ballots, cast by holders of Claims in the Voting Classes received by Epiq on or before the Voting Deadline, were tabulated as outlined in the Disclosure Statement Order. The results of the voting by holders of Claims in such Voting Classes are as set forth in **Exhibit A** hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly executed Ballots received by Epiq.[3]

10. A report of all Ballots not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as **Exhibit B** hereto.

11. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 28, 2022
Savannah, Georgia

/s/ Emily Young
Emily Young
Senior Consultant
Epiq Corporate Restructuring, LLC

3 One creditor with a filed secured claim and classified and solicited in Class 2, submitted a vote on a Class 4 ballot form obtained from the Disclosure Statement Order. Additional review, and agreement with the Committee, determined the creditor belonged in Class 2 and the vote was counted and included in the Class 2 tabulation results. Epiq has been advised that the Committee reserves all rights to challenge the validity of the creditor's filed claim.

**Exhibit A**

**TABULATION SUMMARY**

| VOTING CLASS | TOTAL BALLOTS COUNTED | | | | Class Voting Result |
|---|---|---|---|---|---|
| | ACCEPT | | REJECT | | |
| | AMOUNT | NUMBER | AMOUNT | NUMBER | |
| **Class 2**<br>OTHER SECURED CLAIMS | **$131,169.50**<br>**100.00%** | **1**<br>**100.00%** | $0.00<br>0.00% | 0<br>0.00% | Accept |
| **Class 3**<br>GENERAL UNSECURED CLAIMS | **$8,039,159.97**<br>**100.00%** | **37**<br>**100.00%** | $0.00<br>0.00% | 0<br>0.00% | Accept |
| **Class 4**<br>GENERAL UNSECURED WORKERS' COMPENSATION CLAIMS | No Ballots were submitted in this Class. | | | | |

**Exhibit B**

**EXCLUDED BALLOTS**

| Claim Number | Plan Class | Plan Class Description | Claim Name | Voting Amount | Vote (A)ccept/(R)eject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|
| 21 | 3 | General Unsecured Claims | GLOUCESTER CITY BOX WORKSLLC | $1,672.00 | A | 1 | Superseded. Ballot is superseded by later filed valid Ballot. |