# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21-16520-JNP
Chapter: 11
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Aluminum Shapes, L.L.C.
    aka Shapes LLC, fka Delair Aluminum, LLC
    9000 River Road
    Delair, NJ 08110

    Employer's Tax I.D. No.: 46-1406288

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       8/4/2022
Time:      02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101-2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

    APPLICANT(S)
    Asterion, Inc., Debtor's Accountants, period: 3/31/2022 to 7/1/2022

    COMMISSION OR FEES
    Fees: $5,000.00

    EXPENSES
    $0

If this is a chapter 13 case, the fees and expenses awarded:

☐ will not reduce the amount to be paid to general unsecured creditors under the plan.
☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:
_____

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.

Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 11, 2022

4890-1094-4552 v1