# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| ALUMINUM SHAPES, L.L.C., | Case No. 21-16520 (JNP) |
| Debtor.[1] | Obj. Deadline: October 13, 2022<br>Hearing Date: October 20, 2022 at 2:00 p.m. (ET) |

**SUMMARY OF FIRST AND FINAL FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTOR AND DEBTOR-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 15, 2021 THROUGH AUGUST 24, 2022**

| | |
|---|---|
| Name of Applicant: | Epiq Corporate Restructuring, LLC |
| Authorized to Provide Professional Services to: | Debtor and Debtor-in-Possession |
| Date of Retention: | Order entered on November 1, 2021, approving Debtor's retention of Epiq Corporate Restructuring, LLC *nunc pro tunc* to the Petition Date [Docket No. 218] |
| Final period for which compensation and reimbursement is sought: | August 15, 2021 through August 24, 2022 |
| Amount of final compensation sought as actual, reasonable and necessary: | $19,243.80 |
| Amount of final expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is an: ___ interim  _X_  final application

There were no prior fee applications filed on behalf of Epiq Corporate Restructuring, LLC.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, as applicable, is as follows: Aluminum Shapes L.L.C. (6288). The address of the Debtor's headquarters is: 9000 Delair, NJ 08110.

## COMPENSATION BY INDIVIDUAL RENDERING
## SERVICES FROM AUGUST 15, 2021 THROUGH AUGUST 24, 2022

| Name of Professional Individual | Position, year assumed position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | Solicitation Practice Director, joined company in 2004. | $201.00 | 0.40 | $80.40 |
| Joseph Arena | Solicitation Consultant, joined company in 2011. | $182.00 | 1.40 | $254.80 |
| John Chau | Solicitation Consultant, joined company in 2012. | $182.00 | 1.40 | $254.80 |
| Stephenie Kjontvedt | Solicitation Consultant, joined company in 2008 | $182.00 | 6.60 | $1,201.20 |
| Thomas Vazquez | Solicitation Consultant, joined company in 2012. | $182.00 | 13.20 | $2,402.40 |
| Emily Young | Solicitation Consultant, joined company in 2009 | $182.00 | 75.10 | $13,668.20 |
| Brian Hunt | Consulting Director, joined company in 2008 | $165.75 | 5.60 | $928.20 |
| Nicholas Kosinski | Consulting Director, joined company in 2019 | $165.75 | 0.50 | $82.88 |
| Sarah Camilla | Case Manager II, joined company in 2020 | $100.25 | 3.70 | $370.93 |
| **Total:** | | | 107.90 | $19,243.80 |
| **Blended Rate:** | | $178.35 | | |

### COMPENSATION BY PROJECT CATEGORY FOR THE
### PERIOD FROM AUGUST 15, 2021 THROUGH AUGUST 24, 2022

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 495 - Balloting/Solicitation Consultation | 98.10 | $17,861.80 |
| 645 - Schedule/Sofa Preparation | 9.80 | $1,382.00 |
| **TOTALS** | **107.90** | **$19,243.80** |

### EXPENSE SUMMARY FOR THE PERIOD FROM
### AUGUST 15, 2021 THROUGH AUGUST 24, 2022

| Expenses Category | Total Expenses |
|---|---|
| None | $0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-16520 (JNP)<br><br>**Obj. Deadline: October 13, 2022**<br>**Hearing Date: October 20, 2022 at 2:00 p.m. (ET)** |

**FIRST AND FINAL FEE APPLICATION OF EPIQ CORPORATE RESTRUCTURING, LLC, AS ADMINISTRATIVE ADVISOR TO THE DEBTOR AND DEBTOR-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 15, 2021 THROUGH AUGUST 24, 2022**

Pursuant to sections 105(a) and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "***Bankruptcy Code***"), Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-3 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of New Jersey (the "***Local Rules***"), Epiq Corporate Restructuring, LLC ("***Epiq***") hereby moves the Court for reasonable compensation for professional services rendered as administrative advisor to the above-captioned debtor and debtor-in-possession (the "***Debtor***") in the amount of $19,243.80, together with reimbursement for actual and necessary expenses incurred as administrative advisor in the amount of $0.00, each for the final period of August 15, 2021 through and including August 24, 2022 (the "***Final Fee Period***"). In support of its Application, Epiq respectfully represents as follows:

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, as applicable, is as follows: Aluminum Shapes L.L.C. (6288). The address of the Debtor's headquarters is: 9000 Delair, NJ 08110.

## BACKGROUND

**A.    The Chapter 11 Cases**

1. On August 15, 2021 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). During this chapter 11 case, the Debtor continued to operate its business and manage its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On September 1, 2021, the United States Trustee for the District of New Jersey (the "**U.S. Trustee**") appointed the Official Committee of Unsecured Creditors (the "**Committee**") in the Chapter 11 Cases [Docket No. 77]. No trustee or examiner has been appointed in the Chapter 11 Cases.

3. On August 12, 2022, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis, and (II) Confirming the Official Committee of Unsecured Creditors' Plan of Liquidating Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 619] (the "**Confirmation Order**"), thereby confirming the Plan. On August 24, 2022 (the "**Effective Date**"), the Plan became effective. *See* Docket No. 635.

4. Pursuant to the Confirmation Order, all chapter 11 case professionals must file final requests for payment of compensation and reimbursement of expenses no later than thirty (30) days after the Effective Date (*i.e.*, September 23, 2022). This Application represents Epiq's first monthly and final request for payment of compensation and reimbursement of expenses in the Chapter 11 Cases.

B.  **The Retention of Epiq**

5.  Epiq was employed to represent the Debtor as administrative advisor in connection with this chapter 11 case, pursuant to an order entered by the Court on November 1, 2021 [Docket No. 218] (the "*Epiq 327 Retention Order*").[2] The Epiq 327 Retention Order authorized Epiq to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

6.  The Epiq 327 Retention Order authorized Epiq to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses. Epiq has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Epiq and any other person, other than the partners of Epiq, for the sharing of compensation to be received for services rendered in these areas. All services for which compensation is requested by Epiq as administrative advisor were performed for or on behalf of the Debtors.

C.  **The Interim Compensation Order**

7.  On October 21, 2021, the Court entered the *Amended Administrative Fee Order Establishing Procedures for Allowance and Payment of Interim Compensation and Reimbursement of Expenses to Professional Persons* [Docket No. 193] (as defined above, the "*Interim Compensation Order*"), which sets forth the procedures for interim compensation and reimbursement of expenses in the Chapter 11 Cases.

---

[2] In addition to being retained as administrative advisor, by the Court's order on September 23, 2021, Epiq was retained, pursuant to 28 U.S.C. § 156(c), to serve as notice and claims agent in this chapter 11 case [Docket No. 104] (the "*Notice and Claims Agent Order*"). In accordance with the Notice and Claims Agent Order, all fees and expenses related to Epiq's notice and claims agent services will be paid by the Debtor in the ordinary course of business without the necessity of a fee application or monthly statement. As such, none of Epiq's notice and claims agent fees or expenses are included in this Application.

**RELIEF REQUESTED**

8.     By this Application, Epiq seeks final approval and allowance of compensation in the amount of $19,243.80 for professional services rendered during the Final Fee Period, including any and all holdbacks.

**SUMMARY OF SERVICES RENDERED**

9.     During the Final Fee Period, Epiq Professionals ("*Epiq Professionals*") expended a total of 107.90 hours for which compensation is requested. A schedule setting forth the number of hours expended by each Epiq professional who rendered services to the Debtors during the Final Fee Period, their respective hourly rates, and the aggregate fees incurred by each such individual is attached hereto as **Exhibit A**. A schedule setting forth project categories utilized by Epiq in these Chapter 11 Cases, the aggregate number of hours expended by the professionals of Epiq by project category, and the aggregate fees for each project category is attached hereto as **Exhibit B**. A schedule specifying the categories of expenses for which Epiq is seeking reimbursement and the total amount for each category is attached hereto as **Exhibit C**. The time detail describing the work performed during the Final Fee Period is attached hereto as **Exhibit D**.

**SUMMARY OF SERVICES BY PROJECT**

10.     The services rendered by Epiq during the Final Fee Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached Exhibit D.

A.     Balloting/Solicitation Consultation

　　　　Fees: $17,861.80          Total Hours: 98.10

This category includes all time spent reviewing the solicitation procedures and providing comments regarding such procedures. During the Final Fee Period, Epiq performed as balloting agent to assist the Debtor and its advisors with all matters relating to the solicitation, balloting and tabulation of votes for the *Official Committee of Unsecured Creditors' Plan of Liquidation,* dated May 6, 2022 (the "**Plan**") and attendance at the hearing to consider confirmation of the Plan, which was held on August 11, 2022. Services provided by Epiq, included, but were not limited to, the following: (a) review of draft versions of the Plan documents and ballot for comments related to solicitation, (b) preparation of a customized ballot and solicitation documents for service to the holder entitled to vote, (c) service of the solicitation package to the holder entitled to vote and preparation of the affidavit of service, (d) review and tabulation of ballots cast to accept or reject the Plan, (e) preparation of the voting declaration, and (f) attendance at the hearing to consider confirmation of the Plan as a declarant in support of confirmation.

B.    Schedule/SOFA Preparation

Fees: $1,382.00            Total Hours: 9.80

This category includes all time related to the preparation and filing of the Debtors' Schedules and Statements. Epiq Professionals worked closely with the Debtors' advisors to gather the necessary data, and then analyzed and compiled that data for inclusion in the Schedules and Statements.

**VALUATION OF SERVICES**

11.    Professionals of Epiq have expended a total of 107.90 hours as administrative advisor in connection with this matter during the Final Fee Period.

12. The amount of time spent by each of these persons providing services to the Debtor as administrative advisor for the Final Fee Period is fully set forth in the detail attached hereto as **Exhibit D**. The hourly rates and corresponding rate structure utilized by Epiq in this chapter 11 case are generally equivalent to the hourly rates and corresponding rate structure predominantly used by Epiq for comparable matters, whether in chapter 11 or otherwise, regardless of whether a fee application is required. The reasonable value of the services rendered by Epiq as administrative advisor for the Final Fee Period is $19,243.80.

13. The undersigned representative of Epiq certifies that he has reviewed the requirements of Local Rule 2016-3 and that the Application substantially complies with that Local Rule. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-3, Epiq believes that such deviations are not material and respectfully requests that any such requirement be waived.

14. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amounts requested in this Application are fair and reasonable given (a) the complexity of this chapter 11 case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

## **CONCLUSION**

WHEREFORE, Epiq respectfully requests final allowance be made to it in the sum of $19,243.80 as compensation for necessary professional services rendered to the Debtor for the Final Fee Period, and the sum of $0.00 for reimbursement of actual necessary costs and expenses incurred for the Final Fee Period and further requests such other and further relief as this Court may deem just and proper.

Date: September 19, 2022     **EPIQ CORPORATE RESTRUCTURING, LLC**

*/s/ Brian Hunt*
Brian Hunt
Consulting Director
777 Third Avenue, 12th Floor
New York, New York 10017

*Administrative Advisor to the Debtor and
Debtor-in-Possession*

## CERTIFICATION

I, Brian Hunt, certify as follows:

1. I am a Consulting Director of the applicant firm, Epiq Corporate Restructuring, LLC.

2. I am thoroughly familiar with the work performed on behalf of the Debtor as administrative advisor by the professionals and paraprofessionals of Epiq Corporate Restructuring, LLC.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Date: September 19, 2022

*/s/ Brian Hunt*
Brian Hunt
Consulting Director
Epiq Corporate Restructuring, LLC

# EXHIBIT A

## SUMMARY OF FEES BY INDIVIDUAL
## FOR THE PERIOD FROM AUGUST 15, 2021 THROUGH AUGUST 24, 2022

| Name of Professional Individual | Position, year assumed position | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | Solicitation Practice Director, joined company in 2004. | $201.00 | 0.40 | $80.40 |
| Joseph Arena | Solicitation Consultant, joined company in 2011. | $182.00 | 1.40 | $254.80 |
| John Chau | Solicitation Consultant, joined company in 2012. | $182.00 | 1.40 | $254.80 |
| Stephenie Kjontvedt | Solicitation Consultant, joined company in 2008 | $182.00 | 6.60 | $1,201.20 |
| Thomas Vazquez | Solicitation Consultant, joined company in 2012. | $182.00 | 13.20 | $2,402.40 |
| Emily Young | Solicitation Consultant, joined company in 2009 | $182.00 | 75.10 | $13,668.20 |
| Brian Hunt | Consulting Director, joined company in 2008 | $165.75 | 5.60 | $928.20 |
| Nicholas Kosinski | Consulting Director, joined company in 2019 | $165.75 | 0.50 | $82.88 |
| Sarah Camilla | Case Manager II, joined company in 2020 | $100.25 | 3.70 | $370.93 |
| **Total:** | | | 107.90 | $19,243.80 |
| **Blended Rate:** | | $178.35 | | |

# EXHIBIT B

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY
## FOR THE PERIOD FROM AUGUST 15, 2021 THROUGH AUGUST 24, 2022

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 495 - Balloting/Solicitation Consultation | 98.10 | $17,861.80 |
| 645 - Schedule/Sofa Preparation | 9.80 | $1,382.00 |
| **TOTALS** | **107.90** | **$19,243.80** |

**EXHIBIT C**

**SUMMARY OF EXPENSES**
**FOR THE PERIOD FROM AUGUST 15, 2021 THROUGH AUGUST 24, 2022**

| Expenses Category | Total Expenses |
|---|---|
| None | $0.00 |
| **TOTAL DISBURSEMENTS** | **$0.00** |

**EXHIBIT D**

**TIME DETAIL FOR THE MONTHLY PERIOD
FROM AUGUST 15, 2021 THROUGH AUGUST 24, 2022**

**Matter Number: 495**
**Matter Description: Balloting/Solicitation Consultation**

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Emily Young | 2/1/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW PLAN AND DISCLOSURE STATEMENT (.9); BEGIN DRAFTING SOLICITATION CHART FOR PLAN CLASSING (1.0). | 1.90 | 182.00 | $345.80 |
| Emily Young | 2/4/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | EMAIL TO COUNSEL RE SOLICITATION TIMELINE | 0.30 | 182.00 | $54.60 |
| Stephenie Kjontvedt | 2/9/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | ADD SOLICITATION TIMING TO SCHEDULE AND FORWARD SAME TO K.MAILLOUX AND S.SUSSMAN | 0.20 | 182.00 | $36.40 |
| Emily Young | 2/10/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REQUEST BRE (.3); REVIEW CLAIMS REGISTER (.5); UPDATE SOL. PLAN CLASS RULES (.7); COMMUNICATE WITH INTERNAL TEAM RE PLAN CLASSING (.3). | 1.80 | 182.00 | $327.60 |
| Stephenie Kjontvedt | 2/14/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | ATTEND SOLICITATION KICK-OFF CALL WITH EPIQ TEAM MEMBERS | 0.30 | 182.00 | $54.60 |
| Jane Sullivan | 2/14/2022 | Practice Director | 495 Balloting/Solicitation Consultation | ATTEND SOLICITATION KICKOFF CALL AND FOLLOW UP DISCUSSION WITH S KJONTVEDT (.4) | 0.40 | 201.00 | $80.40 |
| Thomas Vazquez | 2/14/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | CALL TO DISCUSS SOLICITATION | 0.40 | 182.00 | $72.80 |
| John Chau | 2/14/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PARTICIPATE IN INTERNAL CONFERENCE CALL IN PREPARATION FOR GENERATING SOLICITATION PLAN CLASS ASSIGNMENTS; REVIEW SOLICITATION DOCUMENTS AND CLAIMS FOR SOLICITATION PLAN CLASS | 1.40 | 182.00 | $254.80 |
| Emily Young | 2/14/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PRODUCE CLASS 4 FILE FOR UPLOAD TO DATABASE | 0.30 | 182.00 | $54.60 |
| Emily Young | 2/14/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PREPARE SOL MAIL CHART (1.0); PREPARE FOR AND PARTICIPATE IN INTERNAL CALL WITH TEAM RE SOL PREPARATION (.5). | 1.50 | 182.00 | $273.00 |
| Stephenie Kjontvedt | 2/15/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH E.YOUNG REGARDING PRODUCTION TIME NEEDED FOR SOLICITATION | 0.20 | 182.00 | $36.40 |
| Emily Young | 2/15/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATE WITH VENDOR RE SOLICITATION TIMING (.4); REVIEW DRAFT ORDER (.3); EMAIL TO COUNSEL WITH COMMENTS RE SOLICITATION MAILING | 1.30 | 182.00 | $236.60 |
| Emily Young | 2/18/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW UPDATED DRAFT PLAN CLASS REPORTS (.8); UPDATE SOL GRID (.3); ADDITIONAL UPDATE RE PLAN CLASSING (.3). | 1.40 | 182.00 | $254.80 |
| Emily Young | 2/18/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW DRAFT PLAN CLASS REPORTS (1.1); COORDINATE UPDATES TO SAME | 1.50 | 182.00 | $273.00 |
| Emily Young | 2/21/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATE WITH COUNSEL RE SOL MAILING | 0.30 | 182.00 | $54.60 |
| Emily Young | 2/22/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW UPDATED DRAFT PLAN CLASS REPORTS | 1.00 | 182.00 | $182.00 |
| Thomas Vazquez | 2/23/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PREPARE FOR SOLICITATION | 1.50 | 182.00 | $273.00 |
| Thomas Vazquez | 2/24/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PREPARE FOR SOLICITATION | 1.50 | 182.00 | $273.00 |
| Emily Young | 2/25/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | UPDATE DRAFT PRINT GRID (.3); COMMUNICATE WITH COUNSEL RE | 0.50 | 182.00 | $91.00 |
| Emily Young | 3/2/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW DRAFT PLAN AND UPDATE SOL PLAN CLASS GRID RE SAME | 1.00 | 182.00 | $182.00 |
| Emily Young | 3/2/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATE WITH COUNSEL RE SOLICITATION | 0.30 | 182.00 | $54.60 |
| Emily Young | 3/3/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW DOCKET RE HEARING TIMELINE AND COMMUNICATE WITH TEAM RE | 0.30 | 182.00 | $54.60 |
| Emily Young | 3/8/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | UPDATE TO PLAN CLASS PROTOCOL PER DRAFT PLAN (.7); COORDINATE UPDATES RE CLAIM CATEGORIES (.3); REVIEW CLAIMS REGISTER RE WORKERS' COMPENSATION CLAIMS AND DISCUSS WITH INTERNAL TEAM (.5). | 1.50 | 182.00 | $273.00 |
| Emily Young | 3/9/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATE WITH COUNSEL RE PLAN CLASSIFICATIONS (.4); COORDINATE WITH INTERNAL TEAM RE UPDATES TO PLAN CLASSING PER REVISED DRAFT | 1.00 | 182.00 | $182.00 |
| Emily Young | 3/11/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW UPDATED DRAFT PLAN CLASS REPORTS (.7); COORDINATE WITH CASE TEAM RE UPDATES TO CLAIMS REGISTER (.3). | 1.00 | 182.00 | $182.00 |
| Emily Young | 3/15/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW UPDATED PLAN CLASS REPORT (.4); COMMUNICATE WITH COUNSEL RE SAME (.4) | 0.80 | 182.00 | $145.60 |
| Emily Young | 3/22/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW SOLICIATION PREPARATION EMAILS | 0.30 | 182.00 | $54.60 |
| Emily Young | 4/5/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATE WITH TEAM RE CLAIM STATUS (.3); REVIEW DOCKET AND COMMUNICATE WITH COUNSEL RE STATUS OF SOLICITATION (.3). | 0.60 | 182.00 | $109.20 |
| Emily Young | 4/7/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW DOCKET RE HEARING STATUS AND COMMUNICATE WITH VARIOUS TEAMS RE SAME | 0.40 | 182.00 | $72.80 |
| Emily Young | 4/18/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATE WITH COUNSEL RE TIMELINE | 0.30 | 182.00 | $54.60 |
| Emily Young | 4/19/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW UPDATED DRAFT PLAN CLASS REPORTS (1.0); COMMUNICATE WITH COUNSEL RE SAME (.5). | 1.50 | 182.00 | $273.00 |
| Emily Young | 4/20/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COORDINATE CLAIM UPDATES PER COMMENTS FROM COUNSEL | 0.50 | 182.00 | $91.00 |
| Joseph Arena | 4/21/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | EXTRACT UPDATED PLAN CLASS REPORTS | 0.10 | 182.00 | $18.20 |

**Matter Number: 495**
**Matter Description: Balloting/Solicitation Consultation**

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Emily Young | 4/21/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW UPDATED DRAFT PLAN CLASS REPORTS (.5); COORDINATE ADDITIONAL UPDATE TO PLAN CLASSING (.4); UPDATE SOL PLAN CLASS GRID | 1.20 | 182.00 | $218.40 |
| Emily Young | 4/21/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW OMNI AND RELATED ORDER AND COMMUNICATE WITH TEAM RE | 0.50 | 182.00 | $91.00 |
| Emily Young | 4/25/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATE WITH VARIOUS TEAMS RE NEW HEARING DATE AND RELATED TIMELINE UPDATES | 0.50 | 182.00 | $91.00 |
| Emily Young | 5/11/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW COMMITTEE'S MOTION RE SOLICIATION | 0.50 | 182.00 | $91.00 |
| Emily Young | 5/12/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW COURT DOCKET RE CASE STATUS | 0.30 | 182.00 | $54.60 |
| Emily Young | 5/17/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW UPDATED PLAN CLASS REPORTS AND FORWARD SAME TO UCC COUNSEL FOR REVIEW | 0.80 | 182.00 | $145.60 |
| Emily Young | 5/17/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | CALL WITH UCC RE SOLICITATION MAILING (.3); UPDATE AND FORWARD CASE SPECIFIC VOTING INSTRUCTIONS TO UCC (.6); REVIEW AND REVISE DRAFT SOLICITATION DOCUMENTS (2.0); COMMUNICATE WITH UCC RE SOLICITATION MAILING LOGISTICS (.3); COMMUNICATE WITH VENDOR RE SOLICITATION MAILING (.3); COORDINATE WITH INTERNAL TEAM RE PLAN CLASSING (.5); REVIEW UPDATED PLAN CLASS REPORTS AND COORDINATE ADDITIONAL | 4.80 | 182.00 | $873.60 |
| Emily Young | 5/18/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATE WITH CASE TEAM RE SERVICE | 0.30 | 182.00 | $54.60 |
| Emily Young | 5/18/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATE WITH COUNSEL RE PLAN CLASSING AND MAILING (.3); COORDINATE UPDATE TO CLAIM (.2); UPDATE PRINT GRID (.5) | 1.00 | 182.00 | $182.00 |
| Emily Young | 5/18/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | ORDER BUSINESS REPLY ENVELOPES | 0.50 | 182.00 | $91.00 |
| Emily Young | 5/19/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW UPDATED PLAN CLASS REPORTS | 0.50 | 182.00 | $91.00 |
| Emily Young | 5/19/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATE WITH VENDOR AND COUNSEL RE TIMING | 0.30 | 182.00 | $54.60 |
| Stephenie Kjontvedt | 5/20/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | FORMAT AND MERGE BALLOTS FOR SOLICITATION MAILING | 2.70 | 182.00 | $491.40 |
| Emily Young | 5/20/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW FINAL PLAN CLASS REPORTS (.3); REVIEW AND FORMAT SOLICITATION DOCUMENTS FOR MAILING (2.0); UPDATE PRINT GRID (.2). | 2.50 | 182.00 | $455.00 |
| Emily Young | 5/20/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW MAIL FILES (1.0); COORDINATE WITH VENDOR RE MAILING (.5); COORDINATE WEBSITE UPDATES (.5); FORWARD MAIL FILES TO VENDOR (.3); APPROVE PROOFS (.7); COORDINATE RE MASTER SERVICE LIST (.3) | 3.30 | 182.00 | $600.60 |
| Emily Young | 5/23/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW PROOFS RE: SOLICITATION | 0.50 | 182.00 | $91.00 |
| Stephenie Kjontvedt | 5/24/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | RESPOND TO COUNSEL INQUIRIES ON STATUS OF SOLICITATION MAILING AND MODE OF SERVICE | 0.20 | 182.00 | $36.40 |
| Thomas Vazquez | 5/24/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PREPARE ONLINE BALLOTING PORTAL | 3.00 | 182.00 | $546.00 |
| Thomas Vazquez | 5/24/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PREPARE ONLINE BALLOTING PORTAL | 2.00 | 182.00 | $364.00 |
| Joseph Arena | 5/24/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | MONITOR SOLICITATION SERVICE STATUS | 0.30 | 182.00 | $54.60 |
| Emily Young | 5/24/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | TEST ONLINE BALLOT PORTAL (.6); COMMUNICATE WITH INTERNAL TEAMS RE BALLOT PROCESSING AND SCANNING (.4) | 1.00 | 182.00 | $182.00 |
| Emily Young | 5/24/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COORDINATE RE VOTING DATABASE SETUP (.3); COMMUNICATE WITH VENDOR RE MAILING (.2) ; REVIEW PROOFS (.3); COMMUNICATES WITH COUNSEL RE MAILING (.3); COORDINATE RE AFFIDAVIT EXHIBITS (.3); | 1.60 | 182.00 | $291.20 |
| Stephenie Kjontvedt | 5/25/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW DRAFT SOLICITATION AFFIDAVIT OF SERVICE AND EXHIBITS | 0.60 | 182.00 | $109.20 |
| Joseph Arena | 5/25/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | MONITOR SOLICITATION SERVICE STATUS & PROJECT UPDATES | 0.50 | 182.00 | $91.00 |
| Emily Young | 5/25/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | UPDATE VOTING DATABASE RE DEFECTIVE CODES (.5); DRAFT AFFIDAVIT OF SERVICE (1.0); COMMUNICATE RE ONLINE PORTAL (.3) | 1.80 | 182.00 | $327.60 |
| Emily Young | 5/25/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATIONS WITH COUNSEL RE CLAIM REGISTER | 0.30 | 182.00 | $54.60 |
| Thomas Vazquez | 5/26/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PREPARE SOLICITATION BILLING TICKET | 2.30 | 182.00 | $418.60 |
| Emily Young | 5/26/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW AFFIDAVIT EXHIBITS RE: SOLICITATION | 0.80 | 182.00 | $145.60 |
| Emily Young | 5/26/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | FINALIZE AFFIDAVIT RE: SOLICITATION | 0.50 | 182.00 | $91.00 |
| Emily Young | 5/26/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | HAD AFFIDAVIT NOTARIZED RE: SOLICICTATION | 1.50 | 182.00 | $273.00 |
| Emily Young | 5/26/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW BILLING TICKET RE: SOLICITATION | 0.50 | 182.00 | $91.00 |
| Thomas Vazquez | 5/31/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PREPARE SOLICITATION MAIL SERVICE PRINT STATISTICS | 0.50 | 182.00 | $91.00 |
| Emily Young | 5/31/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COORDINATE RE ONLINE BALLOT DOWNLOAD | 0.30 | 182.00 | $54.60 |
| Emily Young | 5/31/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COORDINATE RE SERVICE TRACKER UPDATES | 0.30 | 182.00 | $54.60 |
| Emily Young | 6/1/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COORDINATE RE ONLINE PORTAL | 0.30 | 182.00 | $54.60 |

| | | | | Matter Number: 495 | | | |
| | | | | Matter Description: Balloting/Solicitation Consultation | | | |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Emily Young | 6/2/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | DRAFT VOTING DECLARATION | 1.50 | 182.00 | $273.00 |
| Emily Young | 6/7/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PULL AND FORWARD CLASS 3 BALLOT TO COUNSEL PER THEIR REQUEST | 0.40 | 182.00 | $72.80 |
| Emily Young | 6/7/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | RESEARCH AND RESPOND TO UCC COUNSEL'S INQUIRY AND FORWARD PDF COPIES OF SOLICITATION MATERIALS TO UCC | 0.50 | 182.00 | $91.00 |
| Stephenie Kjontvedt | 6/8/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | CONFER WITH E.YOUNG AND MERGE BALLOTS FOR SUPPLEMENTAL SERVICE | 0.50 | 182.00 | $91.00 |
| Thomas Vazquez | 6/8/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | UPDATE E-BALLOT PORTAL | 2.00 | 182.00 | $364.00 |
| Emily Young | 6/8/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | HANDLE SUPPLEMENTAL BALLOT MAILING (.5); COORDINATE RE BALLOT PORTAL UPDATE (.3) | 0.80 | 182.00 | $145.60 |
| Stephenie Kjontvedt | 6/9/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | RESPOND TO REQUEST FROM S.SLATER FOR BALLOT AND SOLICITATION | 0.30 | 182.00 | $54.60 |
| Emily Young | 6/9/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | RESPOND TO COUNSEL INQUIRY (.2); FORWARD BALLOT TO CREDITOR PER REQUEST (.3). | 0.50 | 182.00 | $91.00 |
| Emily Young | 6/10/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PRODUCE INTERIM TABULATION REPORT AND FORWARD TO COUNSEL. | 0.80 | 182.00 | $145.60 |
| Emily Young | 6/11/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PULL AND FORWARD BALLOTS PER COUNSEL REQUEST | 0.50 | 182.00 | $91.00 |
| Emily Young | 6/13/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | RESEARCH AND RESPOND TO COUNSEL INQUIRIES | 1.00 | 182.00 | $182.00 |
| Emily Young | 6/13/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | HANDLE CREDITOR INQUIRIES | 0.80 | 182.00 | $145.60 |
| Emily Young | 6/13/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COORDINATE INTERNALLY RE ONLINE BALLOTS | 0.30 | 182.00 | $54.60 |
| Emily Young | 6/14/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | HANDLE INQUIRIES (.3); COMMUNICATE RE ONLINE BALLOTS (.2) | 0.50 | 182.00 | $91.00 |
| Stephenie Kjontvedt | 6/16/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW AND COMMENT ON DRAFT VOTING DECLARATION | 0.50 | 182.00 | $91.00 |
| Emily Young | 6/16/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | UPDATE AND FORWARD VOTING DECLARATION TO COUNSEL FOR REVIEW | 0.50 | 182.00 | $91.00 |
| Emily Young | 6/17/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PRODUCE INTERIM TABULATION REPORT AND FORWARD TO COUNSEL | 0.80 | 182.00 | $145.60 |
| Emily Young | 6/20/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | RESEARCH AND RESPOND TO COUNSEL INQUIRY (.6); REVIEW BALLOTS (.4) | 1.00 | 182.00 | $182.00 |
| Emily Young | 6/21/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PRODUCE TABULATION REPORT FOR COUNSEL (.8); HANDLE CREDITOR | 1.30 | 182.00 | $236.60 |
| Emily Young | 6/22/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PREPARE INTERIM TABULATION REPORT FOR COUNSEL (.9); UPDATE BALLOT PROCESSING (.4) | 1.30 | 182.00 | $236.60 |
| Emily Young | 6/23/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PRODUCE INTERIM TABULATION REPORT AND FORWARD TO COUNSEL | 0.80 | 182.00 | $145.60 |
| Emily Young | 6/23/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW BALLOT AUDIT | 0.50 | 182.00 | $91.00 |
| Stephenie Kjontvedt | 6/24/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW BALLOTS AND EXCHANGE COMMUNICATIONS WITH E.YOUNG ON | 0.20 | 182.00 | $36.40 |
| Emily Young | 6/24/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COORDINATE RE VOTING DEADLINE (.8); PROCESS FORM AND COMMUNICATE WITH COUNSEL RE SAME (..6); PRODUCE VOTING REPORT FOR COUNSEL (1.0) | 2.40 | 182.00 | $436.80 |
| Emily Young | 6/24/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PRODUCE INTERIM TABULATION REPORT AND COMMUNICATE RE SAME WITH COUNSEL (.8); COMMUNICATE INTERNALLY WITH VARIOUS TEAMS RE VOTING DEADLINE (.5); CONDUCT BALLOT AUDIT (.3) | 1.60 | 182.00 | $291.20 |
| Stephenie Kjontvedt | 6/27/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH E.YOUNG REGARDING TABULATION AND CLASS 2 VOTE ON CLASS 4 BALLOT (.6); REVIEW VOTING DECLARATION AND EXHIBITS TO SAME (.3) | 0.90 | 182.00 | $163.80 |
| Emily Young | 6/27/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | UPDATE BALLOT PROCESSING PER COUNSEL (.4); PRODUCE UPDATE REPORTS AND COORDINATE RE AUDIT (.9); UPDATE VOTING DECLARATION PER COMMENTS FROM COUNSEL (.7); PREPARE EXHIBITS TO VOTING DECLARATION (1.2); FORWARD VOTE DECLARATION WITH EXHIBITS TO | 3.50 | 182.00 | $637.00 |
| Emily Young | 6/27/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATE WITH COUNSEL RE BALLOT | 0.30 | 182.00 | $54.60 |
| Joseph Arena | 6/28/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | MONITOR COORESPONDENCE RELATED TO VOTE CERTIFICATION | 0.30 | 182.00 | $54.60 |
| Emily Young | 6/28/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | RESPOND TO BALLOT INQUIRY | 0.30 | 182.00 | $54.60 |
| Emily Young | 6/28/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | UPDATE DECLARATION PER COMMENTS FROM COUNSEL (.6); FINALE DECLARATION AND FORWARD SAME TO COUNSEL FOR FILING (.6);COMMUNICATE WITH COUNSEL RE HEARING (.3); REVIEW COURT WEBSITE RE TELEPHONIC APPEARANCE AND REGISTER FOR HEARING(.5) | 2.00 | 182.00 | $364.00 |
| Joseph Arena | 6/29/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW CORRESPONDENCE RELATED TO VOTING DECLARATION | 0.20 | 182.00 | $36.40 |
| Emily Young | 6/29/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATE RE HEARING DATE | 0.30 | 182.00 | $54.60 |
| Emily Young | 6/30/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATE WITH INTERNAL TEAM AND UCC RE SERVICE OF | 0.40 | 182.00 | $72.80 |
| Emily Young | 7/1/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW PLEADINGS RE UPDATED TIMELINE | 0.30 | 182.00 | $54.60 |
| Emily Young | 8/2/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REGISTER FOR CONFIRMATION HEARING | 0.30 | 182.00 | $54.60 |
| Emily Young | 8/9/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATE WITH COUNSEL RE HEARING | 0.30 | 182.00 | $54.60 |

| | | | Matter Number: 495 | | | | |
|---|---|---|---|---|---|---|---|
| | | | Matter Description: Balloting/Solicitation Consultation | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY RATE | COMPENSATION |
| Emily Young | 8/11/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PREPARE FOR AND ATTEND COMBINED HEARING | 1.50 | 182.00 | $273.00 |
| Emily Young | 8/18/2022 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | COMMUNICATIONS WITH CASE TEAM RE CLAIMS REPORT | 0.40 | 182.00 | $72.80 |

**Total:** 98.10    $17,861.80

**Matter Number: 645**
**Matter Description: Schedule/Sofa Preparation**

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Brian Hunt | 9/7/2021 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVISE SCHEDULE A/B, PREPARE, REVIEW AND FORWARD SCHEDULE DRAFT TO J MEYERS | 0.80 | 165.75 | $132.60 |
| Sarah Camilla | 9/8/2021 | Case Manager II | 645 Schedule/Sofa Preparation | REVIEW AND PREPARATION OF SOFA AND SOAL | 0.80 | 100.25 | $80.20 |
| Brian Hunt | 9/10/2021 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVISE, REVIEW AND FORWARD SOFA AND SOAL DRAFTS TO J MEYERS | 0.90 | 165.75 | $149.18 |
| Brian Hunt | 9/10/2021 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | REVISE, REVIEW AND FORWARD SOFA AND SOAL DRAFTS TO J MEYERS | 1.30 | 165.75 | $215.48 |
| Nicholas Kosinski | 9/10/2021 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | UPDATE SCHEDULES AND SOFA FORMS AND SEND TO JORDAN/FA. COORDINATE WITH BROADWAY/HUNT ON SAME | 0.50 | 165.75 | $82.88 |
| Sarah Camilla | 9/10/2021 | Case Manager II | 645 Schedule/Sofa Preparation | REVIEW AND PREPARATION OF SOFA AND SOAL | 2.90 | 100.25 | $290.73 |
| Brian Hunt | 9/27/2021 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE AMENDED SOFA AND SOAL | 0.50 | 165.75 | $82.88 |
| Brian Hunt | 9/27/2021 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE AMENDED SOFA AND SOAL | 0.50 | 165.75 | $82.88 |
| Brian Hunt | 9/27/2021 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE AMENDED SOFA AND SOAL | 1.30 | 165.75 | $215.48 |
| Brian Hunt | 9/28/2021 | Director/V.P. Consulting | 645 Schedule/Sofa Preparation | PREPARE, REVIEW AND FORWARD AMENDED SOFA AND SOAL TO J MEYERS | 0.30 | 165.75 | $49.73 |
| | | | | **Total:** | **9.80** | | **$1,382.00** |