**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401-7212
Michael J. Viscount, Esq.
Martha B. Chovanes, Esq.
Joseph J. DiPasquale, Esq.
mviscount@foxrothschild.com
mchovanes@foxrothschild.com
jdipasquale@foxrothschild.com
Telephone:  (609) 348-4515
Facsimile:   (609) 348-6834

*Counsel to the Official Committee of Unsecured Creditors*

In Re:

ALUMINUM SHAPES, L.L.C.,

              Debtor.

Chapter 11

Case No. 21-16520-JNP

Hon. Jerrold N. Poslusny, Jr.

**Hearing Date:  January 9, 2024
Hearing Time**: 11:00 a.m. (EST)

**Objection Deadline:  January 2, 2024**

## CERTIFICATION OF ROBERT N. MICHAELSON IN SUPPORT OF THE FIRST OMNIBUS OBJECTION OF THE LIQUIDATING TRUST FOR ENTRY OF AN ORDER EXPUNGING CERTAIN CLAIMS

I, Robert Michaelson, of full age, certify under penalty of perjury as follows:

1. I am a partner with the Advisory Trust Group LLC, the Liquidation Trustee for Aluminum Shapes L.L.C., (the "Liquidating Trust").  I am duly authorized to execute and submit this declaration (the "Declaration") on behalf of the Liquidating Trust in the above-captioned chapter 11 case.

151629592

2. I make this Certification in support of the *Liquidating Trust's First Omnibus Objection for Entry of an Order Expunging Certain Claims* (the "Objection")[1]. I am over the age of 18, competent to testify, and authorized to submit this Certification in my capacity as the representative of the Liquidating Trust.

3. Except as set forth herein, all statements made herein are made based on my (a) personal knowledge and experience, (b) review of relevant documents, including the filed proofs of claim, and/or (c), understanding based on information obtained from the Liquidating Trust's counsel and/or financial advisors.

4. I have read and reviewed the Objection, including the information set forth on the Exhibits to the Proposed Order submitted with the Objection, and I am familiar with the information contained in those documents.

5. To the best of my knowledge, information and belief, insofar as I am aware, the Claims listed on Schedules A through H to the Proposed Order should be disallowed and expunged as set forth therein.

I hereby certify that the foregoing statements made by me are true and correct. I am aware that if any such statements are willfully false, I am subject to punishment.

Dated: December 5, 2023

*/s/ Robert N. Michaelson*
Robert N. Michaelson

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

2

151629592