| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| **FOX ROTHSCHILD LLP**<br>1301 Atlantic Avenue<br>Midtown Building, Suite 400<br>Atlantic City, NJ 08401-7212<br>Michael J. Viscount, Esq.<br>Martha B. Chovanes, Esq.<br>Joseph J. DiPasquale, Esq.<br>mviscount@foxrothschild.com<br>mchovanes@foxrothschild.com<br>jdipasquale@foxrothschild.com<br>Telephone: (609) 348-4515<br>Facsimile: (609) 348-6834<br><br>*Counsel to the Aluminum Shapes Liquidating Trust* |
| In Re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>      Debtor. |

Chapter 11

Case No. 21-16520-JNP

Hon. Jerrold N. Poslusny, Jr.

**ORDER SUSTAINING THE LIQUIDATING TRUST'S FIRST OMNIBUS CLAIMS
OBJECTION FOR ENTRY OF AN ORDER
EXPUNGING, MODIFYING AND/OR RECLASSIFYING CERTAIN CLAIMS**

  The relief set forth on the following pages, numbered two (2) through three (4) is hereby **ORDERED.**

148918146

Page 2
DEBTOR:     Aluminum Shapes, L.L.C.
CASE NO:    21-16520-JNP
CAPTION:    Order Sustaining The Liquidating Trust's First Omnibus Objection For Entry Of An Order Expunging, Modifying And/Or Reclassifying Certain Claims

**THIS MATTER** having been opened before the Court upon the fourth omnibus objection (the "<u>Objection</u>")[1] of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") in the above-captioned chapter 11 case, seeking entry of an order pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-2, expunging, modifying and/or reclassifying the claims listed on **Schedules A through H** hereto for the reasons set forth in the Objection; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Objection is in the best interest of the Debtor's estate and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is SUSTAINED as set forth herein.

2. Each of the Claims listed on **Schedules A through H** attached to this Order are hereby expunged, modified and/or reclassified to unsecured claims as set forth therein.

3. The Liquidating Trustee is authorized to take any action necessary or appropriate to give effect to this Order and the relief granted herein.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Objection.

2

148918146

Page 3
DEBTOR: Aluminum Shapes, L.L.C.
CASE NO: 21-16520-JNP
CAPTION: Order Sustaining The Liquidating Trust's First Omnibus Objection For Entry Of An Order Expunging, Modifying And/Or Reclassifying Certain Claims

4. The rights of parties, including the Liquidating Trustee, are reserved with respect to the pursuit of claims or causes of action to recover money paid, if any, by the Debtor to the Claimants listed on **Schedules A through H** attached to this Order.

5. The Debtor's claims and noticing agent is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

6. Nothing in the Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Debtor, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Objection, and/or (c) constitute a waiver of the Committee or the Debtor's rights to dispute any claim on any other grounds.

7. The objection to each claim addressed in the Objection and as set forth in **Schedules A though H** attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim that is the subject of the Objection and this Order. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Objection and this Order.

8. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Objection or otherwise waived.

148918146

Page 4
DEBTOR:     Aluminum Shapes, L.L.C.
CASE NO:    21-16520-JNP
CAPTION:    Order Sustaining The Liquidating Trust's First Omnibus Objection For Entry Of An Order Expunging, Modifying And/Or Reclassifying Certain Claims

9. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

148918146

EXHIBIT A

| Amended Claims | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Claims to be Disallowed (Amended) | | | | | Remaining Claims | | | | |
| Claimant | Claim Number | Debtor | Date Filed | Amount | Claimant | Claim Number | Debtor | Date Filed | Amount |
| Dept. of Treasury (IRS) | 36 | Aluminum Shapes L.L.C | 9/21/2021 | $23,284.86 | Dept. of Treasury (IRS) | 83 | Aluminum Shapes L.L.C | 3/11/2022 | $12,147.16 |
| Dilworth Paxon LLP | 43 | Aluminum Shapes L.L.C | 9/28/2021 | $201,999.19 | Dilworth Paxon LLP | 81 | Aluminum Shapes L.L.C | 1/26/2022 | $146,725.25 |
| State of NJ, Div. of Taxation | 79 | Aluminum Shapes L.L.C | 10/28/2021 | $2,270.67 | State of NJ, Div. of Taxation | 10052 | Aluminum Shapes L.L.C | 5/2/2022 | $67.49 |
| State of NJ, Div. of Taxation | 78 | Aluminum Shapes L.L.C | 11/9/2021 | $775.00 | State of NJ, Div. of Taxation | 10037 | Aluminum Shapes L.L.C | 12/14/2021 | $2,525.03 |
| State of NJ, Div. of Taxation | 10037 | Aluminum Shapes L.L.C | 12/14/2021 | $2,525.03 | State of NJ, Div. of Taxation | 10042 | Aluminum Shapes L.L.C | 2/24/2022 | $4,275.03 |
| State of NJ, Div. of Taxation | 10042 | Aluminum Shapes L.L.C | 2/24/2022 | $5,550.06 | State of NJ, Div. of Taxation | 10051 | Aluminum Shapes L.L.C | 5/2/2022 | $213.90 |

EXHIBIT B

| Duplicate Claims |||||| Remaining Claims |||||
|---|---|---|---|---|---|---|---|---|---|---|
| Claimant | Claim Number | Debtor | Date Filed | Amount | | Claimant | Claim Number | Debtor | Date Filed | Amount | Reason for Disallowance |
| Euler Hermes N.A. Agent for Jos. Freedman Co. Inc. | 4 | Aluminum Shapes L.L.C. | 8/19/2021 | $40,517.70 | | Euler Hermes N.A. Agent for Jos. Freedman Co. Inc. | 5 | Aluminum Shapes L.L.C. | 8/19/2021 | $115,618.56 | Invoices in Claim Number 4 are included in Claim Number 5 and are therefore, duplicative. |
| Edward Kurth & Sons Inc. | 79 | Aluminum Shapes L.L.C. | 11/9/2021 | $8,891.99 | | Edward Kurth & Sons Inc. | 77 | Aluminum Shapes L.L.C. | 11/9/2021 | $8,891.99 | Claim Number 79 is duplicative of Claim Number 77. |

EXHIBIT C

| Unliquidated Claims | | | | | |
|---|---|---|---|---|---|
| Claimant | Claim Number | Debtor | Date Filed | Claimed Amount | Basis for Expunging Claim |
| Aluminum Shapes 401K Plan | 10039 | Aluminum Shapes L.L.C. | 2/10/2022 | Undetermined | This claim is undetermined and not liquidated. Accordingly, the claim should be disallowed and expunged. |
| Dept. of Treasury (IRS) | 83 | Aluminum Shapes L.L.C. | 3/11/2022 | $12,147.16 | This claim is an estimated claim and Debtor believes that all amounts due have been paid. Accordingly, the claim should be expunged. |
| U.S. Department of Labor - Employee Benefit Plan | 10040 | Aluminum Shapes L.L.C. | 2/10/2022 | Undetermined | This claim is undetermined and not liquidated. Accordingly, the claim should be disallowed and expunged. |

EXHIBIT D

| No Support Claims ||||||
|---|---|---|---|---|---|
| Claimant | Claim Number | Debtor | Date Filed | Claimed Amount | Reason for Disallowance/Expungement |
| Aluminum Shapes 401K Plan | 10039 | Aluminum Shapes L.L.C. | 2/10/2022 | Undetermined | Claimant provided insufficient support for its claim. |
| Andre Knox | 10053 | Aluminum Shapes L.L.C. | 5/4/2022 | Unliquidated | Claimant provided insufficient support for its claim. |
| Bathauer, Doug | 10028 | Aluminum Shapes L.L.C. | 10/25/2021 | $ 1,480.38 | Claimant provided insufficient support for its claim. |
| Bathauer, Doug | 10029 | Aluminum Shapes L.L.C. | 10/25/2021 | $ 4,807.69 | Claimant provided insufficient support for its claim. |
| Echevarria, Orlando | 30048 | Aluminum Shapes L.L.C. | 4/12/2022 | $ 513.84 | Claimant provided insufficient support for its claim. |
| Rosenthal, Solomon | 10031 | Aluminum Shapes L.L.C. | 10/25/2021 | $ 74,861.00 | Claimant provided insufficient support for its claim. |
| Rosenthal, Solomon | 10032 | Aluminum Shapes L.L.C. | 10/25/2021 | $ 26,469.60 | Claimant provided insufficient support for its claim. |
| Santiago, Henry | 30064 | Aluminum Shapes L.L.C. | 4/12/2022 | $ 1,840.00 | Claimant provided insufficient support for its claim. |
| Santiago, Henry | 30081 | Aluminum Shapes L.L.C. | 4/12/2022 | Undetermined | Claimant provided insufficient support for its claim. |
| U.S. Department of Labor - Employee Benefit Plan | 10040 | Aluminum Shapes L.L.C. | 2/10/2022 | Undetermined | Claimant provided insufficient support for its claim. |

EXHIBIT E

| No Liability Claims | | | | | |
|---|---|---|---|---|---|
| Claimant | Claim Number | Debtor | Date Filed | Claimed Amount | Basis for Expunging Claim |
| Customers Bank | 10055 | Aluminum Shapes L.L.C. | 6/22/2022 | $ 1,930,096.20 | The Debtor has no liability for this claim because it used the PPP loan proceeds as required and has submitted all documents to support its forgiveness. |
| Reich Bros LLC | 30086 | Aluminum Shapes L.L.C. | 4/15/2022 | $ 15,000.00 | The Debtor has no liability for this claim because claimant did not procure a lender as contemplated by the agreement between the parties, and accordingly, the Debtor has no liability. |
| Stout Capital, LLC | 10005 | Aluminum Shapes L.L.C. | 10/12/2021 | $ 250,000.00 | The Debtor has no liability for this claim because claimant did not procure a lender as contemplated by the agreement between the parties, and accordingly, the Debtor has no liability to the Claimant. Further, Claimant provided insufficient support for its claim that it provided a financing committement to the Debtor. |
| Wells Fargo Bank, N.A. | 17 | Aluminum Shapes L.L.C. | 9/3/2021 | $ 5,014,318.45 | The Debtor has no liability for this claim because it used the PPP loan proceeds as required and has submitted all documents to support its forgiveness. |

EXHIBIT F

| Late Filed Claims | | | | | |
|---|---|---|---|---|---|
| Claimant | Claim Number | Debtor | Date Filed | Claim Amount | Reason for Disallowance |
| Andre Knox | 10053 | Aluminum Shapes L.L.C. | 5/4/2022 | Unliquidated | Claim filed after applicable bar date. |
| Edward Kurth & Sons Inc. | 77 | Aluminum Shapes L.L.C. | 11/9/2021 | $ 8,891.99 | Claim filed after applicable bar date. |
| Edward Kurth & Sons Inc. | 79 | Aluminum Shapes L.L.C. | 11/9/2021 | $ 8,891.99 | Claim filed after applicable bar date. |
| Pitney Bowes Global Financial Services | 80 | Aluminum Shapes L.L.C. | 12/14/2021 | $ 8,070.49 | Claim filed after applicable bar date. |

EXHIBIT G

| Reclassification/Modification Claims | | | | | | | |
|---|---|---|---|---|---|---|---|
| Claimant | Claim Number | Debtor | Date Filed | Priority Status | Asserted Amount | Modified Amount | Reason for Reclassification |
| Attar Metals Inc. | 15 | Aluminum Shapes L.L.C. | 9/2/2021 | 503(b)(9) Administrative Priority Secured Unsecured Subtotal | $ - $ - $ 131,169.50 $ - $ 131,169.50 | $ - $ - $ - $ 131,169.50 $ 131,169.50 | There is no basis for the status of secured creditor as there are no assets to secure the claim. Accordingly, the Liquidating Trustee intends to reclassify this claim as a general unsecured claim. |
| Eastern Lift Truck Co Inc | 45 | Aluminum Shapes L.L.C. | 10/5/2021 | 503(b)(9) Administrative Priority Secured Unsecured Subtotal | $ - $ - $ - $ - $ 75,239.13 $ 75,239.13 | $ - $ - $ - $ - $ 72,832.61 $ 72,832.61 | Claimant did not include sufficient documentation to show entitlement to post-judgment interest. Accordingly, the claim is modified to reflect the judgment amount set forth in the judgment attached to the proof of claim. |
| Rolled Steel Products Corp | 45 | Aluminum Shapes L.L.C. | 10/5/2021 | 503(b)(9) Administrative Priority Secured Unsecured Subtotal | $ - $ - $ 361.58 $ - $ - $ 361.58 | $ - $ - $ - $ - $ 361.58 $ 361.58 | Pursuant to section 507(a)(4) of the Bankruptcy Code, claimant is not entitled to priority treatment, and accordingly, the claim is being reclassified to a general unsecured claim. |
| Yard Truck Specialists | 59 | Aluminum Shapes L.L.C. | 10/8/2021 | 503(b)(9) Administrative Priority Secured Unsecured Subtotal | $ - $ - $ - $ 17,326.55 $ - $ 17,326.55 | $ - $ - $ - $ - $ 17,326.55 $ 17,326.55 | There is no basis for the status of secured status as there are no assets to secure the claim. Accordingly, the Liquidating Trustee is reclassifying this claim as a general unsecured claim. |

EXHIBIT H

| Satisfied Claims | | | | | |
|---|---|---|---|---|---|
| Claimant | Claim Number | Debtor | Date Filed | Claimed Amount | Basis for Expunging Claim |
| Customers Bank | 10055 | Aluminum Shapes L.L.C. | 6/22/2022 | $ 1,930,096.20 | This claim has been satisfied. The Debtor has provided all support to the SBA to have the PPP loans forgiven |
| Wells Fargo Bank, N.A. | 17 | Aluminum Shapes L.L.C. | 9/3/2021 | $ 5,014,318.45 | This claim has been satisfied. The Debtor has provided all support to the SBA to have the PPP loans forgiven |