**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401-7212
Michael J. Viscount, Esq.
Martha B. Chovanes, Esq.
Joseph J. DiPasquale, Esq.
mviscount@foxrothschild.com
mchovanes@foxrothschild.com
jdipasquale@foxrothschild.com
Telephone: (609) 348-4515
Facsimile: (609) 348-6834

*Counsel to the Liquidating Trust*

In Re:

ALUMINUM SHAPES, L.L.C.,

　　　　　　　　　　Debtor.

Chapter 11

Case No. 21-16520-JNP

Hon. Jerrold N. Poslusny, Jr.

## NOTICE OF WITHDRAWAL OF DOCUMENT NUMBER 750

　　　The Liquidating Trust of Aluminum Shapes L.L.C. by and through its attorneys, Fox Rothschild LLP, hereby withdraws the First Omnibus Objection for Entry of an Order Expunging Certain Claims [Doc No. 750] filed on December 5, 2023.

　　　　　　　　　　　　　　　　　　**FOX ROTHSCHILD LLP**
　　　　　　　　　　　　　　　　　　*Counsel for the Liquidating Trust of Aluminum Shapes L.L.C.*

　　　　　　　　　　　　　　　　　　By: */s/ Martha B. Chovanes*
　　　　　　　　　　　　　　　　　　　　Michael J. Viscount, Esq.
　　　　　　　　　　　　　　　　　　　　Martha B. Chovanes, Esq.
　　　　　　　　　　　　　　　　　　　　Joseph J. DiPasquale, Esq.

Dated: December 5, 2023

152601349.1