UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEW JERSEY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE:                              \*       Case No. 1:21-bk-16520-JNP
                                    \*
Aluminum Shapes, L.L.C.             \*       Chapter 11
                                    \*
        Debtor.                     \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FILED**
JEANNE A. NAUGHTON, CLERK
DEC 29 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

## U.S. DEPARTMENT OF LABOR
## EMPLOYEE BENEFITS SECURITY ADMINISTRATION'S
## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

**YOU ARE HEREBY NOTIFIED** that the U. S. Department of Labor, Employee Benefits Security Administration's Unliquidated Proof of Claim #10039 is hereby **WITHDRAWN**.

Dated: December 18, 2023

Respectfully submitted.

CRISTINA OBRIEN
Digitally signed by CRISTINA OBRIEN
Date: 2023.12.18 09:49:34 -05'00'

Cristina O'Brien,
Regional Director-U. S. Department of Labor
Employee Benefits Security Administration
Philadelphia Regional Office

Department of L
loyee Benefits Se
Main Market Street, 21st Floor
stop EBSA/21
adelphia, PA 19103-2968

ICIAL BUSINESS
ATY FOR PRIVATE USE, $300

J6531

U.S. Bankruptcy Court
District of New Jersey
c/o Bankruptcy Clerk
402 East State Street
Trenton, N.J. 08650-1453




NEOPOST
12/19/2023
FIRST-CLASS M
$000.63
ZIP 19103
041M11468 15

**U.S. Department of Labor**   Employee Benefits Security Administration
Philadelphia Regional Office
1835 Market Street, 21st Floor
Mailstop EBSA/21
Philadelphia, PA 19103-2968
Telephone: (215) 861-5300
FAX: (215) 861-5347



December 19, 2023

U.S. Bankruptcy Court
District of New Jersey
C/O Bankruptcy Clerk
420 East State Street
Trenton, New Jersey 08650-4853

Re:   Aluminum Shapes, L.L.C.
      U.S. Bankruptcy Court No. 1:21-bk-16520-JNP

Dear Mr. Miller:

Enclosed are an original and three copies of the withdrawal of the Proof of Claim # 10039 which is being filed by the United States Department of Labor. Please file the original and return a file-stamped copy in the enclosed postage-paid mailer.

Thank you for your assistance in this matter.

Sincerely,

Norman Jackson
Deputy Regional Director

Enclosures:   Withdrawal of Proof of Claim
              Postage Paid Envelope