| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>1301 Atlantic Avenue<br>Midtown Building, Suite 400<br>Atlantic City, NJ 08401-7212<br>Michael J. Viscount, Esq.<br>Martha B. Chovanes, Esq.<br>Joseph J. DiPasquale, Esq.<br>mviscount@foxrothschild.com<br>mchovanes@foxrothschild.com<br>jdipasquale@foxrothschild.com<br>Telephone:  (609) 348-4515<br>Facsimile:   (609) 348-6834<br><br>*Counsel to the Aluminum Shapes Liquidating Trust* |
| In Re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>                      Debtor. |

Chapter 11

Case No. 21-16520-JNP

Hon. Jerrold N. Poslusny, Jr.

## CERTIFICATION OF MARTHA B. CHOVANES IN SUPPORT OF THE LIQUIDATING TRUST'S FIRST OMNIBUS OBJECTION FOR ENTRY OF AN ORDER EXPUNGING CERTAIN CLAIMS

I, Martha B. Chovanes, of full age, certify under penalty of perjury as follows:

1. I am a partner with the law firm of Fox Rothschild LLP ("Fox Rothschild"), a legal services firm with numerous offices throughout the country. I am duly authorized to execute and submit this certification (the "Certification") on behalf of the Liquidating Trust.

2. I make this Certification in support of the *Liquidating Trust's First Omnibus Objection for Entry of an Order Expunging Certain Claims* (the "Objection") [D.I. 751][1]. I am

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

over the age of 18, competent to testify, and authorized to submit this Certification in my capacity as counsel to the Liquidating Trust.

3. On December 5, 2023, the Liquidating Trust filed the Objection. Responses to the Objection were due to be filed on or before January 2, 2024.

4. On December 12, 2023, the claims and noticing agent in this chapter 11 case, Epiq Corporate Restructuring, LLC, filed a *Certificate of Service* (the "Certificate of Service") [D.I. 753] evidencing the service efforts made in connection with the Objection.

5. Certain individuals' addresses were redacted on the Certificate of Service in order to protect the individuals' home addresses and privacy. *See generally* Certificate of Service.[1] I have reviewed the unredacted Certificate of Service and the proofs of claim for the Redacted Claimants and certify that the address on each of the proofs of claim was the address served in the manner set forth on the Certificate of Service.

I hereby certify that the foregoing statements made by me are true and correct. I am aware that if any such statements are willfully false, I am subject to punishment.

Dated: January 5, 2024

*/s/ Martha B. Chovanes*
Martha B. Chovanes

---

[1] "Address on File" listed for the following individuals in lieu of their addresses: (i) Bathauer, Doug [Claim Nos. 10028, 10029]; (ii) Echevarria, Orlando [claim No. 30048]; (iii) Knox, Andre [Claim No. 10053]; (iv) Rosenthal, Solomon [Claim Nos. 10031; 10032]; (v) Santiago, Henry [Claim Nos. 30064, 30081] (together, the "Redacted Claimants").

2