**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FOX ROTHSCHILD LLP**

1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401-7212
Michael J. Viscount, Esq.
Martha B. Chovanes, Esq.
Joseph J. DiPasquale, Esq.
mviscount@foxrothschild.com
mchovanes@foxrothschild.com
jdipasquale@foxrothschild.com
Telephone:  (609) 348-4515
Facsimile:  (609) 348-6834

*Counsel to the Aluminum Shapes Liquidating Trust*

In Re:

ALUMINUM SHAPES, L.L.C.,

                    Debtor.

Order Filed on January 10, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 21-16520-JNP

Hon. Jerrold N. Poslusny, Jr.

## ORDER SUSTAINING THE LIQUIDATING TRUST'S FIRST OMNIBUS CLAIMS OBJECTION FOR ENTRY OF AN ORDER EXPUNGING, MODIFYING AND/OR RECLASSIFYING CERTAIN CLAIMS

The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: January 10, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

148918146.4

Page 2

DEBTOR:       Aluminum Shapes, L.L.C.
CASE NO:      21-16520-JNP
CAPTION:      Order Sustaining The Liquidating Trust's First Omnibus Objection For Entry Of An Order
              Expunging, Modifying And/Or Reclassifying Certain Claims

**THIS MATTER** having been opened before the Court upon the fourth omnibus objection

(the "Objection")[1] of the Liquidating Trust of Aluminum Shapes L.L.C. (the "Liquidating Trust")

in the above-captioned chapter 11 case, seeking entry of an order pursuant to sections 105(a) and

502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-2, expunging,

modifying and/or reclassifying the claims listed on **Schedules A through H** hereto for the reasons

set forth in the Objection; and the Court having jurisdiction to consider this matter pursuant to 28

U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408

and 1409; and consideration of the Objection being a core proceeding pursuant to 28 U.S.C. §

157(b); and it appearing that proper and adequate notice of the Objection has been given and that

no other or further notice is necessary; and upon the record herein; and the Court having

determined that the relief sought by the Objection is in the best interest of the Debtor's estate and

creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is SUSTAINED as set forth herein.

2.      Each of the Claims listed on **Schedules A through H** attached to this Order are

hereby expunged, modified and/or reclassified to unsecured claims as set forth therein, provided

that the Remaining Claims set forth on Schedules A and B shall survive and shall not be expunged.

3.      The Liquidating Trustee is authorized to take any action necessary or appropriate

to give effect to this Order and the relief granted herein.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Objection.

2

148918146.4

Page 3
DEBTOR:       Aluminum Shapes, L.L.C.
CASE NO:      21-16520-JNP
CAPTION:      Order Sustaining The Liquidating Trust's First Omnibus Objection For Entry Of An Order
              Expunging, Modifying And/Or Reclassifying Certain Claims

4.      The Liquidating Trustee withdraws its objection to claim number 30048, claim number 30064, and claim number 45.  It also withdraws its objection to claim number 10039 which was withdrawn by the Department of Labor, and claim number 83, which will be amended by the IRS/Department of Treasury.

5.      The hearing on the Liquidating Trust's claim number 10055 (Customer's Bank) and claim number 17 (Wells Fargo Bank) shall be adjourned to February 6, 2024.

6.      The rights of parties, including the Liquidating Trustee, are reserved with respect to the pursuit of claims or causes of action to recover money paid, if any, by the Debtor to the Claimants listed on **Schedules A through H** attached to this Order.

7.      The Debtor's claims and noticing agent is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

8.      Nothing in the Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Debtor, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Objection, and/or (c) constitute a waiver of the Liquidating Trust's or the Debtor's rights to dispute any claim on any other grounds.

9.      The objection to each claim addressed in the Objection and as set forth in **Schedules A though H** attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim that is the subject of the Objection and this Order. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that

3

148918146.4

Page 4

| | |
|---|---|
| DEBTOR: | Aluminum Shapes, L.L.C. |
| CASE NO: | 21-16520-JNP |
| CAPTION: | Order Sustaining The Liquidating Trust's First Omnibus Objection For Entry Of An Order Expunging, Modifying And/Or Reclassifying Certain Claims |

involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Objection and this Order.

10. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Objection or otherwise waived.

11. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

148918146.4

# SCHEDULE A
# (Amended Claims)

**Amended Claims**

**Claims to be Disallowed (Amended)**

| Claim Number | Debtor | Claimant | Date Filed | Amount |
|---|---|---|---|---|
| 36 | Aluminum Shapes L.L.C. | Dept. of Treasury (IRS) | 9/21/2021 | $ 23,284.86 |
| 43 | Aluminum Shapes L.L.C. | Dilworth Paxon LLP | 9/28/2021 | $ 201,999.19 |
| 70 | Aluminum Shapes L.L.C. | State of NJ, Div. of Taxation | 10/28/2021 | $2,270.67 |
| 78 | Aluminum Shapes L.L.C. | State of NJ, Div. of Taxation | 11/9/2021 | $775.00 |
| 10037 | Aluminum Shapes L.L.C. | State of NJ, Div. of Taxation | 12/14/2021 | $2,525.03 |
| 10042 | Aluminum Shapes L.L.C. | State of NJ, Div. of Taxation | 2/24/2022 | $8,550.06 |

**Remaining Claims**

| Claim Number | Debtor | Claimant | Date Filed | Amount |
|---|---|---|---|---|
| 83 | Aluminum Shapes L.L.C. | Dept. of Treasury (IRS) | 3/11/2022 | $12,147.16 |
| 81 | Aluminum Shapes L.L.C. | Dilworth Paxon LLP | 1/26/2022 | $146,725.25 |
| 10052 | Aluminum Shapes L.L.C. | State of NJ, Div. of Taxation | 5/2/2022 | $67.49 |
| 10037 | Aluminum Shapes L.L.C. | State of NJ, Div. of Taxation | 12/14/2021 | $2,525.03 |
| 10042 | Aluminum Shapes L.L.C. | State of NJ, Div. of Taxation | 2/24/2022 | $4,275.03 |
| 10051 | Aluminum Shapes L.L.C. | State of NJ, Div. of Taxation | 5/2/2022 | $213.90 |

# SCHEDULE B
# (Duplicate Claims)

| Duplicate Claims | | | | | Remaining Claims | | | | | |
| Claimant | Claim Number | Debtor | Date Filed | Amount | Claimant | Claim Number | Debtor | Date Filed | Amount | Reason for Disallowance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Euler Hermes N.A, Agent for Jos. Freedman Co. Inc. | 4 | Aluminum Shapes L.L.C. | 8/19/2021 | $40,817.70 | Euler Hermes N.A, Agent for Jos. Freedman Co. Inc. | 3 | Aluminum Shapes L.L.C. | 8/19/2021 | $115,618.56 | Invoices in Claim Number 4 are included in Claim Number 3 and are therefore, duplicative. |
| Edward Kurth & Sons Inc. | 79 | Aluminum Shapes L.L.C. | 11/9/2021 | $8,891.99 | Edward Kurth & Sons Inc. | 77 | Aluminum Shapes L.L.C. | 11/9/2021 | $8,891.99 | Claim Number 79 is duplicative of Claim Number 77. |

# SCHEDULE C (Contingent/ Unliquidated)

## Unliquidated Claims

| Claimant | Claim Number | Debtor | Date Filed | Claimed Amount | Basis for Expunging Claim |
|---|---|---|---|---|---|
| U.S. Department of Labor - Employee Benefit Plan | 10040 | Aluminum Shapes L.L.C. | 2/10/2022 | Undetermined | This claim is undetermined and not liquidated. Accordingly, the claim should be disallowed and expunged. |

# SCHEDULE D
# (Lack of Support)

## No Support Claims

| Claimant | Claim Number | Debtor | Date Filed | Claimed Amount | Reason for Disallowance/Expungement |
|---|---|---|---|---|---|
| Aluminum Shapes 401K Plan | 10039 | Aluminum Shapes L.L.C. | 2/10/2022 | Undetermined | Claimant provided insufficient support for its claim. |
| Andre Knox | 10053 | Aluminum Shapes L.L.C. | 5/4/2022 | Unliquidated | Claimant provided insufficient support for its claim. |
| Bathauer, Doug | 10028 | Aluminum Shapes L.L.C. | 10/25/2021 | $ 1,480.38 | Claimant provided insufficient support for its claim. |
| Bathauer, Doug | 10029 | Aluminum Shapes L.L.C. | 10/25/2021 | $ 4,807.69 | Claimant provided insufficient support for its claim. |
| Rosenthal, Solomon | 10031 | Aluminum Shapes L.L.C. | 10/25/2021 | $ 74,861.00 | Claimant provided insufficient support for its claim. |
| Rosenthal, Solomon | 10032 | Aluminum Shapes L.L.C. | 10/25/2021 | $ 26,469.60 | Claimant provided insufficient support for its claim. |
| Santiago, Henry | 30081 | Aluminum Shapes L.L.C. | 4/12/2022 | Undetermined | Claimant provided insufficient support for its claim. |
| U.S. Department of Labor - Employee Benefit Plan | 10040 | Aluminum Shapes L.L.C. | 2/10/2022 | Undetermined | Claimant provided insufficient support for its claim. |

# SCHEDULE E
# (No Liability Claims)

## No Liability Claims

| Claimant | Claim Number | Debtor | Date Filed | Claimed Amount | Basis for Expunging Claim |
|---|---|---|---|---|---|
| Reich Bros LLC | 30086 | Aluminum Shapes L.L.C. | 4/15/2022 | $ 15,000.00 | The Debtor has no liability for this claim because claimant did not procure a lender as contemplated by the agreement between the parties, and accordingly, the Debtor has no liability. |
| Stout Capital, LLC | 10005 | Aluminum Shapes L.L.C. | 10/12/2021 | $ 250,000.00 | The Debtor has no liability for this claim because claimant did not procure a lender as contemplated by the agreement between the parties, and accordingly the Debtor has no liability to the Claimant. Further, Claimant provided insufficient support for its claim that it provided a financing commitment to the Debtor. |

153475429.2

# SCHEDULE F
# (Late Filed Claims)

## Late Filed Claims

| Claimant | Claim Number | Debtor | Date Filed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Andre Knox | 10053 | Aluminum Shapes L.L.C. | 5/4/2022 | Unliquidated | Claim filed after applicable bar date. |
| Edward Kurth & Sons Inc. | 77 | Aluminum Shapes L.L.C. | 11/9/2021 | $ 8,891.99 | Claim filed after applicable bar date. |
| Edward Kurth & Sons Inc. | 79 | Aluminum Shapes L.L.C. | 11/9/2021 | $ 8,891.99 | Claim filed after applicable bar date. |
| Pitney Bowes Global Financial Services | 80 | Aluminum Shapes L.L.C. | 12/14/2021 | $ 8,070.49 | Claim filed after applicable bar date. |

# SCHEDULE G

# (Modified Claims/ Reclassification Claims)

## Reclassification/Modification Claims

| Claimant | Claim Number | Debtor | Date Filed | Priority Status | Asserted Amount | | Modified Amount | | Reason for Reclassification |
|---|---|---|---|---|---|---|---|---|---|
| Attar Metals Inc. | 15 | Aluminum Shapes L.L.C. | 9/2/2021 | 503(b)(9) | $ | - | $ | - | There is no basis for the status of secured creditor as there are no assets to secure the claim. Accordingly, the Liquidating Trustee intends to reclassify this claim as a general unsecured claim. |
| | | | | Administrative | $ | - | $ | - | |
| | | | | Priority | $ | - | $ | - | |
| | | | | Secured | $ | 131,169.50 | $ | - | |
| | | | | Unsecured | $ | - | $ | 131,169.50 | |
| | | | | **Subtotal** | **$** | **131,169.50** | **$** | **131,169.50** | |
| Rolled Steel Products Corp | 45 | Aluminum Shapes L.L.C. | 10/5/2021 | 503(b)(9) | $ | - | $ | - | Pursuant to section 507(a)(4) of the Bankruptcy Code, claimant is not entitled to priority treatment, and accordingly, the claim is being reclassified to a general unsecured claim. |
| | | | | Administrative | $ | - | $ | - | |
| | | | | Priority | $ | 361.58 | $ | - | |
| | | | | Secured | $ | - | $ | - | |
| | | | | Unsecured | $ | - | $ | 361.58 | |
| | | | | **Subtotal** | **$** | **361.58** | **$** | **361.58** | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 59 | Yard Truck Specialists | Aluminum Shapes L.L.C. | 10/8/2021 | 503(b)(9) | $ | - | $ | - | |
| | | | | Administrative | $ | - | $ | - | There is no basis for the status of secured status as there are no assets to secure the claim. |
| | | | | Priority | $ | - | $ | - | Accordingly, the Liquidating Trustee is reclassifying this claim as a general unsecured claim. |
| | | | | Secured | $ | 17,326.55 | $ | - | |
| | | | | Unsecured | $ | - | $ | 17,326.55 | |
| | | | | **Subtotal** | **$** | **17,326.55** | **$** | **17,326.55** | |

153475857.2

# SCHEDULE H

# (Satisfied Claims)

## Satisfied Claims

| Claimant | Claim Number | Debtor | Date Filed | Claimed Amount | Basis for Expunging Claim |
|---|---|---|---|---|---|

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 21-16520-JNP

Aluminum Shapes, L.L.C.                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                    Page 1 of 5
Date Rcvd: Jan 10, 2024                 Form ID: pdf903               Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aluminum Shapes, L.L.C., 9000 River Road, Delair, NJ 08110-3200 |
| aty | + | Kurtzman Steady LLC, 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033-2117 |
| aty | + | Michael D Vagnoni, Obermayer Rebmann Maxwell & Hippel, LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |
| aty | + | Obermayer Rebmann Maxwell & Hippel LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ana Parikh | on behalf of Interested Party Residential Fences Corp. ana.parikh@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com |
| Andrew Katz | on behalf of Defendant Martin J. Walsh katz.andrew@dol.gov |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono III asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono asodono@msbnj.com |

District/off: 0312-1                                    User: admin                                    Page 2 of 5
Date Rcvd: Jan 10, 2024                              Form ID: pdf903                                Total Noticed: 4

Anthony B. Stumbo
on behalf of Creditor Tiger Finance  LLC astumbo@riemerlaw.com

Bruce S. Luckman
on behalf of Other Prof. American Express National Bank and American Express Travel Related Services Company  Inc.
bluckman@shermansilverstein.com, jbaugh@shermansilverstein.com;bsluckman@gmail.com

Bruce S. Luckman
on behalf of Defendant American Express Company bluckman@shermansilverstein.com
jbaugh@shermansilverstein.com;bsluckman@gmail.com

Buffy L. Wilson
on behalf of Interested Party New Jersey Department of Environmental Protection buffy.wilson@law.njoag.gov

Catherine B. Heitzenrater
on behalf of Creditor CHUBB COMPANIES cebeideman@duanemorris.com

David H. Stein
on behalf of Defendant Arigato Metals LLC dstein@wilentz.com  ciarkowski@wilentz.com

David L. Deratzian
on behalf of Unknown Role Type Nathan H. Kelman  Inc. david@employmentlaw-lv.com

Deirdre E. Burke
on behalf of Creditor Tiger Finance  LLC dburke@mccarter.com

Donald K. Ludman
on behalf of Creditor Pollution Control Financing Authority of Camden County dludman@brownconnery.com

Douglas J. Smillie
on behalf of Creditor Talen Energy Marketing  LLC dsmillie@flblaw.com, ccharlton@flblaw.com

Douglas J. Smillie
on behalf of Defendant Talen Energy Marketing  LLC dsmillie@flblaw.com, ccharlton@flblaw.com

Drew S. McGehrin
on behalf of Creditor CHUBB COMPANIES dsmcgehrin@duanemorris.com

Eamonn O'Hagan
on behalf of Interested Party United States of America eamonn.ohagan@usdoj.gov

Edmond M. George
on behalf of Plaintiff Aluminum Shapes  L.L.C. edmond.george@obermayer.com,
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

Edmond M. George
on behalf of Attorney Obermayer Rebmann Maxwell & Hippel LLP edmond.george@obermayer.com
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

Edmond M. George
on behalf of Debtor Aluminum Shapes  L.L.C. edmond.george@obermayer.com,
michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com

Elisabeth Bruce
on behalf of Interested Party United States of America on behalf of the Internal Revenue Service elisabeth.m.bruce@usdoj.gov
ari.d.kunofsky@usdoj.gov;eastern.taxcivil@usdoj.gov

Eugene M. Banta
on behalf of Attorney Eugene Attar Metals emblaw1991@aol.com

Franklin Barbosa, Jr
on behalf of Creditor Tiger Finance  LLC fb@spsk.com, vc@spsk.com

Gregory Peterson
on behalf of Creditor UGI Energy Services  Inc. gpeterson@dyerpeterson.com

Heather Lynn Anderson
on behalf of Creditor State of New Jersey heather.anderson@law.dol.lps.state.nj.us

Jeffrey M. Sponder
on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

Jerrold S. Kulback
on behalf of Interested Party Energy Power Investment Company LLC jkulback@archerlaw.com  chansen@archerlaw.com

Jessica Deborah Mikhailevich
on behalf of Defendant Airline Hydraulics Corp. jessica.mikhailevich@troutman.com  wlbank@troutman.com

John C. Kilgannon
on behalf of Interested Party Aluminum Shapes Liquidating Trust john.kilgannon@stevenslee.com

John C. Kilgannon
on behalf of Creditor Aluminum Shapes Liquidating Trust john.kilgannon@stevenslee.com

District/off: 0312-1    User: admin    Page 3 of 5
Date Rcvd: Jan 10, 2024    Form ID: pdf903    Total Noticed: 4

John C. Kilgannon
on behalf of Plaintiff Advisory Trust Group  LLC, Liquidating Trustee for Aluminum Shapes, L.L.C.
john.kilgannon@stevenslee.com

John R. Morton, Jr.
on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Jordan Seth Blask
on behalf of Creditor Cygnus Manufacturing Company jblask@fbtlaw.com  rmccartney@fbtlaw.com

Joseph Lubertazzi, Jr.
on behalf of Creditor Tiger Finance  LLC jlubertazzi@mccarter.com

Joseph J. DiPasquale
on behalf of Attorney Official Committee of Unsecured Creditors Jdipasquale@foxrothschild.com
cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph J. DiPasquale
on behalf of Creditor Aluminum Shapes Liquidating Trust Jdipasquale@foxrothschild.com
cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph J. DiPasquale
on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes  L.L.C. Jdipasquale@foxrothschild.com,
cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph J. DiPasquale
on behalf of Plaintiff Advisory Trust Group  LLC, as Liquidating Trustee of the Aluminum Shapes Liquidating Trust
Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph J. DiPasquale
on behalf of Interested Party Advisory Trust Group  LLC Jdipasquale@foxrothschild.com,
cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph M. Garemore
on behalf of Creditor Pollution Control Financing Authority of Camden County jgaremore@brownconnery.com

Joseph M. Vann
on behalf of Interested Party CGPN  LLC jvann@ctswlaw.com

Joseph M. Vann
on behalf of Debtor Aluminum Shapes  L.L.C. jvann@ctswlaw.com

Joseph S. D'amico, Jr.
on behalf of Creditor Public Service Electric and Gas Company jsdamico@flblaw.com  hrivera@flblaw.com

Joseph S. D'amico, Jr.
on behalf of Creditor Talen Energy Marketing  LLC jsdamico@flblaw.com, hrivera@flblaw.com

Karl N. McConnell
on behalf of Creditor Merchantville-Pennsauken Water Commission kmcconnell@mpwc.com  jhershey@mpwc.com

Kenneth Michael Lewis
on behalf of Creditor Douglas Bathauer klewis@whitefordlaw.com
klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com

Kenneth Michael Lewis
on behalf of Unknown Role Type Robert Otterbein klewis@whitefordlaw.com
klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com

Kenneth Michael Lewis
on behalf of Creditor Solomon Rosenthal klewis@whitefordlaw.com
klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com

Kenneth Michael Lewis
on behalf of Unknown Role Type Lisa Johnston klewis@whitefordlaw.com
klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com

Lyndsay E. Rowland
on behalf of Creditor Customers Bank lrowland@starfieldsmith.com  mayers@starfieldsmith.com

Mark E. Hall
on behalf of Plaintiff Advisory Trust Group  LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. mhall@foxrothschild.com,
cbrown@foxrothschild.com

Mark Edward Hall
on behalf of Plaintiff Advisory Trust Group  LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. mhall@foxrothschild.com

Martha Baskett Chovanes
on behalf of Creditor Aluminum Shapes Liquidating Trust mchovanes@foxrothschild.com
rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Martha Baskett Chovanes
on behalf of Attorney Official Committee of Unsecured Creditors mchovanes@foxrothschild.com

rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Martha Baskett Chovanes

on behalf of Attorney Fox Rothschild LLP mchovanes@foxrothschild.com
rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Martha Baskett Chovanes

on behalf of Interested Party Advisory Trust Group  LLC mchovanes@foxrothschild.com,
rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Martha Baskett Chovanes

on behalf of Creditor Committee Official Committee Of Unsecured Creditors mchovanes@foxrothschild.com
rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Matthew David Areman

on behalf of Creditor Teamsters Local 837 401(k) Plan mareman@markowitzandrichman.com

Matthew David Areman

on behalf of Creditor Teamsters Local 107  as Bargaining Agent for Unionized Laid Off Employees of Debtor
mareman@markowitzandrichman.com

Matthew David Areman

on behalf of Creditor Teamsters Local 837 Health & Welfare Fund mareman@markowitzandrichman.com

Maureen P. Steady

on behalf of Plaintiff Aluminum Shapes  L.L.C. msteady@mac.com

Maureen P. Steady

on behalf of Defendant Eastern Lift Truck Co.  Inc. msteady@mac.com

Maureen P. Steady

on behalf of Debtor Aluminum Shapes  L.L.C. msteady@mac.com

Melissa A. Pena

on behalf of Creditor New Life Transport Parts Center mapena@norris-law.com  pfreda@nmmlaw.com

Michael Kwiatkowski

on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael J. Viscount, Jr.

on behalf of Other Prof. BERKELEY RESEARCH GROUP  LLC mviscount@foxrothschild.com,
rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael J. Viscount, Jr.

on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes  L.L.C. mviscount@foxrothschild.com,
rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael J. Viscount, Jr.

on behalf of Attorney Official Committee of Unsecured Creditors mviscount@foxrothschild.com
rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael J. Viscount, Jr.

on behalf of Attorney Fox Rothschild LLP mviscount@foxrothschild.com
rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael J. Viscount, Jr.

on behalf of Plaintiff Advisory Trust Group  LLC, as Liquidating Trustee of the Aluminum Shapes Liquidating Trust
mviscount@foxrothschild.com, rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael R. Herz

on behalf of Creditor Aluminum Shapes Liquidating Trust mherz@foxrothschild.com  cbrown@foxrothschild.com

Michael R. Herz

on behalf of Interested Party Advisory Trust Group  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Michael R. Herz

on behalf of Attorney Official Committee of Unsecured Creditors mherz@foxrothschild.com  cbrown@foxrothschild.com

Michael R. Herz

on behalf of Plaintiff Advisory Trust Group  LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. mherz@foxrothschild.com,
cbrown@foxrothschild.com

Peter C. Hughes

on behalf of Creditor Dilworth Paxson LLP phughes@dilworthlaw.com  cct@dilworthlaw.com

Ramanjit K. Chawla

on behalf of Creditor State of New Jersey ramanjit.chawla@dol.lps.state.nj.us

Raymond M. Patella

on behalf of Interested Party UGI Energy Services  LLC rpatella@lawjw.com

Raymond M. Patella

on behalf of Defendant UGI Energy Services  LLC rpatella@lawjw.com

District/off: 0312-1                          User: admin                                    Page 5 of 5

Date Rcvd: Jan 10, 2024                      Form ID: pdf903                              Total Noticed: 4

Rebecca K. McDowell
    on behalf of Creditor Eastern Lift Truck Co.  Inc. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Rebecca K. McDowell
    on behalf of Defendant Eastern Lift Truck Co.  Inc. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert Farouk Elgidely
    on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes  L.L.C. relgidely@foxrothschild.com, nj.dkt@foxrothschild.com

Robert Farouk Elgidely
    on behalf of Attorney Official Committee of Unsecured Creditors relgidely@foxrothschild.com  nj.dkt@foxrothschild.com

Robert Farouk Elgidely
    on behalf of Plaintiff Advisory Trust Group  LLC, as Liquidating Trustee of the Aluminum Shapes Liquidating Trust relgidely@foxrothschild.com, nj.dkt@foxrothschild.com

Robert W. Keyser
    on behalf of Creditor BB 316 Investments LLC rkeyser@taylorandkeyser.com

Ross J. Switkes
    on behalf of Defendant American Express Company rswitkes@shermansilverstein.com

S. Jason Teele
    on behalf of Interested Party Aspen 9000 LLC steele@sillscummis.com  steele@sillscummis.com

Sara Chenetz
    on behalf of Interested Party Hydro Extrusion USA  LLC schenetz@perkinscoie.com, cmallahi@perkinscoie.com;docketLA@perkinscoie.com;rleibowitz@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com

Seth Brandon Shapiro
    on behalf of Interested Party United States of America seth.shapiro@usdoj.gov

Steven E. Fox
    on behalf of Creditor Tiger Finance  LLC sfox@riemerlaw.com, dromanik@riemerlaw.com

Steven J. Reisman
    on behalf of Interested Party AZZ  Inc. sreisman@katten.com, nyc.bknotices@katten.com

Steven M. Lucks
    on behalf of Defendant Direct Energy Business  LLC slucks@fishkinlucks.com, lhoefel@fishkinlucks.com

Steven M. Lucks
    on behalf of Defendant Direct Energy Business Marketing  LLC slucks@fishkinlucks.com, lhoefel@fishkinlucks.com

Suzanne Demitrio Campbell
    on behalf of Creditor Martin J. Walsh campbell.suzanne@dol.gov

Suzanne Demitrio Campbell
    on behalf of Defendant Martin J. Walsh campbell.suzanne@dol.gov

Tina Moss
    on behalf of Interested Party Hydro Extrusion USA  LLC tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Turner Falk
    on behalf of Plaintiff Aluminum Shapes  L.L.C. turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 97