|  |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>1301 Atlantic Avenue<br>Midtown Building, Suite 400<br>Atlantic City, NJ 08401-7212<br>Michael J. Viscount, Esq.<br>Martha B. Chovanes, Esq.<br>Joseph J. DiPasquale, Esq.<br>mviscount@foxrothschild.com<br>mchovanes@foxrothschild.com<br>jdipasquale@foxrothschild.com<br>Telephone: (609) 348-4515<br>Facsimile: (609) 348-6834<br><br>*Counsel to the Aluminum Shapes Liquidating Trust* |
| In Re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>                     Debtor. |

Order Filed on January 16, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 21-16520-JNP

Hon. Jerrold N. Poslusny, Jr.

### CORRECTED ORDER SUSTAINING THE LIQUIDATING TRUST'S FIRST OMNIBUS CLAIMS OBJECTION FOR ENTRY OF AN ORDER EXPUNGING, MODIFYING AND/OR RECLASSIFYING CERTAIN CLAIMS

    The relief set forth on the following pages, numbered two (2) through four (4) is hereby **ORDERED**.

**DATED: January 16, 2024**

*/s/ Jerrold N. Poslusny, Jr.*
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

148918146.5

Page 2
DEBTOR: Aluminum Shapes, L.L.C.
CASE NO: 21-16520-JNP
CAPTION: Order Sustaining The Liquidating Trust's First Omnibus Objection For Entry Of An Order Expunging, Modifying And/Or Reclassifying Certain Claims

**THIS MATTER** having been opened before the Court upon the fourth omnibus objection (the "Objection")[1] of the Liquidating Trust of Aluminum Shapes L.L.C. (the "Liquidating Trust") in the above-captioned chapter 11 case, seeking entry of an order pursuant to sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-2, expunging, modifying and/or reclassifying the claims listed on **Schedules A through H** hereto for the reasons set forth in the Objection; and the Court having jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and consideration of the Objection being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that proper and adequate notice of the Objection has been given and that no other or further notice is necessary; and upon the record herein; and the Court having determined that the relief sought by the Objection is in the best interest of the Debtor's estate and creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is SUSTAINED as set forth herein.

2. Each of the Claims listed on **Schedules A through H** attached to this Order are hereby expunged, modified and/or reclassified to unsecured claims as set forth therein, provided that the Remaining Claims set forth on Schedules A and B shall survive and shall not be expunged.

3. The Liquidating Trustee is authorized to take any action necessary or appropriate to give effect to this Order and the relief granted herein.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Objection.

148918146.5

DEBTOR:     Aluminum Shapes, L.L.C.
CASE NO:    21-16520-JNP
CAPTION:    Order Sustaining The Liquidating Trust's First Omnibus Objection For Entry Of An Order Expunging, Modifying And/Or Reclassifying Certain Claims

4. The Liquidating Trustee withdraws its objection to claim number 30048, claim number 30064, and claim number 82. It also withdraws its objection to claim number 10039 which was withdrawn by the Department of Labor, and claim number 83, which will be amended by the IRS/Department of Treasury.

5. The hearing on the Liquidating Trust's claim number 10055 (Customer's Bank) and claim number 17 (Wells Fargo Bank) shall be adjourned to February 6, 2024.

6. The rights of parties, including the Liquidating Trustee, are reserved with respect to the pursuit of claims or causes of action to recover money paid, if any, by the Debtor to the Claimants listed on **Schedules A through H** attached to this Order.

7. The Debtor's claims and noticing agent is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

8. Nothing in the Objection or this Order shall be deemed or construed to (a) constitute an admission as to the validity or priority of any claim against the Debtor, (b) an implication or admission that any particular claim is of a type specified or defined in this Order or the Objection, and/or (c) constitute a waiver of the Liquidating Trust's or the Debtor's rights to dispute any claim on any other grounds.

9. The objection to each claim addressed in the Objection and as set forth in **Schedules A though H** attached hereto, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each claim that is the subject of the Objection and this Order. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter that

148918146.5

Page 4
DEBTOR:     Aluminum Shapes, L.L.C.
CASE NO:    21-16520-JNP
CAPTION:    Order Sustaining The Liquidating Trust's First Omnibus Objection For Entry Of An Order Expunging, Modifying And/Or Reclassifying Certain Claims

involves such claimant and shall not stay the applicability and/or finality of this Order with respect to any other contested matters addressed in the Objection and this Order.

10. The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Objection or otherwise waived.

11. Notwithstanding any applicability of any of the Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16520-JNP |
| Aluminum Shapes, L.L.C. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aluminum Shapes, L.L.C., 9000 River Road, Delair, NJ 08110-3200 |
| aty | + | Kurtzman Steady LLC, 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033-2117 |
| aty | + | Michael D Vagnoni, Obermayer Rebmann Maxwell & Hippel, LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |
| aty | + | Obermayer Rebmann Maxwell & Hippel LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 18, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ana Parikh | on behalf of Interested Party Residential Fences Corp. ana.parikh@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com |
| Andrew Katz | on behalf of Defendant Martin J. Walsh katz.andrew@dol.gov |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono III asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono asodono@msbnj.com |

Case 21-16520-JNP    Doc 761    Filed 01/18/24    Entered 01/19/24 00:18:20    Desc
Imaged Certificate of Notice    Page 6 of 9

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Anthony B. Stumbo | on behalf of Creditor Tiger Finance LLC astumbo@riemerlaw.com |
| Bruce S. Luckman | on behalf of Other Prof. American Express National Bank and American Express Travel Related Services Company Inc. bluckman@shermansilverstein.com, jbaugh@shermansilverstein.com;bsluckman@gmail.com |
| Bruce S. Luckman | on behalf of Defendant American Express Company bluckman@shermansilverstein.com jbaugh@shermansilverstein.com;bsluckman@gmail.com |
| Buffy L. Wilson | on behalf of Interested Party New Jersey Department of Environmental Protection buffy.wilson@law.njoag.gov |
| Catherine B. Heitzenrater | on behalf of Creditor CHUBB COMPANIES cebeideman@duanemorris.com |
| David H. Stein | on behalf of Defendant Arigato Metals LLC dstein@wilentz.com ciarkowski@wilentz.com |
| David L. Deratzian | on behalf of Unknown Role Type Nathan H. Kelman Inc. david@employmentlaw-lv.com |
| Deirdre E. Burke | on behalf of Creditor Tiger Finance LLC dburke@mccarter.com |
| Donald K. Ludman | on behalf of Creditor Pollution Control Financing Authority of Camden County dludman@brownconnery.com |
| Douglas J. Smillie | on behalf of Creditor Talen Energy Marketing LLC dsmillie@flblaw.com, ccharlton@flblaw.com |
| Douglas J. Smillie | on behalf of Defendant Talen Energy Marketing LLC dsmillie@flblaw.com, ccharlton@flblaw.com |
| Drew S. McGehrin | on behalf of Creditor CHUBB COMPANIES dsmcgehrin@duanemorris.com |
| Eamonn O'Hagan | on behalf of Interested Party United States of America eamonn.ohagan@usdoj.gov |
| Edmond M. George | on behalf of Plaintiff Aluminum Shapes L.L.C. edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| Edmond M. George | on behalf of Attorney Obermayer Rebmann Maxwell & Hippel LLP edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| Edmond M. George | on behalf of Debtor Aluminum Shapes L.L.C. edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| Elisabeth Bruce | on behalf of Interested Party United States of America on behalf of the Internal Revenue Service elisabeth.m.bruce@usdoj.gov ari.d.kunofsky@usdoj.gov;eastern.taxcivil@usdoj.gov |
| Eugene M. Banta | on behalf of Attorney Eugene Attar Metals emblaw1991@aol.com |
| Franklin Barbosa, Jr | on behalf of Creditor Tiger Finance LLC fb@spsk.com, vc@spsk.com |
| Gregory Peterson | on behalf of Creditor UGI Energy Services Inc. gpeterson@dyerpeterson.com |
| Heather Lynn Anderson | on behalf of Creditor State of New Jersey heather.anderson@law.dol.lps.state.nj.us |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jerrold S. Kulback | on behalf of Interested Party Energy Power Investment Company LLC jkulback@archerlaw.com chansen@archerlaw.com |
| Jessica Deborah Mikhailevich | on behalf of Defendant Airline Hydraulics Corp. jessica.mikhailevich@troutman.com wlbank@troutman.com |
| John C. Kilgannon | on behalf of Interested Party Aluminum Shapes Liquidating Trust john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Aluminum Shapes Liquidating Trust john.kilgannon@stevenslee.com |

Case 21-16520-JNP    Doc 761    Filed 01/18/24    Entered 01/19/24 00:18:20    Desc
Imaged Certificate of Notice    Page 7 of 9

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| John C. Kilgannon | on behalf of Plaintiff Advisory Trust Group  LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. john.kilgannon@stevenslee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Jordan Seth Blask | on behalf of Creditor Cygnus Manufacturing Company jblask@fbtlaw.com  rmccartney@fbtlaw.com |
| Joseph Lubertazzi, Jr. | on behalf of Creditor Tiger Finance  LLC jlubertazzi@mccarter.com |
| Joseph J. DiPasquale | on behalf of Attorney Official Committee of Unsecured Creditors Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Creditor Aluminum Shapes Liquidating Trust Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes  L.L.C. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Plaintiff Advisory Trust Group  LLC, as Liquidating Trustee of the Aluminum Shapes Liquidating Trust Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Interested Party Advisory Trust Group  LLC Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph M. Garemore | on behalf of Creditor Pollution Control Financing Authority of Camden County jgaremore@brownconnery.com |
| Joseph M. Vann | on behalf of Interested Party CGPN  LLC jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Debtor Aluminum Shapes  L.L.C. jvann@ctswlaw.com |
| Joseph S. D'amico, Jr. | on behalf of Creditor Public Service Electric and Gas Company jsdamico@flblaw.com  hrivera@flblaw.com |
| Joseph S. D'amico, Jr. | on behalf of Creditor Talen Energy Marketing  LLC jsdamico@flblaw.com, hrivera@flblaw.com |
| Karl N. McConnell | on behalf of Creditor Merchantville-Pennsauken Water Commission kmcconnell@mpwc.com  jhershey@mpwc.com |
| Kenneth Michael Lewis | on behalf of Creditor Douglas Bathauer klewis@whitefordlaw.com klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com |
| Kenneth Michael Lewis | on behalf of Unknown Role Type Robert Otterbein klewis@whitefordlaw.com klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com |
| Kenneth Michael Lewis | on behalf of Creditor Solomon Rosenthal klewis@whitefordlaw.com klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com |
| Kenneth Michael Lewis | on behalf of Unknown Role Type Lisa Johnston klewis@whitefordlaw.com klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com |
| Lyndsay E. Rowland | on behalf of Creditor Customers Bank lrowland@starfieldsmith.com  mayers@starfieldsmith.com |
| Mark E. Hall | on behalf of Plaintiff Advisory Trust Group  LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. mhall@foxrothschild.com, cbrown@foxrothschild.com |
| Mark Edward Hall | on behalf of Plaintiff Advisory Trust Group  LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. mhall@foxrothschild.com |
| Martha Baskett Chovanes | on behalf of Creditor Aluminum Shapes Liquidating Trust mchovanes@foxrothschild.com rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Martha Baskett Chovanes | on behalf of Attorney Official Committee of Unsecured Creditors mchovanes@foxrothschild.com |

District/off: 0312-1 User: admin Page 4 of 5
Date Rcvd: Jan 16, 2024 Form ID: pdf903 Total Noticed: 4

| | |
|---|---|
| | rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Martha Baskett Chovanes | on behalf of Attorney Fox Rothschild LLP mchovanes@foxrothschild.com rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Martha Baskett Chovanes | on behalf of Interested Party Advisory Trust Group  LLC mchovanes@foxrothschild.com, rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Martha Baskett Chovanes | on behalf of Creditor Committee Official Committee Of Unsecured Creditors mchovanes@foxrothschild.com rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Matthew David Areman | on behalf of Creditor Teamsters Local 837 401(k) Plan mareman@markowitzandrichman.com |
| Matthew David Areman | on behalf of Creditor Teamsters Local 107  as Bargaining Agent for Unionized Laid Off Employees of Debtor mareman@markowitzandrichman.com |
| Matthew David Areman | on behalf of Creditor Teamsters Local 837 Health & Welfare Fund mareman@markowitzandrichman.com |
| Maureen P. Steady | on behalf of Plaintiff Aluminum Shapes  L.L.C. msteady@mac.com |
| Maureen P. Steady | on behalf of Defendant Eastern Lift Truck Co.  Inc. msteady@mac.com |
| Maureen P. Steady | on behalf of Debtor Aluminum Shapes  L.L.C. msteady@mac.com |
| Melissa A. Pena | on behalf of Creditor New Life Transport Parts Center mapena@norris-law.com  pfreda@nmmlaw.com |
| Michael Kwiatkowski | on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com |
| Michael J. Viscount, Jr. | on behalf of Other Prof. BERKELEY RESEARCH GROUP  LLC mviscount@foxrothschild.com, rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael J. Viscount, Jr. | on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes  L.L.C. mviscount@foxrothschild.com, rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael J. Viscount, Jr. | on behalf of Attorney Official Committee of Unsecured Creditors mviscount@foxrothschild.com rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael J. Viscount, Jr. | on behalf of Attorney Fox Rothschild LLP mviscount@foxrothschild.com rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael J. Viscount, Jr. | on behalf of Plaintiff Advisory Trust Group  LLC, as Liquidating Trustee of the Aluminum Shapes Liquidating Trust mviscount@foxrothschild.com, rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael R. Herz | on behalf of Creditor Aluminum Shapes Liquidating Trust mherz@foxrothschild.com  cbrown@foxrothschild.com |
| Michael R. Herz | on behalf of Interested Party Advisory Trust Group  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Michael R. Herz | on behalf of Attorney Official Committee of Unsecured Creditors mherz@foxrothschild.com  cbrown@foxrothschild.com |
| Michael R. Herz | on behalf of Plaintiff Advisory Trust Group  LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Peter C. Hughes | on behalf of Creditor Dilworth Paxson LLP phughes@dilworthlaw.com  cct@dilworthlaw.com |
| Ramanjit K. Chawla | on behalf of Creditor State of New Jersey ramanjit.chawla@dol.lps.state.nj.us |
| Raymond M. Patella | on behalf of Interested Party UGI Energy Services  LLC rpatella@lawjw.com |
| Raymond M. Patella | on behalf of Defendant UGI Energy Services  LLC rpatella@lawjw.com |

Rebecca K. McDowell
    on behalf of Creditor Eastern Lift Truck Co. Inc. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Rebecca K. McDowell
    on behalf of Defendant Eastern Lift Truck Co. Inc. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Robert Farouk Elgidely
    on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes L.L.C. relgidely@foxrothschild.com, nj.dkt@foxrothschild.com

Robert Farouk Elgidely
    on behalf of Attorney Official Committee of Unsecured Creditors relgidely@foxrothschild.com nj.dkt@foxrothschild.com

Robert Farouk Elgidely
    on behalf of Plaintiff Advisory Trust Group LLC, as Liquidating Trustee of the Aluminum Shapes Liquidating Trust relgidely@foxrothschild.com, nj.dkt@foxrothschild.com

Robert W. Keyser
    on behalf of Creditor BB 316 Investments LLC rkeyser@taylorandkeyser.com

Ross J. Switkes
    on behalf of Defendant American Express Company rswitkes@shermansilverstein.com

S. Jason Teele
    on behalf of Interested Party Aspen 9000 LLC steele@sillscummis.com steele@sillscummis.com

Sara Chenetz
    on behalf of Interested Party Hydro Extrusion USA LLC schenetz@perkinscoie.com, cmallahi@perkinscoie.com;docketLA@perkinscoie.com;rleibowitz@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com

Seth Brandon Shapiro
    on behalf of Interested Party United States of America seth.shapiro@usdoj.gov

Steven E. Fox
    on behalf of Creditor Tiger Finance LLC sfox@riemerlaw.com, dromanik@riemerlaw.com

Steven J. Reisman
    on behalf of Interested Party AZZ Inc. sreisman@katten.com, nyc.bknotices@katten.com

Steven M. Lucks
    on behalf of Defendant Direct Energy Business LLC slucks@fishkinlucks.com, lhoefel@fishkinlucks.com

Steven M. Lucks
    on behalf of Defendant Direct Energy Business Marketing LLC slucks@fishkinlucks.com, lhoefel@fishkinlucks.com

Suzanne Demitrio Campbell
    on behalf of Creditor Martin J. Walsh campbell.suzanne@dol.gov

Suzanne Demitrio Campbell
    on behalf of Defendant Martin J. Walsh campbell.suzanne@dol.gov

Tina Moss
    on behalf of Interested Party Hydro Extrusion USA LLC tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Turner Falk
    on behalf of Plaintiff Aluminum Shapes L.L.C. turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 97