**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| ALUMINUM SHAPES, L.L.C., | Case No. 21-16520 (JNP) |
| Debtor. | Hon. Jerrold N. Poslusny, Jr. |
| | **Ref. Docket No. 751** |

### CERTIFICATE OF SERVICE

I, DIANE STREANY, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 4, 2024, I caused to be served the "Notice of the Liquidating Trust's First Omnibus Objection for Entry of an Order Expunging Certain Claims," dated December 5, 2023 [Docket No. 751], and by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

/s/ Diane Streany
Diane Streany

# EXHIBIT A

ALUMINUM SHAPES, L.L.C.
Case No. 21-16520 (JNP)
Service List

CUSTOMERS BANK
99 BRIDGE STREET
PHOENIXVILLE, PA 19460

Page 1 of 1