**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| ALUMINUM SHAPES, L.L.C., | Case No. 21-16520 (JNP) |
| Debtor. | Hon. Jerrold N. Poslusny, Jr. |
| | **Ref. Docket No. 760** |

## CERTIFICATE OF SERVICE

I, DIANE STREANY, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 17, 2024, I caused to be served the "Corrected Order Sustaining the Liquidating Trust's First Omnibus Claims Objection for Entry of an Order Expunging, Modifying and/or Reclassifying Certain Claims," dated January 16, 2024 [Docket No. 760], and by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ACTING ATTORNEY GENERAL OF NEW JERSEY | DIV OF LAW, ENVIRONMENTAL ENFORCEMENT & ENVIRONMENTAL JUSTICE SECTION ATTN BUFFY L WILSON, DAG 25 MARKET ST, PO BOX 093 TRENTON NJ 08625-0093 |
| ARCHER & GREINER, P.C. | (COUNSEL TO ENERGY POWER INVESTMENT COMPANY LLC) ATTN: JEROLD S. KULBACK, ESQ. THREE LOGAN SQUARE 1717 ARCH STREET, STE 3500 PHILADELPHIA PA 19103 |
| BROWN & CONNERY, LLP | (COUNSEL TO POLLUTION CONTROL FINANCING, ET AL) ATTN JOSEPH M GAREMORE, DONALD K LUDMAN 6 NORTH BROAD ST, STE 100 WOODBURY NJ 08096 |
| CULLEN AND DYKMAN LLP | (COUNSEL TO PUBLIC SERVICE ELECTRIC & GAS CO) ATTN MICHAEL KWIATKOWSKI 100 QUENTIN ROOSEVELT BLVD GARDEN CITY NY 11530 |
| DILWORTH PAXSON LLP | ATTN PETER C HUGHES 1500 MARKET ST, STE 3500E PHILADELPHIA PA 19102 |
| DYER & PETERSON PC | (COUNSEL TO UGI ENERGY SVCS, INC) ATTN GREGORY E PETERSON, ESQ 322 US HIGHWAY 46, STE 220E PARSIPPANY NJ 07054 |
| FITZPATRICK LENTZ & BUBBA, P.C. | (COUNSEL TO TALEN ENERGY MARKETING, LLC) ATTN DOUGLAS J SMILLIE, JOSEPH S D'AMICO, JR 645 W HAMILTON ST, STE 800 ALLENTOWN PA 18101 |
| FORD MOTOR CREDIT COMPANY, LLC | NATIONAL BANKRUPTCY SERVICE CENTER PO BOX 62180 COLORADO SPRINGS CO 80962 |
| FOX ROTHSCHILD LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN MICHAEL HERZ, ESQ & JOSEPH J DIPASQUALE, ESQ 49 MARKET ST MORRISTOWN NJ 07960 |
| FOX ROTHSCHILD LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN MICHAEL J VISCOUNT, JR, ESQ MIDTOWN BLDG 1301 ATLANTIC AVE, STE 400 ATLANTIC CITY NJ 08401 |
| FOX ROTHSCHILD, LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CRED) ATTN MARTHA B CHOVANES, ESQ 2000 MARKET ST, 20TH FL PHILADELPHIA PA 19103 |
| FROST BROWN TODD LLC | (COUNSEL TO CYGNUS MANUFACTURING COMPANY) ATTN JORDAN S BLANK, ESQ 501 GRANT ST, STE 800 PITTSBURGH PA 15219 |
| HAHALIS & KOUNOUPIS, PC | (COUNSEL TO NATHAN H. KELMAN, INC) ATTN DAVID L DERATZIAN, ESQ 20 E BROAD ST BETHLEHEM PA 18018 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & WININS, | P.C. (COUNSEL TO UGI ENERGY SERVICES, LLC) ATTN: RAYMOND M. PATELLA 505 MORRIS AVENUE SPRINGFIELD NJ 07081 |
| MARKOWITZ & RICHMAN | (COUNSEL TO TEAMSTERS LOC 837 HEALTH & WELFARE FUND, ET AL) ATTN MATTHEW D AREMAN, ESQ 123 S BROAD ST, STE 2020 PHILADELPHIA PA 19109 |
| MCCARTER & ENGLISH, LLP | (COUNSEL TO TIGER FINANCE, LLC) ATTN JOSEPH LUBERTAZZI, JR, ESQ DEIRDRE E BURKE, ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 07102 |
| MCCARTER & ENGLISH, LLP | (COUNSEL TO TIGER FINANCE, LLC) ATTN FRANKLIN BARBOSE, JR, ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 07102 |
| MERCHANTVILLE-PENNSAUKEN WATER | COMMISSION ATTN KARL N MCCONNELL 6751 WESTFIELD AVENUE PENNSAUKEN NJ 08110 |
| MILLER JOHNSON | (COUNSEL TO NEW LIFE TRANSPORT PARTS CENTER) ATTN JOHN T PIGGINS 45 OTTAWA AVE SW, SUITE 1100 GRAND RAPIDS MI 49503 |
| MORTON & CRAIG LLC | (COUNSEL TO FORD MOTOR CREDIT COMPANY, LLC) ATTN JOHN R MORTON, JR, ESQ 110 MARTER AVE, STE 301 MOORESTOWN NJ 08057 |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | US DEPARTMENT OF JUSTICE ATTN MERRICK GARLAND 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| OFFICE OF THE UNITED STATES TRUSTEE | UNITED STATES DEPARTMENT OF JUSTICE ATTN JEFFREY M SPONDER, ESQ ONE NEWARK CENTER, STE 2100 NEWARK NJ 07102 |
| PERKINS COIE LLP | (COUNSEL TO HYDRO EXTRUSION USA, LLC) ATTN: TINA N. MOSS 1155 AVENUE OF THE AMERICAS 22ND FLOOR NEW YORK NY 10036-2711 |
| RIEMER & BRAUNSTEIN LLP | (COUNSEL TO SECURED LENDER TIGER FINANCE, LLC) ATTN ANTHONY B STUMBO, ESQ TIMES SQUARE TOWER SEVEN TIMES SQUARE, STE 2506 NEW YORK NY 10036 |
| RIVKIN RADLER LLP | (COUNSEL TO RESIDENTIAL FENCES CORP) ATTN: ANA PARIKH 25 MAIN STREET, COURT PLAZA NORTH SUITE 501 HACKENSACK NJ 07601-7082 |
| SALDUTTI LAW GROUP | (COUNSEL TO EASTERN LIFT TRUCK CO, INC) ATTN REBECCA K MCDOWELL, ESQ 1040 KINGS HIGHWAY N, STE 100 CHERRY HILL NJ 08034 |

| Claim Name | Address Information |
|---|---|
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE 200 VESEY ST, STE 400 NEW YORK NY 10281 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SHERMAN, SILVERSTEIN, KOHL, ROSE & | PODOLSKY, P.A. (COUNSEL TO AMERICAN EXPRESS NAT'L BANK AND AMERICAN EXPRESS TRAVEL RELATED SVCS CO, INC.) ATTN: BRUCE S. LUCKMAN 308 HARPER DRIVE, STE 200 MOORESTOWN NJ 08057 |
| STARFIELD & SMITH, PC | (COUNSEL TO CUSTOMERS BANK) ATTN: LYNDSAY E. ROWLAND, ESQ. 1300 VIRGINIA DR, STE 325 FORT WASHINGTON PA 19034 |
| STATE OF NEW JERSEY | DEPT OF ENVIRONMENTAL PROTECTION MAIL CODE 401-04B 401 E STATE ST PO BOX 420 TRENTON NJ 08625-0420 |
| STEVENS & LEE, P.C. | (COUNSEL TO LIQUIDATING TRUST) ATTN: JOHN. C. KILGANNON 100 LENOX DRIVE STE 200 LAWRENCEVILLE NJ 08648 |
| SYNCHRONY BANK | C/O PRA RECEIVABLES MANAGEMENT, LLC ATTN VALERIE SMITH, SR MANAGER PO BOX 41021 NORFOLK VA 23541 |
| TAYLOR AND KEYSER LLC | (COUNSEL TO BB 316 INVESTMENTS LLC) 89 HADDON AVE, STE B2 HADDONFIELD NJ 08033 |
| U.S. DEPARTMENT OF JUSTICE | (COUNSEL TO UNITED STATES OF AMERICA) ATTN: SETH B. SHAPIRO, SR. TRIAL COUNSEL CIVIL DIVISION 1100 L STREET, NW – 7TH FL-RM 7114 WASHINGTON DC 20005 |
| U.S. DEPARTMENT OF LABOR | OFFICE OF SOLICITOR (COUNSEL TO M. WALSH, SECY OF LABOR) ATTN SUZANNE DEMITRIO CAMPBELL 201 VARICK ST, ROOM 983 NEW YORK NY 10014 |
| U.S. ENVIROMENTAL PROTECTION AGENCY | REGION 2 290 BROADWAY, 17TH FLOOR 2 NEW YORK NY 10007-1866 |
| UNITED STATES ATTORNEY'S OFFICE | DISTRICT OF NEW JERSEY ATTN ANDREW J BRUCK 970 BROAD ST, 7TH FL NEWARK NJ 07102 |
| UNITED STATES ATTORNEY'S OFFICE, THE | FOR THE DISTRICT OF NEW JERSEY PETER RODINO FEDERAL BUILDING 970 BROAD ST, STE 700 NEWARK NJ 07102 |
| US ENVIRONMENTAL PROTECTION AGENCY | ATTN SCOTT PRUITT, ADMINISTRATOR ARIEL RIOS BUILDING 1200 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20460 |
| WHITEFORD, TAYLOR & PRESTON LLP | (COUNSEL TO SOLOMON ROSENTHAL, DOUGLAS BATHAUER.) ATTN: KENNETH M. LEWIS 220 WHITE PLAINS RD, 2ND FL TARRYTOWN NY 10591 |

**Total Creditor count  44**

| Claim Name | Address Information |
|---|---|
| ALUMINUM SHAPES UNION 401(K) | C/O US DEPARTMENT OF LABOR ATTN EMPLOYEE BENEFITS SECURITY ADMIN 1835 MAERKET ST, 21ST FL, EBSA/21 PHILADELPHIA PA 19103 |
| ALUMSHAPES&AFFILCO EMPLOYEE BENEFIT PLAN | C/O US DEPARTMENT OF LABOR ATTN EMPLOYEE BENEFITS SECURITY ADMIN 1835 MARKET ST, 21ST FL, EBSA/21 PHILADELPHIA PA 19103 |
| ATTAR METALS INC | C/O HEITNER & BREITSTEIN PC PO BOX 270 WICKATUNK NJ 07765 |
| ATTAR METALS INC | C/O HEITNER & BREITSTEIN PC PO BOX 270 WICKATUNK NJ 07765-0270 |
| BATHAUER, DOUG | ADDRESS ON FILE |
| CUSTOMERS BANK | ATTN ROBERT HENRY DEYOUNG 40 GENERAL WARREN BLVD, STE 200 MALVERN PA 19355 |
| CUSTOMERS BANK | 40 GENERAL WARREN BLVD STE 200 MALVERN PA 19355-1251 |
| DEPARTMENT OF TREASURY - IRS | ATTN PAMELA HUNTER, BANKRUPTCY SPC 51 HADDONFIELD RD, STE 300 CHERRY HILL NJ 08002 |
| DEPARTMENT OF TREASURY - IRS | ATTN PAMELA HUNTER, BK SPECIALIST 51 HADDONFIELD RD, STE 300 CHERRY HILL NJ 08002 |
| DEPARTMENT OF TREASURY - IRS | PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| DILWORTH PAXSON LLP | ATTN PETER C HUGHES, ESQ 1500 MARKET ST, STE 3500E PHILADELPHIA PA 19102 |
| EASTERN LIFT TRUCK CO INC | 1040 KINGS HWY N STE 100 CHERRY HILL NJ 08034-1925 |
| ECHEVARRIA, ORLANDO | ADDRESS ON FILE |
| EDWARD KURTH & SONS INC | 220 BLACKWOOD BARNSBORO RD SEWELL NJ 08080 |
| EULER HERMES NA, AGENT FOR | JOSEPH FREEDMAN CO INC 800 RED BROOK BLVD, #400C OWINGS MILLS MD 21117 |
| KNOX, ANDRE | ADDRESS ON FILE |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES | C/O PITNEY BOWES INC 27 WATERVIEW DR, 3RD FL SHELTON CT 06484 |
| REICH BROS LLC | 172 S BROADWAY WHITE PLAINS NY 10605 |
| ROLLED STEEL PRODUCTS CORP OF PA | PO BOX 645 511 OLD LANCASTER RD BERWYN PA 19312 |
| ROSENTHAL, SOLOMON | ADDRESS ON FILE |
| SANTIAGO, HENRY | ADDRESS ON FILE |
| SANTIAGO, HENRY | ADDRESS ON FILE |
| STATE OF NEW JERSEY - DIV OF TAXATION | ATTN BANKRUPTCY UNIT PO BOX 245 TRENTON NJ 08695 |
| STATE OF NEW JERSEY DIVISION OF TAXATION | PO BOX 245 TRENTON NJ 08695 |
| STATE OF NEW JERSEY DIVISION OF TAXATION | ATTN BANKRUPTCY UNIT PO BOX 245 TRENTON NJ 08695-0245 |
| STOUT CAPITAL LLC | 150 WEST SECOND ST, STE 400 ROYAL OAK MI 48067 |
| WELLS FARGO BANK NA | ATTN SMALL BUSINESS LENDING DIVISION PO BOX 29482, MAC S4101-08C PHOENIX AZ 85038 |
| YARD TRUCK SPECIALISTS | 4200 CASTEEL DR CORAOPOLIS PA 15108 |

**Total Creditor count  28**

# EXHIBIT B

Aluminum Shapes, L.L.C. - Case No. 21-16520
Core-2002 Email Service List

| Name | Email Address |
| --- | --- |
| ACTING ATTORNEY GENERAL OF NEW JERSEY | buffy.wilson@law.njoag.gov |
| ARCHER & GREINER, P.C. | jkulback@archerlaw.com |
| BROWN & CONNERY, LLP | jgaremore@brownconnery.com |
| BROWN & CONNERY, LLP | dludman@brownconnery.com |
| CULLEN AND DYKMAN LLP | mkwiatkowski@cullenllp.com |
| DILWORTH PAXSON LLP | phughes@dilworthlaw.com |
| DYER & PETERSON, PC | gpeterson@dyerpeterson.com |
| FOX ROTHSCHILD LLP | jdipasquale@foxrothschild.com |
| FOX ROTHSCHILD LLP | mherz@foxrothschild.com |
| FOX ROTHSCHILD LLP | mviscount@foxrothschild.com |
| FOX ROTHSCHILD, LLP | mchovanes@foxrothschild.com |
| HAHALIS & KOUNOUPIS, PC | david@employmentlaw-lv.com |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C. | rpatella@lawjw.com |
| MARKOWITZ & RICHMAN | mareman@markowitzandrichman.com |
| MCCARTER & ENGLISH LLP | jlubertazzi@mccarter.com |
| MCCARTER & ENGLISH LLP | dburke@mccarter.com |
| MERCHANTVILLE- PENNSAUKEN WATER COMMISION | kmcconnell@mpwc.com |
| MERCHANTVILLE- PENNSAUKEN WATER COMMISION | jhershey@mpwc.com |
| PERKINS COIE LLP | tmoss@perkinscoie.com |
| PRA RECEIVABLES MANAGEMENT, LLC | claims_rmsc@pragroup.com |
| RIEMER & BRAUNSTEIN LLP | astumbo@riemerlaw.com |
| RIVKIN RADLER LLP | ana.parikh@rivkin.com |
| SALDUTTI LAW GROUP | rmcdowell@slgcollect.com |
| SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A. | bluckman@shermansilverstein.com |
| SOUTHEASTERN EXTRUSION | jberry@set-tool.com |
| STARFIELD & SMITH, PC | lrowland@starfieldsmith.com |
| STEVENS & LEE, P.C | john.kilgannon@stevenslee.com |
| U.S. DEPARTMENT OF JUSTICE | seth.shapiro@usdoj.gov |
| U.S. DEPARTMENT OF LABOR, OFFICE OF THE SOLICITOR | campbell.suzanne@dol.gov |
| U.S. DEPARTMENT OF LABOR, OFFICE OF THE SOLICITOR | ny-sol-ecf@dol.gov |