| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ 07960<br>Joseph J. DiPasquale, Esq<br>Martha B. Chovanes, Esq.<br>jdipasquale@foxrothschild.com<br>mchovanes@foxrothschild.com<br>Telephone: (609) 348-4515<br>Facsimile: (609) 348-6834<br>Counsel to the Aluminum Shapes Liquidating Trust | |
| In Re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>Debtor. | Case No.: 21-16520<br>Adv. Pro. No.: _____<br>Chapter: 11<br>Subchapter V:  ☐ Yes  ☒ No<br>Hearing Date: _____<br>Judge: JNP |

## ADJOURNMENT REQUEST

1.  I, __Martha B. Chovanes__,

    ☐ am the attorney for: __Aluminum Shapes Liquidating Trust__,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Objection to Claims of Wells Fargo (POC #17) & Customers Bank (POC 10055)

    Current hearing date and time: February 6, 2024 at 11:00 a.m.

    New date requested: March 12, 2024 at 11:00 a.m.

    Reason for adjournment request: Ongoing discussions towards consensual resolution.

    _____

2.  Consent to adjournment:

    ☒ I have the consent of all parties.  ☐ I do not have the consent of all parties (explain below):

    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: January 24, 2024                               /s/ Martha B. Chovanes
                                                     Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted             New hearing date: 3/12/24 at 11             ❏ Peremptory

❏ Granted over objection(s)   New hearing date: _____    ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2