| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** |
| *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br><br> **FOX ROTHSCHILD LLP** <br> 1301 Atlantic Avenue <br> Midtown Building, Suite 400 <br> Atlantic City, NJ 08401-7212 <br> Michael J. Viscount, Esq. <br> Martha B. Chovanes, Esq. <br> Joseph J. DiPasquale, Esq <br> Stephanie J. Slater, Esq. <br> mviscount@foxrothschild.com <br> mchovanes@foxrothschild.com <br> jdipasquale@foxrothschild.com <br> sslater@foxrothschild.com <br> Telephone: (609) 348-4515 <br> Facsimile: (609) 348-6834 <br><br> *Counsel to the Aluminum Shapes Liquidating Trust* |
| In Re: <br><br> ALUMINUM SHAPES, L.L.C., <br><br>                 Debtor. |

Chapter 11

Case No. 21-16520-JNP

Hon. Jerrold N. Poslusny, Jr.

**ORDER GRANTING LIQUIDATING TRUSTEE'S THIRD MOTION
FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE
<u>FOR FILING OBJECTIONS TO CLAIMS</u>**

The relief set forth on the following page numbered two (2), is hereby **ORDERED**.

Page 2

DEBTOR: Aluminum Shapes, L.L.C.
CASE NO: 21-16520-JNP
CAPTION: ORDER GRANTING LIQUIDATING TRUSTEE'S THIRD MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE FOR FILING OBJECTIONS TO CLAIMS

Upon the motion (the "Motion") of Advisory Trust Group, LLC (the "Liquidating Trustee") for entry of an order pursuant to Article VI, Paragraph 6.2.4 of the Plan[1] and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), extending the deadline for the Liquidating Trustee and any other party in interest to the extent permitted under section 502(a) of the Bankruptcy Code to object to claims (the "Claims Objection Bar Date"); and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtor and its creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion be, and hereby is, GRANTED; and it is further

**ORDERED** that the Second Extended Claims Objection Bar Date is hereby extended to and including August 19, 2024, without prejudice to the Liquidating Trustee's right to seek further extensions; and it is further

**ORDERED** that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.