| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**FOX ROTHSCHILD LLP**<br>1301 Atlantic Avenue<br>Midtown Building, Suite 400<br>Atlantic City, NJ 08401-7212<br>Michael J. Viscount, Esq.<br>Martha B. Chovanes, Esq.<br>Joseph J. DiPasquale, Esq<br>Stephanie J. Slater, Esq.<br>mviscount@foxrothschild.com<br>mchovanes@foxrothschild.com<br>jdipasquale@foxrothschild.com<br>sslater@foxrothschild.com<br>Telephone: (609) 348-4515<br>Facsimile: (609) 348-6834<br><br>*Counsel to the Aluminum Shapes Liquidating Trust* |
| In Re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>              Debtor. |

Order Filed on March 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 11

Case No. 21-16520-JNP

Hon. Jerrold N. Poslusny, Jr.

### ORDER GRANTING LIQUIDATING TRUSTEE'S THIRD MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE <u>FOR FILING OBJECTIONS TO CLAIMS</u>

The relief set forth on the following page numbered two (2), is hereby **ORDERED**.

**DATED: March 12, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2

DEBTOR: Aluminum Shapes, L.L.C.
CASE NO: 21-16520-JNP
CAPTION: ORDER GRANTING LIQUIDATING TRUSTEE'S THIRD MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE FOR FILING OBJECTIONS TO CLAIMS

Upon the motion (the "Motion") of Advisory Trust Group, LLC (the "Liquidating Trustee") for entry of an order pursuant to Article VI, Paragraph 6.2.4 of the Plan[1] and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), extending the deadline for the Liquidating Trustee and any other party in interest to the extent permitted under section 502(a) of the Bankruptcy Code to object to claims (the "Claims Objection Bar Date"); and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtor and its creditors; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion be, and hereby is, GRANTED; and it is further

**ORDERED** that the Second Extended Claims Objection Bar Date is hereby extended to and including August 19, 2024, without prejudice to the Liquidating Trustee's right to seek further extensions; and it is further

**ORDERED** that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

2

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16520-JNP |
| Aluminum Shapes, L.L.C. | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 13, 2024 | Form ID: pdf903 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aluminum Shapes, L.L.C., 9000 River Road, Delair, NJ 08110-3200 |
| aty | + | Kurtzman Steady LLC, 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033-2117 |
| aty | + | Michael D Vagnoni, Obermayer Rebmann Maxwell & Hippel, LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |
| aty | + | Obermayer Rebmann Maxwell & Hippel LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ana Parikh | on behalf of Interested Party Residential Fences Corp. ana.parikh@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com |
| Andrew Katz | on behalf of Defendant Martin J. Walsh katz.andrew@dol.gov |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono III asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono asodono@msbnj.com |

Case 21-16520-JNP    Doc 770    Filed 03/15/24    Entered 03/16/24 00:14:22    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 13, 2024 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| Anthony B. Stumbo | on behalf of Creditor Tiger Finance  LLC astumbo@riemerlaw.com |
| Bruce S. Luckman | on behalf of Other Prof. American Express National Bank and American Express Travel Related Services Company  Inc. bluckman@shermansilverstein.com, jbaugh@shermansilverstein.com;bsluckman@gmail.com |
| Bruce S. Luckman | on behalf of Defendant American Express Company bluckman@shermansilverstein.com jbaugh@shermansilverstein.com;bsluckman@gmail.com |
| Buffy L. Wilson | on behalf of Interested Party New Jersey Department of Environmental Protection buffy.wilson@law.njoag.gov |
| Catherine B. Heitzenrater | on behalf of Creditor CHUBB COMPANIES cebeideman@duanemorris.com |
| David H. Stein | on behalf of Defendant Arigato Metals LLC dstein@wilentz.com  ciarkowski@wilentz.com |
| David L. Deratzian | on behalf of Unknown Role Type Nathan H. Kelman  Inc. david@employmentlaw-lv.com |
| Deirdre E. Burke | on behalf of Creditor Tiger Finance  LLC dburke@mccarter.com |
| Donald K. Ludman | on behalf of Creditor Pollution Control Financing Authority of Camden County dludman@brownconnery.com |
| Douglas J. Smillie | on behalf of Creditor Talen Energy Marketing  LLC dsmillie@flblaw.com, ccharlton@flblaw.com |
| Douglas J. Smillie | on behalf of Defendant Talen Energy Marketing  LLC dsmillie@flblaw.com, ccharlton@flblaw.com |
| Drew S. McGehrin | on behalf of Creditor CHUBB COMPANIES dsmcgehrin@duanemorris.com |
| Eamonn O'Hagan | on behalf of Interested Party United States of America eamonn.ohagan@usdoj.gov |
| Edmond M. George | on behalf of Plaintiff Aluminum Shapes  L.L.C. edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| Edmond M. George | on behalf of Attorney Obermayer Rebmann Maxwell & Hippel LLP edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| Edmond M. George | on behalf of Debtor Aluminum Shapes  L.L.C. edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| Elisabeth Bruce | on behalf of Interested Party United States of America on behalf of the Internal Revenue Service elisabeth.m.bruce@usdoj.gov ari.d.kunofsky@usdoj.gov;eastern.taxcivil@usdoj.gov |
| Eugene M. Banta | on behalf of Attorney Eugene Attar Metals emblaw1991@aol.com |
| Franklin Barbosa, Jr | on behalf of Creditor Tiger Finance  LLC fb@spsk.com, vc@spsk.com |
| Gregory Peterson | on behalf of Creditor UGI Energy Services  Inc. gpeterson@dyerpeterson.com |
| Heather Lynn Anderson | on behalf of Creditor State of New Jersey heather.anderson@law.dol.lps.state.nj.us |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jerrold S. Kulback | on behalf of Interested Party Energy Power Investment Company LLC jkulback@archerlaw.com  chansen@archerlaw.com |
| Jessica Deborah Mikhailevich | on behalf of Defendant Airline Hydraulics Corp. jessica.mikhailevich@troutman.com  wlbank@troutman.com |
| John C. Kilgannon | on behalf of Interested Party Aluminum Shapes Liquidating Trust john.kilgannon@stevenslee.com |
| John C. Kilgannon | on behalf of Creditor Aluminum Shapes Liquidating Trust john.kilgannon@stevenslee.com |

Case 21-16520-JNP    Doc 770    Filed 03/15/24    Entered 03/16/24 00:14:22    Desc
Imaged Certificate of Notice    Page 5 of 7

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Mar 13, 2024 | Form ID: pdf903 | Total Noticed: 4 |

| | |
|---|---|
| John C. Kilgannon | on behalf of Plaintiff Advisory Trust Group LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. john.kilgannon@stevenslee.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Jonathan Ohring | on behalf of Defendant Charles Pok jonathan@yankwitt.com |
| Jordan Seth Blask | on behalf of Creditor Cygnus Manufacturing Company jblask@fbtlaw.com rmccartney@fbtlaw.com |
| Joseph Lubertazzi, Jr. | on behalf of Creditor Tiger Finance LLC jlubertazzi@mccarter.com |
| Joseph J. DiPasquale | on behalf of Attorney Official Committee of Unsecured Creditors Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Creditor Aluminum Shapes Liquidating Trust Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes L.L.C. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Plaintiff Advisory Trust Group LLC, as Liquidating Trustee of the Aluminum Shapes Liquidating Trust Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph J. DiPasquale | on behalf of Interested Party Advisory Trust Group LLC Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Joseph M. Garemore | on behalf of Creditor Pollution Control Financing Authority of Camden County jgaremore@brownconnery.com |
| Joseph M. Vann | on behalf of Interested Party CGPN LLC jvann@ctswlaw.com |
| Joseph M. Vann | on behalf of Debtor Aluminum Shapes L.L.C. jvann@ctswlaw.com |
| Joseph S. D'amico, Jr. | on behalf of Creditor Public Service Electric and Gas Company jsdamico@flblaw.com hrivera@flblaw.com |
| Joseph S. D'amico, Jr. | on behalf of Creditor Talen Energy Marketing LLC jsdamico@flblaw.com, hrivera@flblaw.com |
| Karl N. McConnell | on behalf of Creditor Merchantville-Pennsauken Water Commission kmcconnell@mpwc.com jhershey@mpwc.com |
| Kenneth Michael Lewis | on behalf of Unknown Role Type Lisa Johnston klewis@whitefordlaw.com klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com |
| Kenneth Michael Lewis | on behalf of Creditor Douglas Bathauer klewis@whitefordlaw.com klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com |
| Kenneth Michael Lewis | on behalf of Unknown Role Type Robert Otterbein klewis@whitefordlaw.com klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com |
| Kenneth Michael Lewis | on behalf of Creditor Solomon Rosenthal klewis@whitefordlaw.com klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com |
| Lyndsay E. Rowland | on behalf of Creditor Customers Bank lrowland@starfieldsmith.com mayers@starfieldsmith.com |
| Mark E. Hall | on behalf of Plaintiff Advisory Trust Group LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. mhall@foxrothschild.com, cbrown@foxrothschild.com |
| Mark Edward Hall | on behalf of Plaintiff Advisory Trust Group LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. mhall@foxrothschild.com |
| Martha Baskett Chovanes | on behalf of Creditor Aluminum Shapes Liquidating Trust mchovanes@foxrothschild.com rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 5 |
| Date Rcvd: Mar 13, 2024 | Form ID: pdf903 | Total Noticed: 4 |

Martha Baskett Chovanes
    on behalf of Attorney Official Committee of Unsecured Creditors mchovanes@foxrothschild.com
    rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Martha Baskett Chovanes
    on behalf of Attorney Fox Rothschild LLP mchovanes@foxrothschild.com
    rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Martha Baskett Chovanes
    on behalf of Interested Party Advisory Trust Group  LLC mchovanes@foxrothschild.com,
    rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Martha Baskett Chovanes
    on behalf of Creditor Committee Official Committee Of Unsecured Creditors mchovanes@foxrothschild.com
    rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com

Matthew David Areman
    on behalf of Creditor Teamsters Local 837 401(k) Plan mareman@markowitzandrichman.com

Matthew David Areman
    on behalf of Creditor Teamsters Local 107  as Bargaining Agent for Unionized Laid Off Employees of Debtor
    mareman@markowitzandrichman.com

Matthew David Areman
    on behalf of Creditor Teamsters Local 837 Health & Welfare Fund mareman@markowitzandrichman.com

Maureen P. Steady
    on behalf of Plaintiff Aluminum Shapes  L.L.C. msteady@mac.com

Maureen P. Steady
    on behalf of Defendant Eastern Lift Truck Co.  Inc. msteady@mac.com

Maureen P. Steady
    on behalf of Debtor Aluminum Shapes  L.L.C. msteady@mac.com

Melissa A. Pena
    on behalf of Creditor New Life Transport Parts Center mapena@norris-law.com  pfreda@nmmlaw.com

Michael Kwiatkowski
    on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenllp.com  crodriguez@cullenllp.com

Michael J. Viscount, Jr.
    on behalf of Other Prof. BERKELEY RESEARCH GROUP  LLC mviscount@foxrothschild.com,
    rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael J. Viscount, Jr.
    on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes  L.L.C. mviscount@foxrothschild.com,
    rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael J. Viscount, Jr.
    on behalf of Attorney Official Committee of Unsecured Creditors mviscount@foxrothschild.com
    rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael J. Viscount, Jr.
    on behalf of Attorney Fox Rothschild LLP mviscount@foxrothschild.com
    rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael J. Viscount, Jr.
    on behalf of Plaintiff Advisory Trust Group  LLC, as Liquidating Trustee of the Aluminum Shapes Liquidating Trust
    mviscount@foxrothschild.com, rsolomon@foxrothschild.com;ksenese@foxrothschild.com

Michael R. Herz
    on behalf of Creditor Aluminum Shapes Liquidating Trust mherz@foxrothschild.com  cbrown@foxrothschild.com

Michael R. Herz
    on behalf of Interested Party Advisory Trust Group  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Michael R. Herz
    on behalf of Attorney Official Committee of Unsecured Creditors mherz@foxrothschild.com  cbrown@foxrothschild.com

Michael R. Herz
    on behalf of Plaintiff Advisory Trust Group  LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. mherz@foxrothschild.com,
    cbrown@foxrothschild.com

Peter C. Hughes
    on behalf of Creditor Dilworth Paxson LLP phughes@dilworthlaw.com  cct@dilworthlaw.com

Ramanjit K. Chawla
    on behalf of Creditor State of New Jersey ramanjit.chawla@dol.lps.state.nj.us

Raymond M. Patella
    on behalf of Interested Party UGI Energy Services  LLC rpatella@lawjw.com

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Mar 13, 2024 | Form ID: pdf903 | Total Noticed: 4 |

Raymond M. Patella
    on behalf of Defendant UGI Energy Services  LLC rpatella@lawjw.com

Rebecca K. McDowell
    on behalf of Creditor Eastern Lift Truck Co.  Inc. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Rebecca K. McDowell
    on behalf of Defendant Eastern Lift Truck Co.  Inc. rmcdowell@slgcollect.com, anovoa@slgcollect.com

Richard W. Riley
    on behalf of Defendant Solomon A. Rosenthal rriley@wtplaw.com  twhitt@wtplaw.com;clano@whitefordlaw.com

Richard W. Riley
    on behalf of Defendant Doug Bathauer rriley@wtplaw.com  twhitt@wtplaw.com;clano@whitefordlaw.com

Richard W. Riley
    on behalf of Defendant Lisa W. Johnson rriley@wtplaw.com  twhitt@wtplaw.com;clano@whitefordlaw.com

Richard W. Riley
    on behalf of Defendant Robert Otterbein rriley@wtplaw.com  twhitt@wtplaw.com;clano@whitefordlaw.com

Robert Farouk Elgidely
    on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes  L.L.C. relgidely@foxrothschild.com, nj.dkt@foxrothschild.com;EAccetta@foxrothschild.com

Robert Farouk Elgidely
    on behalf of Attorney Official Committee of Unsecured Creditors relgidely@foxrothschild.com nj.dkt@foxrothschild.com;EAccetta@foxrothschild.com

Robert Farouk Elgidely
    on behalf of Plaintiff Advisory Trust Group  LLC, as Liquidating Trustee of the Aluminum Shapes Liquidating Trust relgidely@foxrothschild.com, nj.dkt@foxrothschild.com;EAccetta@foxrothschild.com

Robert W. Keyser
    on behalf of Creditor BB 316 Investments LLC rkeyser@taylorandkeyser.com

Ross J. Switkes
    on behalf of Defendant American Express Company rswitkes@shermansilverstein.com

S. Jason Teele
    on behalf of Interested Party Aspen 9000 LLC steele@sillscummis.com  steele@sillscummis.com

Sara Chenetz
    on behalf of Interested Party Hydro Extrusion USA  LLC schenetz@perkinscoie.com, cmallahi@perkinscoie.com;docketLA@perkinscoie.com;rleibowitz@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com

Seth Brandon Shapiro
    on behalf of Interested Party United States of America seth.shapiro@usdoj.gov

Steven E. Fox
    on behalf of Creditor Tiger Finance  LLC sfox@riemerlaw.com, dromanik@riemerlaw.com

Steven J. Reisman
    on behalf of Interested Party AZZ  Inc. sreisman@katten.com, nyc.bknotices@katten.com

Steven M. Lucks
    on behalf of Defendant Direct Energy Business  LLC slucks@fishkinlucks.com, lhoefel@fishkinlucks.com

Steven M. Lucks
    on behalf of Defendant Direct Energy Business Marketing  LLC slucks@fishkinlucks.com, lhoefel@fishkinlucks.com

Suzanne Demitrio Campbell
    on behalf of Creditor Martin J. Walsh campbell.suzanne@dol.gov

Suzanne Demitrio Campbell
    on behalf of Defendant Martin J. Walsh campbell.suzanne@dol.gov

Tina Moss
    on behalf of Interested Party Hydro Extrusion USA  LLC tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com

Turner Falk
    on behalf of Plaintiff Aluminum Shapes  L.L.C. turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 102