Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−16520−JNP
Chapter: 11
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Aluminum Shapes, L.L.C.
   aka Shapes LLC, fka Delair Aluminum,
   LLC
   9000 River Road
   Delair, NJ 08110

Social Security No.:

Employer's Tax I.D. No.:
   46−1406288

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on March 28, 2024, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 771
Mediation Order. Peter J. Broege, Esq. added to the case. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/27/2024 (kvr)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 28, 2024
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Aluminum Shapes, L.L.C.  
    Debtor

Case No. 21-16520-JNP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 7  
Date Rcvd: Mar 28, 2024      Form ID: orderntc      Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aluminum Shapes, L.L.C., 9000 River Road, Delair, NJ 08110-3200 |
| aty | + | Donald E. Rothman, Riemer & Braunstein, LLP, 100 Cambridge Street, 22nd Floor, Boston, MA 02114-2548 |
| aty | + | Fox Rothschild LLP, 1301 Atlantic Avenue, Midtown Building, Suite 400, Atlantic City, NJ 08401-7247 |
| aty | + | Fox Rothschild LLP, Fox Rothschild LLP, 1301 Atlantic Avenue, Suite 400, Atlantic City, NJ 08401-7227 |
| aty | + | Jerrold Kulback, Archer & Greiner, PC, Three Logan Square, 35th Floor, 1717 Arch Street Philadelphia, PA 19103-2739 |
| aty | + | John C. Kilgannon, Princeton Pike Corporate Center, 100 Lenox Drive, Suite 200, Lawrenceville, NJ 08648-2332 |
| aty | | John T. Piggins, Miller Johnson, PO Box 306, Grand Rapids, MI 49501-0306 |
| aty | + | Joseph M Garemore, Brown & Connery LLP, 6 N. Broad Street, Woodbury, NJ 08096-4635 |
| aty | + | Kurtzman Steady LLC, 2 Kings Highway West, Suite 102, Haddonfield, NJ 08033-2117 |
| aty | + | Martha B. Chovanes, Fox Rothschild, LLP, 2000 Market Street, 20th Floor, Philadelphia, PA 19103-3222 |
| aty | + | Michael D Vagnoni, Obermayer Rebmann Maxwell & Hippel, LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |
| aty | + | Obermayer Rebmann Maxwell & Hippel LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |
| aty | + | Official Committee of Unsecured Creditors, Fox Rothschild, 49 Market Street, Morristown, NJ 07960-5122 |
| aty | + | Russell R. Johnson, III, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103-2168 |
| aty | | Stephanie J. Slater, Fox Rothschild LLP, 99 North Market Street, Suite 300, Wilmington, DE 19899-2323 |
| intp | + | Advisory Trust Group, LLC, c/o Fox Rothschild LLP, 1301 Atlantic Avenue, Midtown Building, Suite 400, Atlantic City, NJ 08401-7247 |
| cr | + | Aluminum Shapes Liquidating Trust, Stevens & Lee, P.C., John C. Kilgannon, Esq,, Princeton Pike Corporate Center, 100 Lenox Drive, Suite 200 Lawrenceville, NJ 08648-2332 |
| acc | + | Asterion, Inc, 1617 JFK Boulevard, Suite 1040, Philadelphia, PA 19103-1810 |
| cr | + | BB 316 Investments LLC, PO Box 953, Lakewood, NJ 08701-0953 |
| op | + | BERKELEY RESEARCH GROUP, LLC, 250 Pehle Avenue, Suite 301, Saddle Brook, NJ 07663-5833 |
| op | + | Berwyn Capital Interest, 25 North Moore Street, 6th Floor, Mew York, NY 10013-2460 |
| cr | + | Coface North America Insurance Company, 650 College Road, Suite 2005, Princeton, NJ 08540-6779 |
| op | + | Cowen and Company, 599 Lexington Avenue, 20th Floor, New York, NY 10022-7773 |
| cr | + | Dilworth Paxson LLP, 1500 Market Street, Suite 3500E, Philadelphia, PA 19102-2101 |
| cr | + | Eastern Lift Truck Co., Inc., c/o Saldutti Law Group, 800 Kings Highway N., Suite 300, Cherry Hill, NJ 08034-1511 |
| intp | + | Energy Power Investment Company LLC, c/o Archer & Greiner, P.C., Attn: Jerrold S. Kulback, Esq., 1717 Arch Street, Suite 3500, Philadelphia, PA 19103-2739 |
| sp | #+ | J Daniel Vorsteg, WHITEFORD, TAYLOR & PRESTON LLP, 220 White Plains Road, Second Floor, Tarrytown, NY 10591-5834 |
| cr | + | Martin J. Walsh, Secretary of Labor, U.S. Dept. of Labor, 200 Constitution Avenue NW, Washington, DC 20210-0001 |
| cr | + | Merchantville-Pennsauken Water Commission, 6751 Westfield Avenue, Pennsauken, NJ 08110-1519 |
| sp | #+ | Michael J Roeschenthaler, WHITEFORD TAYLOR & PRESTON LLP, 220 White Plains Road, Second Floor, Tarrytown, NY 10591-5834 |
| none | + | Nathan H. Kelman, Inc., 41 Euclid Street, Cohoes, NY 12047, UNITED STATES 12047-4708 |
| md | + | Peter J. Broege, Esq., Broege Neumann Fischer & Shaver, L.L.C., 25 Abe Voorhees Drive, Manasquan, NJ 08736-3560 |
| cr | + | Pollution Control Financing Authority of Camden Co, c/o Brown & Connery, LLP, 6 N. Broad Street, Woodbury, NJ 08096-4635 |
| op | + | RIVERON MANAGEMENT SERVICES, LLC, 265 Franklin Street, Suite 1004, Boston, MA 02110-3113 |
| intp | + | Residential Fences Corp., c/o Rivkin Radler LLP, 25 Main Street, Court Plaza North, Suite 501, Hackensack, NJ 07601-9004 |
| sp | #+ | Ronald W Crouch, WHITEFORD, TAYLOR & PRESTON LLP, 220 White Plains Road, Second Floor, Tarrytown, NY 10591-5834 |
| cr | + | State of New Jersey, Dept. of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| cr | + | Talen Energy Marketing, LLC, 600 Hamilton Street, Suite 600, Allentown, PA 18101-2130 |
| cr | + | Teamsters Local 107, as Bargaining Agent for Union, 12275 Townsend Road, Philadelphia, PA 19154-1204 |
| cr | + | Teamsters Local 837 401(k) Plan, 12275 Townsend Road, Philadelphia, PA 19154-1204 |
| cr | + | Teamsters Local 837 Health & Welfare Fund, 12275 Townsend Road, Philadelphia, PA 19154-1287 |
| cr | + | Tiger Finance, LLC, c/o McCarter & English LLP, Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4056 |

| District/off: 0312-1 | User: admin | Page 2 of 7 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: orderntc | Total Noticed: 47 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: sternback@heitnerbreitstein.com | Mar 28 2024 21:12:00 | Eugene Attar Metals, c/o Heitner & Breitstein, P.C., 28 N Main Street, Marlboro, NJ 07746, UNITED STATES 07746-1429 |
| cr | + Email/Text: collections@customersbank.com | Mar 28 2024 21:12:00 | Customers Bank, 99 Bridge Street, Phoenixville, PA 19460-3411 |
| na | ^ MEBN | Mar 28 2024 21:02:49 | Epiq Corporate Restructuring, LLC, 777 Third Avenue, 12th Floor, New York, NY 10017-1302 |
| cr | Email/Text: EBNBKNOT@ford.com | Mar 28 2024 21:13:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| intp | Email/Text: bankruptcycoordinator@dep.nj.gov | Mar 28 2024 21:10:00 | New Jersey Department of Environmental Protection, 401 E. State St., Trenton, NJ 08625 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| trfor | | Amercan Packaging Distributors Corp |
| cr | | Molded Components, Inc. |
| aty | *+ | J Daniel Vorsteg, WHITEFORD, TAYLOR & PRESTON LLP, 220 White Plains Road, Second Floor, Tarrytown, NY 10591-5834 |
| aty | *+ | Michael J Roeschenthaler, WHITEFORD TAYLOR & PRESTON LLP, 220 White Plains Road, Second Floor, Tarrytown, NY 10591-5834 |
| aty | *+ | Obermayer Rebmann Maxwell & Hippel LLP, 1120 Route 73, Suite 420, Mount Laurel, NJ 08054-5109 |
| aty | *+ | Ronald W Crouch, WHITEFORD, TAYLOR & PRESTON LLP, 220 White Plains Road, Second Floor, Tarrytown, NY 10591-5834 |
| op | *+ | Epiq Corporate Restructuring, LLC, 777 Third Avenue, 12th Floor, New York, NY 10017-1302 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Mar 30, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ana Parikh | on behalf of Interested Party Residential Fences Corp. ana.parikh@rivkin.com matthew.spero@rivkin.com;stuart.gordon@rivkin.com |

Case 21-16520-JNP    Doc 773    Filed 03/30/24    Entered 03/31/24 00:20:50    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0312-1 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: orderntc | Total Noticed: 47 |

| | |
|---|---|
| Andrew Katz | on behalf of Defendant Martin J. Walsh katz.andrew@dol.gov |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono III asodono@msbnj.com |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono asodono@msbnj.com |
| Anthony B. Stumbo | on behalf of Creditor Tiger Finance LLC astumbo@riemerlaw.com |
| Bruce S. Luckman | on behalf of Defendant American Express Company bluckman@shermansilverstein.com jbaugh@shermansilverstein.com;bsluckman@gmail.com |
| Bruce S. Luckman | on behalf of Other Prof. American Express National Bank and American Express Travel Related Services Company Inc. bluckman@shermansilverstein.com, jbaugh@shermansilverstein.com;bsluckman@gmail.com |
| Buffy L. Wilson | on behalf of Interested Party New Jersey Department of Environmental Protection buffy.wilson@law.njoag.gov |
| Catherine B. Heitzenrater | on behalf of Creditor CHUBB COMPANIES cebeideman@duanemorris.com |
| David H. Stein | on behalf of Defendant Arigato Metals LLC dstein@wilentz.com ciarkowski@wilentz.com |
| David L. Deratzian | on behalf of Unknown Role Type Nathan H. Kelman Inc. david@employmentlaw-lv.com |
| Deirdre E. Burke | on behalf of Creditor Tiger Finance LLC dburke@mccarter.com |
| Donald K. Ludman | on behalf of Creditor Pollution Control Financing Authority of Camden County dludman@brownconnery.com |
| Douglas J. Smillie | on behalf of Creditor Talen Energy Marketing LLC dsmillie@flblaw.com, ccharlton@flblaw.com |
| Douglas J. Smillie | on behalf of Defendant Talen Energy Marketing LLC dsmillie@flblaw.com, ccharlton@flblaw.com |
| Drew S. McGehrin | on behalf of Creditor CHUBB COMPANIES dsmcgehrin@duanemorris.com |
| Eamonn O'Hagan | on behalf of Interested Party United States of America eamonn.ohagan@usdoj.gov |
| Edmond M. George | on behalf of Plaintiff Aluminum Shapes L.L.C. edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| Edmond M. George | on behalf of Attorney Obermayer Rebmann Maxwell & Hippel LLP edmond.george@obermayer.com michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| Edmond M. George | on behalf of Debtor Aluminum Shapes L.L.C. edmond.george@obermayer.com, michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com |
| Elisabeth Bruce | on behalf of Interested Party United States of America on behalf of the Internal Revenue Service elisabeth.m.bruce@usdoj.gov ari.d.kunofsky@usdoj.gov;eastern.taxcivil@usdoj.gov |
| Eugene M. Banta | on behalf of Attorney Eugene Attar Metals emblaw1991@aol.com |
| Franklin Barbosa, Jr | on behalf of Creditor Tiger Finance LLC fb@spsk.com, vc@spsk.com |
| Gregory Peterson | on behalf of Creditor UGI Energy Services Inc. gpeterson@dyerpeterson.com |
| Heather Lynn Anderson | on behalf of Creditor State of New Jersey heather.anderson@law.dol.lps.state.nj.us |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Jerrold S. Kulback | on behalf of Interested Party Energy Power Investment Company LLC jkulback@archerlaw.com chansen@archerlaw.com |

Case 21-16520-JNP    Doc 773    Filed 03/30/24    Entered 03/31/24 00:20:50    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0312-1 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: orderntc | Total Noticed: 47 |

Jessica Deborah Mikhailevich
    on behalf of Defendant Airline Hydraulics Corp. jessica.mikhailevich@troutman.com wlbank@troutman.com

John C. Kilgannon
    on behalf of Creditor Aluminum Shapes Liquidating Trust john.kilgannon@stevenslee.com

John C. Kilgannon
    on behalf of Plaintiff Advisory Trust Group LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. john.kilgannon@stevenslee.com

John C. Kilgannon
    on behalf of Interested Party Aluminum Shapes Liquidating Trust john.kilgannon@stevenslee.com

John R. Morton, Jr.
    on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Jonathan Ohring
    on behalf of Defendant Charles Pok jonathan@yankwitt.com

Jordan Seth Blask
    on behalf of Creditor Cygnus Manufacturing Company jblask@fbtlaw.com rmccartney@fbtlaw.com

Joseph Lubertazzi, Jr.
    on behalf of Creditor Tiger Finance LLC jlubertazzi@mccarter.com

Joseph J. DiPasquale
    on behalf of Plaintiff Advisory Trust Group LLC, as Liquidating Trustee of the Aluminum Shapes Liquidating Trust Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Interested Party Advisory Trust Group LLC Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Attorney Official Committee of Unsecured Creditors Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Creditor Aluminum Shapes Liquidating Trust Jdipasquale@foxrothschild.com cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph J. DiPasquale
    on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes L.L.C. Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com

Joseph M. Garemore
    on behalf of Creditor Pollution Control Financing Authority of Camden County jgaremore@brownconnery.com

Joseph M. Vann
    on behalf of Interested Party CGPN LLC jvann@ctswlaw.com

Joseph M. Vann
    on behalf of Debtor Aluminum Shapes L.L.C. jvann@ctswlaw.com

Joseph S. D'amico, Jr.
    on behalf of Creditor Talen Energy Marketing LLC jsdamico@flblaw.com, hrivera@flblaw.com

Joseph S. D'amico, Jr.
    on behalf of Creditor Public Service Electric and Gas Company jsdamico@flblaw.com hrivera@flblaw.com

Karl N. McConnell
    on behalf of Creditor Merchantville-Pennsauken Water Commission kmcconnell@mpwc.com jhershey@mpwc.com

Kenneth Michael Lewis
    on behalf of Unknown Role Type Robert Otterbein klewis@whitefordlaw.com klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com

Kenneth Michael Lewis
    on behalf of Creditor Solomon Rosenthal klewis@whitefordlaw.com klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com

Kenneth Michael Lewis
    on behalf of Unknown Role Type Lisa Johnston klewis@whitefordlaw.com klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com

Kenneth Michael Lewis
    on behalf of Creditor Douglas Bathauer klewis@whitefordlaw.com klewis@wtplaw.com;ken-lewis-3941@ecf.pacerpro.com;klewis@whitefordlaw.com

Lyndsay E. Rowland
    on behalf of Creditor Customers Bank lrowland@starfieldsmith.com mayers@starfieldsmith.com

Mark E. Hall

Case 21-16520-JNP    Doc 773    Filed 03/30/24    Entered 03/31/24 00:20:50    Desc
Imaged Certificate of Notice    Page 6 of 8

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 7 |
| Date Rcvd: Mar 28, 2024 | Form ID: orderntc | Total Noticed: 47 |

| | |
|---|---|
| | on behalf of Plaintiff Advisory Trust Group LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. mhall@foxrothschild.com, cbrown@foxrothschild.com |
| Mark Edward Hall | on behalf of Plaintiff Advisory Trust Group LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. mhall@foxrothschild.com |
| Martha Baskett Chovanes | on behalf of Attorney Official Committee of Unsecured Creditors mchovanes@foxrothschild.com rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Martha Baskett Chovanes | on behalf of Attorney Fox Rothschild LLP mchovanes@foxrothschild.com rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Martha Baskett Chovanes | on behalf of Interested Party Advisory Trust Group LLC mchovanes@foxrothschild.com, rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Martha Baskett Chovanes | on behalf of Creditor Committee Official Committee Of Unsecured Creditors mchovanes@foxrothschild.com rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Martha Baskett Chovanes | on behalf of Creditor Aluminum Shapes Liquidating Trust mchovanes@foxrothschild.com rsolomon@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com |
| Matthew David Areman | on behalf of Creditor Teamsters Local 837 401(k) Plan mareman@markowitzandrichman.com |
| Matthew David Areman | on behalf of Creditor Teamsters Local 107 as Bargaining Agent for Unionized Laid Off Employees of Debtor mareman@markowitzandrichman.com |
| Matthew David Areman | on behalf of Creditor Teamsters Local 837 Health & Welfare Fund mareman@markowitzandrichman.com |
| Maureen P. Steady | on behalf of Defendant Eastern Lift Truck Co. Inc. msteady@mac.com |
| Maureen P. Steady | on behalf of Debtor Aluminum Shapes L.L.C. msteady@mac.com |
| Maureen P. Steady | on behalf of Plaintiff Aluminum Shapes L.L.C. msteady@mac.com |
| Melissa A. Pena | on behalf of Creditor New Life Transport Parts Center mapena@norris-law.com pfreda@nmmlaw.com |
| Michael Kwiatkowski | on behalf of Creditor Public Service Electric and Gas Company mkwiatkowski@cullenllp.com crodriguez@cullenllp.com |
| Michael J. Viscount, Jr. | on behalf of Attorney Fox Rothschild LLP mviscount@foxrothschild.com rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael J. Viscount, Jr. | on behalf of Plaintiff Advisory Trust Group LLC, as Liquidating Trustee of the Aluminum Shapes Liquidating Trust mviscount@foxrothschild.com, rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael J. Viscount, Jr. | on behalf of Other Prof. BERKELEY RESEARCH GROUP LLC mviscount@foxrothschild.com, rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael J. Viscount, Jr. | on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes L.L.C. mviscount@foxrothschild.com, rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael J. Viscount, Jr. | on behalf of Attorney Official Committee of Unsecured Creditors mviscount@foxrothschild.com rsolomon@foxrothschild.com;ksenese@foxrothschild.com |
| Michael R. Herz | on behalf of Attorney Official Committee of Unsecured Creditors mherz@foxrothschild.com cbrown@foxrothschild.com |
| Michael R. Herz | on behalf of Plaintiff Advisory Trust Group LLC, Liquidating Trustee for Aluminum Shapes, L.L.C. mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Michael R. Herz | on behalf of Creditor Aluminum Shapes Liquidating Trust mherz@foxrothschild.com cbrown@foxrothschild.com |
| Michael R. Herz | on behalf of Interested Party Advisory Trust Group LLC mherz@foxrothschild.com, cbrown@foxrothschild.com |

Case 21-16520-JNP    Doc 773    Filed 03/30/24    Entered 03/31/24 00:20:50    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0312-1 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: orderntc | Total Noticed: 47 |

| | |
|---|---|
| Peter C. Hughes | on behalf of Creditor Dilworth Paxson LLP phughes@dilworthlaw.com cct@dilworthlaw.com |
| Ramanjit K. Chawla | on behalf of Creditor State of New Jersey ramanjit.chawla@dol.lps.state.nj.us |
| Raymond M. Patella | on behalf of Interested Party UGI Energy Services LLC rpatella@lawjw.com |
| Raymond M. Patella | on behalf of Defendant UGI Energy Services LLC rpatella@lawjw.com |
| Rebecca K. McDowell | on behalf of Creditor Eastern Lift Truck Co. Inc. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Rebecca K. McDowell | on behalf of Defendant Eastern Lift Truck Co. Inc. rmcdowell@slgcollect.com, anovoa@slgcollect.com |
| Richard W. Riley | on behalf of Defendant Solomon A. Rosenthal rriley@wtplaw.com twhitt@wtplaw.com;clano@whitefordlaw.com |
| Richard W. Riley | on behalf of Defendant Doug Bathauer rriley@wtplaw.com twhitt@wtplaw.com;clano@whitefordlaw.com |
| Richard W. Riley | on behalf of Defendant Lisa W. Johnson rriley@wtplaw.com twhitt@wtplaw.com;clano@whitefordlaw.com |
| Richard W. Riley | on behalf of Defendant Robert Otterbein rriley@wtplaw.com twhitt@wtplaw.com;clano@whitefordlaw.com |
| Robert Farouk Elgidely | on behalf of Attorney Official Committee of Unsecured Creditors relgidely@foxrothschild.com nj.dkt@foxrothschild.com;EAccetta@foxrothschild.com |
| Robert Farouk Elgidely | on behalf of Plaintiff Advisory Trust Group LLC, as Liquidating Trustee of the Aluminum Shapes Liquidating Trust relgidely@foxrothschild.com, nj.dkt@foxrothschild.com;EAccetta@foxrothschild.com |
| Robert Farouk Elgidely | on behalf of Plaintiff Official Committee of Unsecured Creditors of Aluminum Shapes L.L.C. relgidely@foxrothschild.com, nj.dkt@foxrothschild.com;EAccetta@foxrothschild.com |
| Robert W. Keyser | on behalf of Creditor BB 316 Investments LLC rkeyser@taylorandkeyser.com |
| Ross J. Switkes | on behalf of Defendant American Express Company rswitkes@shermansilverstein.com |
| S. Jason Teele | on behalf of Interested Party Aspen 9000 LLC steele@sillscummis.com steele@sillscummis.com |
| Sara Chenetz | on behalf of Interested Party Hydro Extrusion USA LLC schenetz@perkinscoie.com, cmallahi@perkinscoie.com;docketLA@perkinscoie.com;rleibowitz@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com |
| Seth Brandon Shapiro | on behalf of Interested Party United States of America seth.shapiro@usdoj.gov |
| Steven E. Fox | on behalf of Creditor Tiger Finance LLC sfox@riemerlaw.com, dromanik@riemerlaw.com |
| Steven J. Reisman | on behalf of Interested Party AZZ Inc. sreisman@katten.com, nyc.bknotices@katten.com |
| Steven M. Lucks | on behalf of Defendant Direct Energy Business LLC slucks@fishkinlucks.com, lhoefel@fishkinlucks.com |
| Steven M. Lucks | on behalf of Defendant Direct Energy Business Marketing LLC slucks@fishkinlucks.com, lhoefel@fishkinlucks.com |
| Suzanne Demitrio Campbell | on behalf of Defendant Martin J. Walsh campbell.suzanne@dol.gov |
| Suzanne Demitrio Campbell | on behalf of Creditor Martin J. Walsh campbell.suzanne@dol.gov |
| Tina Moss | on behalf of Interested Party Hydro Extrusion USA LLC tmoss@perkinscoie.com, tina-moss-8527@ecf.pacerpro.com;Docketnyc@perkinscoie.com;nvargas@perkinscoie.com;MichelleRose@perkinscoie.com |
| Turner Falk | on behalf of Plaintiff Aluminum Shapes L.L.C. turner.falk@saul.com, catherine.santangelo@saul.com;tnfalk@recap.email |

District/off: 0312-1 User: admin Page 7 of 7
Date Rcvd: Mar 28, 2024 Form ID: orderntc Total Noticed: 47

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 102