# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  New Jersey

In re:  Aluminum Shapes, LLC                                    §         Case No.  21-16520
                                                                §
_____                                 §
            Debtor(s)                                           §         ☐ Jointly Administered

## Post-confirmation Report                                                                Chapter 11

Quarter Ending Date: 03/31/2024                                 Petition Date: 08/15/2021

Plan Confirmed Date: 08/11/2022                                 Plan Effective Date: 08/24/2022

This Post-confirmation Report relates to:  ○ Reorganized Debtor

⊙ Other Authorized Party or Entity:  Liquidating Trust of the Estate of Debtor
                                     Name of Authorized Party or Entity

/s/ Bradley Boe                                                 Bradley Boe
Signature of Responsible Party                                  Printed Name of Responsible Party

04/19/2024                                                      110645 N. Oracle Road
Date                                                            Suite 121-371
                                                                Oro Valley, AZ 85737
                                                                Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                          1

Debtor's Name Aluminum Shapes, LLC                                       Case No. 21-16520

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $135,726 | $2,700,636 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $135,726 | $2,700,636 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $5,417,063 | $0 | $5,300,393 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Riveron | Financial Professional | $0 | $0 | $0 | $0 |
| ii | Berwyn Capital | Financial Professional | $0 | $0 | $0 | $0 |
| iii | Cowen and Company, LLC | Financial Professional | $0 | $1,206,359 | $0 | $1,206,359 |
| iv | Epiq Corporate Restructuring | Other | $0 | $19,244 | $0 | $10,374 |
| v | Obermayer Rebman Maxwell | Lead Counsel | $0 | $1,822,621 | $0 | $1,865,722 |
| vi | Kurtzman Steady, LLC | Special Counsel | $0 | $10,645 | $0 | $10,645 |
| vii | Berkeley Research Group, LLC | Other | $0 | $739,348 | $0 | $738,159 |
| viii | Fox Rothschild, LLP | Other | $0 | $1,618,846 | $0 | $1,469,134 |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Aluminum Shapes, LLC                                                    Case No. 21-16520

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

UST Form 11-PCR (12/01/2021)                                3

Debtor's Name Aluminum Shapes, LLC                                                     Case No. 21-16520

|   |       |   |   |   |   |   |   |
|---|-------|---|---|---|---|---|---|
|   | lxxii |   |   |   |   |   |   |
|   | lxxiii |   |   |   |   |   |   |
|   | lxxiv |   |   |   |   |   |   |
|   | lxxv  |   |   |   |   |   |   |
|   | lxxvi |   |   |   |   |   |   |
|   | lxxvii |   |   |   |   |   |   |
|   | lxxviii |   |   |   |   |   |   |
|   | lxxix |   |   |   |   |   |   |
|   | lxxx  |   |   |   |   |   |   |
|   | lxxxi |   |   |   |   |   |   |
|   | lxxxii |   |   |   |   |   |   |
|   | lxxxiii |   |   |   |   |   |   |
|   | lxxxiv |   |   |   |   |   |   |
|   | lxxxv |   |   |   |   |   |   |
|   | lxxxvi |   |   |   |   |   |   |
|   | lxxxvii |   |   |   |   |   |   |
|   | lxxxviii |   |   |   |   |   |   |
|   | lxxxix |   |   |   |   |   |   |
|   | xc    |   |   |   |   |   |   |
|   | xci   |   |   |   |   |   |   |
|   | xcii  |   |   |   |   |   |   |
|   | xciii |   |   |   |   |   |   |
|   | xciv  |   |   |   |   |   |   |
|   | xcv   |   |   |   |   |   |   |
|   | xcvi  |   |   |   |   |   |   |
|   | xcvii |   |   |   |   |   |   |
|   | xcviii |   |   |   |   |   |   |
|   | xcix  |   |   |   |   |   |   |
|   | c     |   |   |   |   |   |   |
|   | ci    |   |   |   |   |   |   |

|    |                                                                                                    |       | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|----|----------------------------------------------------------------------------------------------------|-------|--------------------------|---------------------|----------------------|-----------------|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* |       |                          |                     |                      |                 |
|    | *Itemized Breakdown by Firm*                                                                        |       |                          |                     |                      |                 |
|    | Firm Name                                                                                          | Role  |                          |                     |                      |                 |
| i  |                                                                                                    |       |                          |                     |                      |                 |
| ii |                                                                                                    |       |                          |                     |                      |                 |
| iii|                                                                                                    |       |                          |                     |                      |                 |
| iv |                                                                                                    |       |                          |                     |                      |                 |
| v  |                                                                                                    |       |                          |                     |                      |                 |
| vi |                                                                                                    |       |                          |                     |                      |                 |

UST Form 11-PCR (12/01/2021)                                4

Debtor's Name Aluminum Shapes, LLC																								Case No. 21-16520

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

UST Form 11-PCR (12/01/2021)                                              5

Debtor's Name Aluminum Shapes, LLC                                                    Case No. 21-16520

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

UST Form 11-PCR (12/01/2021)                                6

Debtor's Name Aluminum Shapes, LLC                                                                                         Case No. 21-16520

|   |        |   |   |   |   |   |   |
|---|--------|---|---|---|---|---|---|
|   | xci    |   |   |   |   |   |   |
|   | xcii   |   |   |   |   |   |   |
|   | xciii  |   |   |   |   |   |   |
|   | xciv   |   |   |   |   |   |   |
|   | xcv    |   |   |   |   |   |   |
|   | xcvi   |   |   |   |   |   |   |
|   | xcvii  |   |   |   |   |   |   |
|   | xcviii |   |   |   |   |   |   |
|   | xcix   |   |   |   |   |   |   |
|   | c      |   |   |   |   |   |   |
|   | ci     |   |   |   |   |   |   |
| c.| All professional fees and expenses (debtor & committees) |   |   |   |   |   |   |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

|                              | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|------------------------------|---------------------------------------|----------------------|-----------------|----------------|--------------------------|
| a. Administrative claims     | TBD                                   | $0                   | $0              | $0             | 0%                       |
| b. Secured claims            | TBD                                   | $0                   | $0              | $0             | 0%                       |
| c. Priority claims           | TBD                                   | $0                   | $0              | $0             | 0%                       |
| d. General unsecured claims  | TBD                                   | $0                   | $0              | $0             | 0%                       |
| e. Equity interests          | $0                                    | $0                   | $0              |                |                          |

### Part 4: Questionnaire

a. Is this a final report?                                                                                                 Yes ◯  No ⦿

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿  No ◯

Debtor's Name Aluminum Shapes, LLC                                                    Case No. 21-16520

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/S/ Bradley Boe                                                      Bradley Boe
Signature of Responsible Party                                       Printed Name of Responsible Party

Managing Member of Liquidating Trustee, Advisory T                   04/19/2024
Title                                                                Date

UST Form 11-PCR (12/01/2021)                    8

Debtor's Name Aluminum Shapes, LLC                                                                                      Case No. 21-16520


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                                                9

Debtor's Name Aluminum Shapes, LLC

Case No. 21-16520


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)

10