UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STARFIELD & SMITH, P.C.
Lyndsay Rowland
Id No. 018802007
1300 Virginia Drive, Suite 325
Fort Washington, PA 19034
Tel: 215.542.7070
Fax: 215.542.0723
Attorneys for Customers Bank

In Re:

ALUMINUM SHAPES, L.L.C.,

Debtor.

Case No.: 21-16520

Adv. Pro. No.: _____

Chapter: 11

Subchapter V:   ☐ Yes  ☒ No

Hearing Date: _____

Judge: Poslusny, Jr.

## ADJOURNMENT REQUEST

1. I, __Lyndsay E. Rowland__,

   ☒ am the attorney for: __Customers Bank__,

   ☐ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Objection to Claims on Customers Bank (POC 10055) & Wells Fargo (POC 17)

   Current hearing date and time: May 14, 2024 at 11:00 a.m.

   New date requested: July 16, 2024 at 11 am

   Reason for adjournment request: Ongoing discussion towards a possible resolution with the Trustee, Banks and SBA. Requesting 60 days for hearing and responses to objections.

2. Consent to adjournment:

   ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

   Wells Fargo's counsel also joins in this motion for adjournment.

   _____

I certify under penalty of perjury that the foregoing is true.

Date: April 30, 2024 /s/ Lyndsay E. Rowland
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 7/16/2024 at 11:00am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*

2