| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Adv. Pro. No.: _____

Chapter: _____

Subchapter V:   ❏ Yes  ❏ No

Hearing Date: _____

Judge: _____

**ADJOURNMENT REQUEST**

1. I, _____,

   ❏ am the attorney for: _____,

   ❏ am self-represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _____

   Current hearing date and time: _____

   New date requested: _____

   Reason for adjournment request: _____
   _____

2. Consent to adjournment:

   ❏ I have the consent of all parties.   ❏ I do not have the consent of all parties (explain below):
   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: _____            _____
                                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

❑ Granted          New hearing date: _____        ❑ Peremptory

❑ Granted over objection(s)    New hearing date: _____        ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**