

8899 E 56th Street
Indianapolis, IN 46249

**U.S. Customs and Border Protection**

07/09/2024

Clerk of the U.S. Bankruptcy Court,
401 Market Street,
Camden, NJ 08102.

Re:   Aluminum Shapes, LLC
      Case Number: 21-16520

FILED
JEANNE A. NAUGHTON, CLERK
JUL 23 2024
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

Dear Sir or Madam:

U.S. Customs and Border Protection has moved to a new office location and is no longer at 6650 Telecom Drive in Indianapolis, IN. The address should be updated to

U.S. Customs and Border Protection
Attn: REV-Bankruptcy–203Ja
8899 E. 56th Street
Indianapolis, IN 46249

Please update your records accordingly for U.S. Customs and Border Protection. If you have any questions about the request, please contact the bankruptcy team at BankruptcyTeam@cbp.dhs.gov.

Sincerely,

*[signature]*

Erin Gudaitis
Supervisory Financial Program Specialist
Revenue Protection Branch
Revenue Division

U.S. Customs and
Border Protection

OFFICE OF FINANCE, REVENUE DIVISION
6650 TELECOM DRIVE, STE 100
INDIANAPOLIS, IN 46278

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



Clerk of the U.S. Bankruptcy Court,
401 Market Street,
Camden, NJ 08102

08102815668 C004



US POSTAGE from PITNEY BOWES
ZIP 46249
02 4W
0000389470 JUL 10 2024
$ 000.64⁰