| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**FOX ROTHSCHILD LLP**<br>1301 Atlantic Avenue<br>Midtown Building, Suite 400<br>Atlantic City, NJ 08401-7212<br>Martha B. Chovanes, Esq.<br>Joseph J. DiPasquale, Esq<br>mchovanes@foxrothschild.com<br>jdipasquale@foxrothschild.com<br>Telephone: (609) 348-4515<br>Facsimile: (609) 348-6834<br><br>*Counsel to the Aluminum Shapes Liquidating Trust* | |
| In Re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 21-16520-JNP<br><br>Hon. Jerrold N. Poslusny, Jr. |

**ADJOURNMENT REQUEST**

1.     I, Martha B. Chovanes,

    ☒    am the attorney for: the Aluminum Shapes Liquidating Trust.

    ☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below:

**Matter:** Notice of Intention to Close Case

**Current hearing date and time:** August 1, 2024 at 10:00 a.m. (et)

**New Date Requested:** February 2025 (at the convenience of the Court)

**Reason for adjournment request:** The Liquidating Trustee is in the process of settling two (2) outstanding claims objections, and preparing an interim distribution.

    **2.**    **Consent to adjournment:**

    ☒ **I have the consent of the parties (the U.S. Trustee consents)**
    ☐ **I do not have the consent of all parties (explain below):**

**I certify under penalty of perjury that the foregoing is true.**

**Date:**  **July 25, 2024**                                  ***/s/ Martha B. Chovanes***
                                                                           **Martha B. Chovanes**

**COURT USE ONLY:**

**The request for adjournment is:**

☒ **Granted**                    **New Hearing date:** 2/13/2025 at 10:00am       ☐ **Peremptory**

☐ **Granted over objection(s)**    **New Hearing Date:** _____    ☐ **Peremptory**

☐ **Denied**

        **IMPORTANT:**  **If your request is granted, you must notify interested
        Parties who are not electronic filers of the new hearing date.**