| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** *Caption in Compliance with D.N.J. LBR 9004-1(b)* **FOX ROTHSCHILD LLP** 49 Market Street Morristown, New Jersey 07960 Martha B. Chovanes, Esq. Joseph J. DiPasquale, Esq mchovanes@foxrothschild.com jdipasquale@foxrothschild.com Telephone: (973) 992-4800 Facsimile: (973) 992-9125 *Counsel to the Aluminum Shapes Liquidating Trust* | |
| In Re: ALUMINUM SHAPES, L.L.C., Debtor. | Chapter 11 Case No. 21-16520-JNP Hon. Jerrold N. Poslusny, Jr. **Hearing Date: September 24, 2024 at 11:00 a.m. (ET)** **Objection Deadline: September 17, 2024 at 4:00 p.m. (ET)** |

**NOTICE OF LIQUIDATING TRUSTEE'S FOURTH MOTION FOR ENTRY OF AN ORDER EXTENDING THE DEADLINE FOR FILING OBJECTIONS TO CLAIMS**

**PLEASE TAKE NOTICE** that on September 24, 2024, or as soon thereafter as counsel may be heard, Advisory Trust Group LLC (the "Liquidating Trustee"), by and through its counsel, Fox Rothschild LLP, shall move before the Honorable Jerrold N. Poslusny, Jr., at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, New Jersey 08101, for the entry of an order pursuant to Article VI of the Plan (as defined in the Memorandum of Law) and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), extending the deadline for the Liquidating Trustee and any other party in

161706130.1

interest to the extent permitted under section 502(a) of title 11 of the United States Code (the "Bankruptcy Code"), to object to claims, and for such further relief that the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, the Liquidating Trustee shall rely upon the certification and memorandum of law submitted herewith pursuant to D.N.J. LBR 9013-1(a).

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2, responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 401 Market Street, Second Floor, Camden, New Jersey 08101, and served upon the Liquidating Trustee's undersigned counsel at 49 Market Street, Morristown, New Jersey 07960, no later than seven (7) days prior to the return date.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, this motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-3 and the relief sought herein may be granted without a hearing.

        FOX ROTHSCHILD LLP
        *Attorneys for the Liquidating Trustee*

By:   */s/ Martha B. Chovanes*
       Martha B. Chovanes, Esq.
       Joseph J. DiPasquale, Esq

Dated: August 19, 2024