**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 21-16520 (JNP)<br><br>Hon. Jerrold N. Poslusny, Jr.<br><br>**Ref. Docket No. 781** |

<u>**CERTIFICATE OF SERVICE**</u>

I, JACK LAWRENCE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2024, I caused to be served the "Notice of Liquidating Trustee's Fourth Motion for Entry of an Order Extending the Deadline for Filing Objections to Claims," dated August 19, 2024 [Docket No. 781], and by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and

   b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jack Lawrence*
　　　　　　　　　　　　　　　　　　　　　　　　Jack Lawrence

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACTING ATTORNEY GENERAL OF NEW JERSEY | DIV OF LAW, ENVIRONMENTAL ENFORCEMENT & ENVIRONMENTAL JUSTICE SECTION ATTN BUFFY L WILSON, DAG 25 MARKET ST, PO BOX 093 TRENTON NJ 08625-0093 |
| ARCHER & GREINER, P.C. | (COUNSEL TO ENERGY POWER INVESTMENT COMPANY LLC) ATTN: JEROLD S. KULBACK, ESQ. THREE LOGAN SQUARE 1717 ARCH STREET, STE 3500 PHILADELPHIA PA 19103 |
| BROWN & CONNERY, LLP | (COUNSEL TO POLLUTION CONTROL FINANCING, ET AL) ATTN JOSEPH M GAREMORE, DONALD K LUDMAN 6 NORTH BROAD ST, STE 100 WOODBURY NJ 08096 |
| CULLEN AND DYKMAN LLP | (COUNSEL TO PUBLIC SERVICE ELECTRIC & GAS CO) ATTN MICHAEL KWIATKOWSKI 100 QUENTIN ROOSEVELT BLVD GARDEN CITY NY 11530 |
| DILWORTH PAXSON LLP | ATTN PETER C HUGHES 1500 MARKET ST, STE 3500E PHILADELPHIA PA 19102 |
| DYER & PETERSON PC | (COUNSEL TO UGI ENERGY SVCS, INC) ATTN GREGORY E PETERSON, ESQ 322 US HIGHWAY 46, STE 220E PARSIPPANY NJ 07054 |
| FITZPATRICK LENTZ & BUBBA, P.C. | (COUNSEL TO TALEN ENERGY MARKETING, LLC) ATTN DOUGLAS J SMILLIE, JOSEPH S D'AMICO, JR 645 W HAMILTON ST, STE 800 ALLENTOWN PA 18101 |
| FORD MOTOR CREDIT COMPANY, LLC | NATIONAL BANKRUPTCY SERVICE CENTER PO BOX 62180 COLORADO SPRINGS CO 80962 |
| FOX ROTHSCHILD LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN MICHAEL HERZ, ESQ & JOSEPH J DIPASQUALE, ESQ 49 MARKET ST MORRISTOWN NJ 07960 |
| FOX ROTHSCHILD LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN MICHAEL J VISCOUNT, JR, ESQ MIDTOWN BLDG 1301 ATLANTIC AVE, STE 400 ATLANTIC CITY NJ 08401 |
| FOX ROTHSCHILD, LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CRED) ATTN MARTHA B CHOVANES, ESQ 2000 MARKET ST, 20TH FL PHILADELPHIA PA 19103 |
| FROST BROWN TODD LLC | (COUNSEL TO CYGNUS MANUFACTURING COMPANY) ATTN JORDAN S BLANK, ESQ 501 GRANT ST, STE 800 PITTSBURGH PA 15219 |
| HAHALIS & KOUNOUPIS, PC | (COUNSEL TO NATHAN H. KELMAN, INC) ATTN DAVID L DERATZIAN, ESQ 20 E BROAD ST BETHLEHEM PA 18018 |
| INTERNAL REVENUE SERVICES | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICES | LOCAL OFFICE 600 ARCH STREET PHILADELPHIA PA 19106 |
| INTERNAL REVENUE SERVICES | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVENUE, N.W. WASHINGTON DC 20220 |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & WININS, | P.C. (COUNSEL TO UGI ENERGY SERVICES, LLC) ATTN: RAYMOND M. PATELLA 505 MORRIS AVENUE SPRINGFIELD NJ 07081 |
| MARKOWITZ & RICHMAN | (COUNSEL TO TEAMSTERS LOC 837 HEALTH & WELFARE FUND, ET AL) ATTN MATTHEW D AREMAN, ESQ 123 S BROAD ST, STE 2020 PHILADELPHIA PA 19109 |
| MCCARTER & ENGLISH, LLP | (COUNSEL TO TIGER FINANCE, LLC) ATTN JOSEPH LUBERTAZZI, JR, ESQ DEIRDRE E BURKE, ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 07102 |
| MCCARTER & ENGLISH, LLP | (COUNSEL TO TIGER FINANCE, LLC) ATTN FRANKLIN BARBOSE, JR, ESQ FOUR GATEWAY CENTER 100 MULBERRY ST NEWARK NJ 07102 |
| MERCHANTVILLE-PENNSAUKEN WATER | COMMISSION ATTN KARL N MCCONNELL 6751 WESTFIELD AVENUE PENNSAUKEN NJ 08110 |
| MILLER JOHNSON | (COUNSEL TO NEW LIFE TRANSPORT PARTS CENTER) ATTN JOHN T PIGGINS 45 OTTAWA AVE SW, SUITE 1100 GRAND RAPIDS MI 49503 |
| MORTON & CRAIG LLC | (COUNSEL TO FORD MOTOR CREDIT COMPANY, LLC) ATTN JOHN R MORTON, JR, ESQ 110 MARTER AVE, STE 301 MOORESTOWN NJ 08057 |
| OFFICE OF THE UNITED STATES ATTORNEY GENERAL | US DEPARTMENT OF JUSTICE ATTN MERRICK GARLAND 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |
| OFFICE OF THE UNITED STATES TRUSTEE | UNITED STATES DEPARTMENT OF JUSTICE ATTN JEFFREY M SPONDER, ESQ ONE NEWARK CENTER, STE 2100 NEWARK NJ 07102 |
| PERKINS COIE LLP | (COUNSEL TO HYDRO EXTRUSION USA, LLC) ATTN: TINA N. MOSS 1155 AVENUE OF THE AMERICAS 22ND FLOOR NEW YORK NY 10036-2711 |
| RIEMER & BRAUNSTEIN LLP | (COUNSEL TO SECURED LENDER TIGER FINANCE, LLC) ATTN ANTHONY B STUMBO, ESQ TIMES SQUARE TOWER SEVEN TIMES SQUARE, STE 2506 NEW YORK NY 10036 |
| RIVKIN RADLER LLP | (COUNSEL TO RESIDENTIAL FENCES CORP) ATTN: ANA PARIKH 25 MAIN STREET, COURT PLAZA NORTH SUITE 501 HACKENSACK NJ 07601-7082 |
| SALDUTTI LAW GROUP | (COUNSEL TO EASTERN LIFT TRUCK CO, INC) ATTN REBECCA K MCDOWELL, ESQ 1040 KINGS HIGHWAY N, STE 100 CHERRY HILL NJ 08034 |

| Claim Name | Address Information |
|---|---|
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE 200 VESEY ST, STE 400 NEW YORK NY 10281 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SHERMAN, SILVERSTEIN, KOHL, ROSE & | PODOLSKY, P.A. (COUNSEL TO AMERICAN EXPRESS NAT'L BANK AND AMERICAN EXPRESS TRAVEL RELATED SVCS CO, INC.) ATTN: BRUCE S. LUCKMAN 308 HARPER DRIVE, STE 200 MOORESTOWN NJ 08057 |
| STARFIELD & SMITH, PC | (COUNSEL TO CUSTOMERS BANK) ATTN: LYNDSAY E. ROWLAND, ESQ. 1300 VIRGINIA DR, STE 325 FORT WASHINGTON PA 19034 |
| STATE OF NEW JERSEY | DEPT OF ENVIRONMENTAL PROTECTION MAIL CODE 401-04B 401 E STATE ST PO BOX 420 TRENTON NJ 08625-0420 |
| STEVENS & LEE, P.C. | (COUNSEL TO LIQUIDATING TRUST) ATTN: JOHN. C. KILGANNON 100 LENOX DRIVE STE 200 LAWRENCEVILLE NJ 08648 |
| SYNCHRONY BANK | C/O PRA RECEIVABLES MANAGEMENT, LLC ATTN VALERIE SMITH, SR MANAGER PO BOX 41021 NORFOLK VA 23541 |
| TAYLOR AND KEYSER LLC | (COUNSEL TO BB 316 INVESTMENTS LLC) 89 HADDON AVE, STE B2 HADDONFIELD NJ 08033 |
| U.S. DEPARTMENT OF JUSTICE | (COUNSEL TO UNITED STATES OF AMERICA) ATTN: SETH B. SHAPIRO, SR. TRIAL COUNSEL CIVIL DIVISION 1100 L STREET, NW – 7TH FL-RM 7114 WASHINGTON DC 20005 |
| U.S. DEPARTMENT OF LABOR | OFFICE OF SOLICITOR (COUNSEL TO M. WALSH, SECY OF LABOR) ATTN SUZANNE DEMITRIO CAMPBELL 201 VARICK ST, ROOM 983 NEW YORK NY 10014 |
| U.S. ENVIROMENTAL PROTECTION AGENCY | REGION 2 290 BROADWAY, 17TH FLOOR 2 NEW YORK NY 10007-1866 |
| UNITED STATES ATTORNEY'S OFFICE | DISTRICT OF NEW JERSEY ATTN ANDREW J BRUCK 970 BROAD ST, 7TH FL NEWARK NJ 07102 |
| UNITED STATES ATTORNEY'S OFFICE, THE | FOR THE DISTRICT OF NEW JERSEY PETER RODINO FEDERAL BUILDING 970 BROAD ST, STE 700 NEWARK NJ 07102 |
| US ENVIRONMENTAL PROTECTION AGENCY | ATTN SCOTT PRUITT, ADMINISTRATOR ARIEL RIOS BUILDING 1200 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20460 |
| WHITEFORD, TAYLOR & PRESTON LLP | (COUNSEL TO SOLOMON ROSENTHAL, DOUGLAS BATHAUER.) ATTN: KENNETH M. LEWIS 220 WHITE PLAINS RD, 2ND FL TARRYTOWN NY 10591 |

**Total Creditor count  44**

**EXHIBIT B**

Case 21-16520-JNP    Doc 782    Filed 08/21/24    Entered 08/21/24 17:35:58    Desc Main
Document    Page 5 of 6

Aluminum Shapes, L.L.C.
Case No. 21-16520
Core-2002 Email Service List

| Name | Email Address |
| --- | --- |
| ACTING ATTORNEY GENERAL OF NEW JERSEY | buffy.wilson@law.njoag.gov |
| ARCHER & GREINER, P.C. | jkulback@archerlaw.com |
| BROWN & CONNERY, LLP | jgaremore@brownconnery.com |
| BROWN & CONNERY, LLP | dludman@brownconnery.com |
| CULLEN AND DYKMAN LLP | mkwiatkowski@cullenllp.com |
| DILWORTH PAXSON LLP | phughes@dilworthlaw.com |
| DYER & PETERSON, PC | gpeterson@dyerpeterson.com |
| FOX ROTHSCHILD LLP | jdipasquale@foxrothschild.com |
| FOX ROTHSCHILD LLP | mherz@foxrothschild.com |
| FOX ROTHSCHILD LLP | mviscount@foxrothschild.com |
| FOX ROTHSCHILD, LLP | mchovanes@foxrothschild.com |
| HAHALIS & KOUNOUPIS, PC | david@employmentlaw-lv.com |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C. | rpatella@lawjw.com |
| MARKOWITZ & RICHMAN | mareman@markowitzandrichman.com |
| MCCARTER & ENGLISH LLP | jlubertazzi@mccarter.com |
| MCCARTER & ENGLISH LLP | dburke@mccarter.com |
| MERCHANTVILLE- PENNSAUKEN WATER COMMISION | kmcconnell@mpwc.com |
| MERCHANTVILLE- PENNSAUKEN WATER COMMISION | jhershey@mpwc.com |
| PERKINS COIE LLP | tmoss@perkinscoie.com |
| PRA RECEIVABLES MANAGEMENT, LLC | claims_rmsc@pragroup.com |
| RIEMER & BRAUNSTEIN LLP | astumbo@riemerlaw.com |
| RIVKIN RADLER LLP | ana.parikh@rivkin.com |
| SALDUTTI LAW GROUP | rmcdowell@slgcollect.com |
| SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A. | bluckman@shermansilverstein.com |
| SOUTHEASTERN EXTRUSION | jberry@set-tool.com |
| STARFIELD & SMITH, PC | lrowland@starfieldsmith.com |
| STEVENS & LEE, P.C | john.kilgannon@stevenslee.com |
| U.S. DEPARTMENT OF JUSTICE | seth.shapiro@usdoj.gov |
| U.S. DEPARTMENT OF LABOR, OFFICE OF THE SOLICITOR | campbell.suzanne@dol.gov |
| U.S. DEPARTMENT OF LABOR, OFFICE OF THE SOLICITOR | ny-sol-ecf@dol.gov |