| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> *Caption in Compliance with D.N.J. LBR 9004-1(b)* <br><br> **FOX ROTHSCHILD LLP** <br> 1301 Atlantic Avenue <br> Midtown Building, Suite 400 <br> Atlantic City, NJ 08401-7212 <br> Martha B. Chovanes, Esq. <br> Joseph J. DiPasquale, Esq <br> mchovanes@foxrothschild.com <br> jdipasquale@foxrothschild.com <br> Telephone: (609) 348-4515 <br> Facsimile: (609) 348-6834 <br><br> *Counsel to the Aluminum Shapes Liquidating Trust* |

| | |
|---|---|
| In Re: <br><br> ALUMINUM SHAPES, L.L.C., <br><br> Debtor. | Chapter 11 <br><br> Case No. 21-16520-JNP <br><br> Hon. Jerrold N. Poslusny, Jr. |

## ADJOURNMENT REQUEST

1.    I, Martha B. Chovanes,

    ☒    am the attorney for: the Aluminum Shapes Liquidating Trust.

    ☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below:

**Matter:** Motion to Expunge Claims [Docket No. 751]

**Current hearing date and time:** September 17, 2024 at 11:00 a.m. (et)

**New Date Requested:** November 2024 (at the convenience of the Court)

**Reason for adjournment request:** The Liquidating Trustee has settled, in principal, with the SBA, Wells Fargo and Customers' Bank and requires 60 days to document and file the necessary pleadings.

**2. Consent to adjournment:**

☒ **I have the consent of the parties**
☐ **I do not have the consent of all parties (explain below):**

**I certify under penalty of perjury that the foregoing is true.**

**Date:  September 12, 2024**                         */s/ Martha B. Chovanes*
                                                                              **Martha B. Chovanes**

<u>**COURT USE ONLY:**</u>

**The request for adjournment is:**

☒ **Granted**          New Hearing date:  11/19/24 at 11:00 am          ☐ **Peremptory**

☐ **Granted over objection(s)**    New Hearing Date: _____    ☐ **Peremptory**

☐ **Denied**

**IMPORTANT:  If your request is granted, you must notify interested Parties who are not electronic filers of the new hearing date.**

2