### IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF New Jersey

In re:                                    )
                                          ) Chapter 11
Aluminum Shapes, L.L.C.                   )
                                          ) Case No. 21-16520
            Debtors.                      )

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Euler Hermes N.A - Agent for Northeast Metal Traders, a creditor in the case of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to claim number ____5____ in the amounts of $ 172,876.78 , be sent to the new address set forth below, effective as of the date hereof.

*If no proof of claim has been filed, please check here: ____ *

Former Address(es):

Euler Hermes N.A - Agent for Northeast Metal Traders
800 Red Brook Blvd, #400C
Owings Mills, MD 21117

New Address:

Euler Hermes N.A - Agent for Northeast Metal Traders
c/o ASM Capital X LLC
100 Jericho Quadrangle – Suite 230
Jericho, NY 11753

I declare under penalty of perjury that the foregoing is true and correct.

Euler Hermes N.A - Agent for Northeast Metal Traders

Signature: _[signature]_
Print Name: Lisa Bund
Title: Sr. Claims Adjuster
Date: 9/9/24