**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-16520 (JNP)<br><br>**Ref. Docket No. 784** |

## CERTIFICATE OF SERVICE

STATE OF NEW YORK     )
                                          ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 17, 2024, I caused to be served *a customized* "Notice of Defective Transfer," dated September 17, 2024, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED.  PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

# EXHIBIT A

In re:

Aluminum Shapes, L.L.C.

    Debtor

Chapter 11

Case No. 21-16520 (JNP)

## NOTICE OF DEFECTIVE TRANSFER

EULER HERMES NA, AGENT FOR
NOTHEAST METAL TRADERS
800 RED BROOK BLVD, #400C
OWINGS MILLS, MD 21117

BAR(23) MAILID \*\*\* 000227994240 \*\*\*   ALU DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1



ASM CAPITAL X LLC
ATTN: ADAM MOSKOWITZ
100 JERICHO QUADRANGLE, STE 230
JERICHO, NY 11753

**Your transfer of claim # 5 is defective for the reason(s) checked below:**

Transfer Occurred After Record Date

Docket Number   784          Date:  09/16/2024

/s/ Diane Streany

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

# EXHIBIT B

# ALUMINUM SHAPES
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ASM CAPITAL X LLC | ATTN: ADAM MOSKOWITZ, 100 JERICHO QUADRANGLE, STE 230, JERICHO, NY 11753 |
| EULER HERMES NA, AGENT FOR | NOTHEAST METAL TRADERS, 800 RED BROOK BLVD, #400C, OWINGS MILLS, MD 21117 |

**Total Creditor Count 2**

# ALUMINUM SHAPES, L.L.C.
## Case No. 21-16520
## Service List

OBERMAYER REBMANN MAXWELL & HIPPEL LLP
1120 ROUTE 73, SUITE 420
ATTN: EDMOND M. GEORGE &
MICHAEL D. VAGNONI
MOUNT LAUREL, NJ 08054-5108