**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**FOX ROTHSCHILD LLP**
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401-7212
Martha B. Chovanes, Esq.
Joseph J. DiPasquale, Esq
mchovanes@foxrothschild.com
jdipasquale@foxrothschild.com
Telephone: (609) 348-4515
Facsimile: (609) 348-6834

*Counsel to the Aluminum Shapes Liquidating Trust*

In Re:

ALUMINUM SHAPES, L.L.C.,

                Debtor.

Chapter 11

Case No. 21-16520-JNP

Hon. Jerrold N. Poslusny, Jr.

**ADJOURNMENT REQUEST**

1.     I, Martha B. Chovanes,

    ☒     am the attorney for: the Aluminum Shapes Liquidating Trust.

    ☐     am self represented,

and request an adjournment of the following hearing for the reason set forth below:

**Matter:** Notice of Intention to Close Case

**Current hearing date and time:** February 20, 2025 at 10:00 a.m.

**New Date Requested:** June 2025 (at the convenience of the Court)

**Reason for adjournment request:**     The Liquidating Trustee plans to make an initial, if not final, distribution by the end of March 2025 but in an abundance of caution requests that the case be kept open until June 2025.

168069321.1

**2.     Consent to adjournment:**

☒ I have the consent of the parties
☐ I do not have the consent of all parties (explain below):

**I certify under penalty of perjury that the foregoing is true.**

**Date:    February 10, 2025**                          */s/ Martha B. Chovanes*
                                                        **Martha B. Chovanes**

<u>**COURT USE ONLY:**</u>

**The request for adjournment is:**

☒ **Granted**          **New Hearing date:** 6/19/2025 at 10:00am          ☐ **Peremptory**

☐ **Granted over objection(s)**   **New Hearing Date:** _____   ☐ **Peremptory**

☐ **Denied**

> **IMPORTANT:** If your request is granted, you must notify interested
> Parties who are not electronic filers of the new hearing date.

2
168069321.1