IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF New Jersey

In re:                                         )
                                               ) Chapter 11
Aluminum Shapes, L.L.C.                        )
                                               ) Case No. 21-16520
                    Debtors.                   )

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that IFM EFECTOR INC , a creditor in the case of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating solely to claim number ___16___ in the amounts of $4,775.27, be sent to the new address set forth below, effective as of the date hereof.

*If no proof of claim has been filed, please check here: ____ *

Former Address(es):

IFM EFECTOR INC
c/o HEITNER & BREITSTEIN PC / PO Box 270
Wickatunk, NJ 07765

New Address:

IFM EFECTOR INC
c/o ASM Capital X LLC
100 Jericho Quadrangle – Suite 230
Jericho, NY 11753

I declare under penalty of perjury that the foregoing is true and correct.

IFM EFECTOR INC

Signature: _[signature]_
Print Name: Eugene M. Banta
Title: Attorney for IFM
Date: 5/15/26