**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| ALUMINUM SHAPES, L.L.C., | Case No. 21-16520 (JNP) |
| Debtor. | **Ref. Docket No. 795** |

## CERTIFICATE OF SERVICE

I, DIANE STREANY, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 14, 2025, I caused to be served a *customized* "Notice of Defective Transfer," dated May 13, 2025, *related to Docket No. 795*, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED.  PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Diane Streany*
Diane Streany

**EXHIBIT A**

Case 21-16520-JNP    Doc 798    Filed 05/20/25    Entered 05/20/25 12:18:12    Desc Main
Document      Page 2 of 6

In re:

Aluminum Shapes, L.L.C.

    Debtor

Chapter 11

Case No. 21-16520 (JNP)

## NOTICE OF DEFECTIVE TRANSFER

IFM EFECTOR INC
C/O HEITNER & BREITSTEIN PC
PO BOX 270
WICKATUNK, NJ 07765

IFM EFECTOR INC
C/O HEITNER & BREITSTEIN PC
PO BOX 270
WICKATUNK, NJ 07765-0270

BAR(23) MAILID *** 000236980346 ***    ALU DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 2

ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

**Your transfer of claim # 16 is defective for the reason(s) checked below:**

Transfer Occurred After Record Date

Docket Number   795          Date: 05/13/2025

/s/ Diane Streany

_____

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

# ALUMINUM SHAPES
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ASM CAPITAL | 7600 JERICHO TURNPIKE STE 302, WOODBURY, NY 11797 |
| IFM EFECTOR INC. | C/O HEITNER & BREITSTEIN PC, PO BOX 270, WICKATUNK, NJ 07765 |

ALUMINUM SHAPES, L.L.C., Case No. 21-16520 (JNP)
First Class Mail Counsel Service List

Obermayer Rebmann Maxwell & Hippel LLP
1120 Route 73, Suite 420
Attn: Edmond M. George & Michael D. Vagnoni
Mount Laurel, NJ 08054-5108