**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

***Caption in Compliance with D.N.J. LBR 9004-1(b)***

**FOX ROTHSCHILD LLP**
49 Market Street
Morristown, NJ 07960
Martha B. Chovanes, Esq.
Joseph J. DiPasquale, Esq.
mchovanes@foxrothschild.com
jdipasquale@foxrothschild.com
Telephone: (973) 992-4800
Facsimile: (973) 992-9125

*Counsel to the Aluminum Shapes Liquidating Trust*

| | |
|---|---|
| In Re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 21-16520-JNP<br><br>Hon. Jerrold N. Poslusny, Jr. |

**LIQUIDATING TRUSTEE'S OBJECTION IN RESPONSE TO NOTICE OF INTENTION TO CLOSE CASE PURSUANT TO D.N.J. LBR 3022-1(a)**

Advisory Trust Group, LLC, the liquidating trustee (the "Liquidating Trustee"), by and through its undersigned counsel, hereby files this objection (the "Objection") in response to the *Notice of Intention to Close Case Pursuant to D.N.J. LBR 3022-1(a)* (the "Notice of Case Closure") [Docket No. 703] filed by the United States Bankruptcy Court for the District of New Jersey (the "Court"). In support of the Objection, the Liquidating Trustee states as follows:

**OBJECTION**

1. By way of background, on August 11, 2022, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis, and (II)*

*Confirming the Official Committee of Unsecured Creditors' Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 619] (the "Confirmation Order") which approved on a final basis and confirmed the *Disclosure Statement of the Official Committee of Unsecured Creditors for the Plan of Liquidation of the Official Committee of Unsecured Creditors Dated May 6, 2022* (as further modified, supplemented and amended including all attachments and exhibits thereto) [Docket No. 512] and confirmed *The Official Committee of Unsecured Creditors' Plan of Liquidation* [Docket No. 511] (as further modified, supplemented and amended including all attachments and exhibits thereto, the "Plan").[1]

2. Through the Plan and Confirmation Order, Advisory Trust Group, LLC was appointed as the Liquidating Trustee for the Liquidating Trust.

3. As set forth in more detail herein, the Liquidating Trustee requests that the Court refrain from closing the Chapter 11 Case because it is premature at this juncture. The Liquidating Trustee is in the process of completing essential tasks for the orderly liquidation and finalizing the distribution of assets and closing of the Debtors' estates. Specifically, the Liquidating Trustee is (i) finalizing its review and reconciliation of any remaining proofs of claims filed against the Debtor's estates; and (ii) preparing its initial distribution to allowed unsecured claimants.

4. Since the Effective Date, the Liquidating Trustee has worked diligently to reconcile proofs of claim filed against the Debtor's estate. The claims review process must be finalized before the Chapter 11 Case is closed.

5. Moreover, as preserved in the Plan, the Liquidating Trustee pursued certain Causes of action and Avoidance Actions. *See generally*, Plan at Article III, ¶ 3.2. The Liquidating Trustee

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

has finalized and settled the remaining Causes of Action and Avoidance Actions and is in the process of preparing to make distributions.

6. For the foregoing reasons, the Liquidating Trustee believes that closing the Chapter 11 Case is premature, and the Liquidating Trustee intends to file a motion to close the Chapter 11 Case once distributions have been made.

WHEREFORE, the Liquidating Trustee respectfully requests that the Court (i) refrain from closing the Chapter 11 Case as set forth in the Notice of Case Closure; and (ii) grant such other and further relief as the Court deems just and proper.

                                              **FOX ROTHSCHILD LLP**
*Attorneys for the Liquidating Trustee*

By: */s/ Martha B. Chovanes*
      Martha B. Chovanes, Esq.
      Joseph J. DiPasquale, Esq.

Dated: June 3, 2025