| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>*Caption in Compliance with D.N.J. LBR 9004-1(b)*<br><br>**FOX ROTHSCHILD LLP**<br>1301 Atlantic Avenue<br>Midtown Building, Suite 400<br>Atlantic City, NJ 08401-7212<br>Martha B. Chovanes, Esq.<br>Joseph J. DiPasquale, Esq<br>mchovanes@foxrothschild.com<br>jdipasquale@foxrothschild.com<br>Telephone: (609) 348-4515<br>Facsimile: (609) 348-6834<br><br>*Counsel to the Aluminum Shapes Liquidating Trust* |

| | |
|---|---|
| In Re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>                         Debtor. | Chapter 11<br><br>Case No. 21-16520-JNP<br><br>Hon. Jerrold N. Poslusny, Jr. |

## ADJOURNMENT REQUEST

1.   I, Martha B. Chovanes,

  ☒    am the attorney for: the Aluminum Shapes Liquidating Trust.

  ☐    am self represented,

  and request an adjournment of the following hearing for the reason set forth below:

  **Matter:** Notice of Intention to Close Case [Docket No. 703]

  **Current hearing date and time:** June 12, 2025 at 10:00 a.m. (et)

  **New Date Requested:** August 12, 2025 (at the convenience of the Court)

  **Reason for adjournment request:**    The Liquidating Trustee has finalized and settled the remaining Causes of Action and Avoidance Actions and is in the process of preparing to make distributions.

173020511.1

**2. Consent to adjournment:**

☒ I have the consent of the parties
☐ I do not have the consent of all parties (explain below):

**I certify under penalty of perjury that the foregoing is true.**

**Date:  June 5, 2025**                    */s/ Martha B. Chovanes*
                                            **Martha B. Chovanes**

<u>**COURT USE ONLY:**</u>

**The request for adjournment is:**          8/21/2025 at 10:00am

☒ **Granted**          **New Hearing date:** _____          ☐ **Peremptory**

☐ **Granted over objection(s)**   **New Hearing Date:** _____   ☐ **Peremptory**

☐ **Denied**

> **IMPORTANT:  If your request is granted, you must notify interested
> Parties who are not electronic filers of the new hearing date.**

2
173020511.1