**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**FOX ROTHSCHILD LLP**
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401-7212
Martha B. Chovanes, Esq.
Joseph J. DiPasquale, Esq
mchovanes@foxrothschild.com
jdipasquale@foxrothschild.com
Telephone: (609) 348-4515
Facsimile: (609) 348-6834

*Counsel to the Aluminum Shapes Liquidating Trust*

In Re:

ALUMINUM SHAPES, L.L.C.,

          Debtor.

Chapter 11

Case No. 21-16520-JNP

Hon. Jerrold N. Poslusny, Jr.

**ADJOURNMENT REQUEST**

1.    I, Martha B. Chovanes,

    ☒    am the attorney for: the Aluminum Shapes Liquidating Trust.

    ☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below:

**Matter:** Notice of Intention to Close Case [Docket No. 703]

**Current hearing date and time:** August 21, 2025 at 10:00 a.m. (et)

**New Date Requested:** October 13, 2025 (at the convenience of the Court)

**Reason for adjournment request:** The Liquidating Trustee has finalized and settled the remaining Causes of Action and Avoidance Actions and has made a distribution. However, there is still an outstanding issue with the environmental escrow that must be resolved prior to closing the case.

175591005.2

    **2.**     **Consent to adjournment:**

☒ **I have the consent of the parties**
☐ **I do not have the consent of all parties (explain below):**

**I certify under penalty of perjury that the foregoing is true.**

**Date:**     **August 12, 2025**                        */s/ Martha B. Chovanes*
                                                                   **Martha B. Chovanes**

**COURT USE ONLY:**

**The request for adjournment is:**

☒ **Granted**                    **New Hearing date:** 10/16/2025 at 10am        ☐ **Peremptory**

☐ **Granted over objection(s)**     **New Hearing Date:** _____        ☐ **Peremptory**

☐ **Denied**

         **IMPORTANT:** If your request is granted, you must notify interested
         Parties who are not electronic filers of the new hearing date.

175591005.2