UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

B. Carina De La Paz
Trial Attorney
U.S. Department of Labor, Office of the Solicitor
201 Varick St., Room 983
New York, NY 10014
Tel.: (646) 264-3654
Email: delapaz.barbara.c@dol.gov
ny-sol-ecf@dol.gov

In Re:
In Re:
Aluminum Shapes, L.L.C.
Debtor

Case No.: 21-16520-JNP

Chapter: 11

Judge: JNP

# NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Sec'y of Labor_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  B. Carina De La Paz
Trial Attorney
U.S. Department of Labor, Office of the Solicitor
201 Varick St., Room 983
New York, NY 10014

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 12/11/2025

/s/ B. Carina De La Paz
Signature

*new.8/1/15*