**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**FOX ROTHSCHILD LLP**

1301 Atlantic Avenue

Midtown Building, Suite 400

Atlantic City, NJ 08401-7212

Martha B. Chovanes, Esq.

Joseph J. DiPasquale, Esq

mchovanes@foxrothschild.com

jdipasquale@foxrothschild.com

Telephone: (609) 348-4515

Facsimile: (609) 348-6834

*Counsel to the Aluminum Shapes Liquidating Trust*

---

In Re:

ALUMINUM SHAPES, L.L.C.,

          Debtor.

Chapter 11

Case No. 21-16520-JNP

Hon. Jerrold N. Poslusny, Jr.

---

**ADJOURNMENT REQUEST**

1.  **I, Martha B. Chovanes,**

    ☒      **am the attorney for: the Aluminum Shapes Liquidating Trust.**

    ☐      **am self represented,**

    **and request an adjournment of the following hearing for the reason set forth below:**

    **Matter:  Notice of Intention to Close Case [Docket No. 703]**

    **Current hearing date and time:  May 7, 2026 at 10:00 a.m. (et)**

    **New Date Requested:  July 16, 2026 at 10:00 a.m. (or at the convenience of the Court)**

184947540.1

**Reason for adjournment request:**      **The Liquidating Trustee has finalized and settled the remaining Causes of Action and Avoidance Actions and has made a distribution.  The environmental escrow issue has just been agreed upon and the liquidating trustee needs time to document the agreement, obtain the funds and determine whether additional distributions will be due prior to closing the case.**

**2.      Consent to adjournment:**

☒ **I have the consent of the parties**
☐ **I do not have the consent of all parties (explain below):**

**I certify under penalty of perjury that the foregoing is true.**

**Date:    April 29, 2026**      _/s/ Martha B. Chovanes_____
                                       **Martha B. Chovanes**

<u>**COURT USE ONLY:**</u>

**The request for adjournment is:**

☒ **Granted**      **New Hearing date:** _7/16/2026 at 10am_____      ☐ **Peremptory**

☐ **Granted over objection(s)**      **New Hearing Date:** _____      ☐ **Peremptory**

☐ **Denied**

**IMPORTANT:  If your request is granted, you must notify interested Parties who are not electronic filers of the new hearing date.**

2

184947540.1