**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(b)*

**FOX ROTHSCHILD LLP**
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401-7212
Martha B. Chovanes, Esq.
Joseph J. DiPasquale, Esq
mchovanes@foxrothschild.com
jdipasquale@foxrothschild.com
Telephone: (609) 348-4515
Facsimile: (609) 348-6834

*Counsel to the Aluminum Shapes Liquidating Trust*

| | |
|---|---|
| In Re:<br><br>ALUMINUM SHAPES, L.L.C.,<br><br>               Debtor. | Chapter 11<br><br>Case No. 21-16520-JNP<br><br>Hon. Jerrold N. Poslusny, Jr. |

**ADJOURNMENT REQUEST**

1.       **I, Martha B. Chovanes,**

    ☒       **am the attorney for: the Aluminum Shapes Liquidating Trust.**

    ☐       **am self represented,**

    **and request an adjournment of the following hearing for the reason set forth below:**

    **Matter:  Notice of Intention to Close Case [Docket No. 703]**

    **Current hearing date and time:  July 16, 2026 at 10:00 a.m. (et)**

    **New Date Requested:  September 22, 2026 at 10:00 a.m. (or at the convenience of the Court)**

**Reason for adjournment request:**  **The Liquidating Trustee has finalized and settled the remaining Causes of Action and Avoidance Actions and has made a distribution.  The environmental escrow issues still have matters to be resolved.**

**2.      Consent to adjournment:**

☒ **I have the consent of the parties**
☐ **I do not have the consent of all parties (explain below):**

**I certify under penalty of perjury that the foregoing is true.**

**Date:   July 9, 2026**                                      */s/ Martha B. Chovanes*
                                                                 **Martha B. Chovanes**

**COURT USE ONLY:**

**The request for adjournment is:**

☒ **Granted**              **New Hearing date:** 9/17/2026 at 10:00am          ☐ **Peremptory**

☐ **Granted over objection(s)**   **New Hearing Date:** _____          ☐ **Peremptory**

☐ **Denied**

**IMPORTANT:  If your request is granted, you must notify interested Parties who are not electronic filers of the new hearing date.**

2