**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

***Caption in Compliance with D.N.J. LBR 9004-1(b)***

**FOX ROTHSCHILD LLP**
1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401-7212
Martha B. Chovanes, Esq.
Joseph J. DiPasquale, Esq
mchovanes@foxrothschild.com
jdipasquale@foxrothschild.com
Telephone: (609) 348-4515
Facsimile: (609) 348-6834

*Counsel to the Aluminum Shapes Liquidating Trust*

In Re:

ALUMINUM SHAPES, L.L.C.,

Debtor.

Chapter 11

Case No. 21-16520-JNP

Hon. Jerrold N. Poslusny, Jr.

**ADJOURNMENT REQUEST**

**1. I, Martha B. Chovanes,**

☒ **am the attorney for: the Aluminum Shapes Liquidating Trust.**

☐ **am self represented,**

**and request an adjournment of the following hearing for the reason set forth below:**

**Matter: Notice of Intention to Close Case [Docket No. 703]**

**Current hearing date and time: December 3, 2026 at 10:00 a.m. (et)**

**New Date Requested: March 4, 2027 at 10:00 a.m. (or at the convenience of the Court)**

**Reason for adjournment request:** **The Liquidating Trustee continues to need additional time to resolve several issues with the Buyer and Lender relating to the split of the environmental escrow**

**2. Consent to adjournment:**

☒ **I have the consent of the parties**
☐ **I do not have the consent of all parties (explain below):**

**I certify under penalty of perjury that the foregoing is true.**

**Date: November 17, 2026** ***/s/ Martha B. Chovanes***
**Martha B. Chovanes**

**COURT USE ONLY:**

**The request for adjournment is:**

☒ **Granted** **New Hearing date:** 12/3/2026 at 10AM ☐ **Peremptory**

☐ **Granted over objection(s)** **New Hearing Date:** ______________ ☐ **Peremptory**

☐ **Denied**

**IMPORTANT: If your request is granted, you must notify interested Parties who are not electronic filers of the new hearing date.**